ROBERT S. SPAN (SBN 68605)
  rspan@steinbrecherspan.com
DOUGLAS R. PAINTER (SBN 131043)
  dpainter@steinbrecherspan.com
STEINBRECHER & SPAN LLP
445 S. Figueroa St., Suite 2350
Los Angeles, CA  90071
Telephone:  (213) 891-1400
Facsimile:   (213) 891-1470

MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90405
Telephone:  (310) 396-0964
Facsimile:   (310) 396-0963

Attorneys for Plaintiffs Krasimir Dachev,
Peace for You Peace for Me and Svilosa AD

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:17-bk-12434-VK |
| | Chapter 7 |
| ROBIN DIMAGGIO, | Adv. No. 1:17-ap-01099-VK |
| Debtor. | **NOTICE OF MOTION AND MOTION FOR REQUEST FOR ORDER TO SHOW CAUSE WHY NON-PARTY BRUCE STERLING SHOULD NOT BE HELD IN CONTEMPT OF COURT AND TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA** |
| KRASIMIR DACHEV, et al., | |
| Plaintiffs, | _____ |
| vs. | |
| ROBIN DIMAGGIO, | [Hearing, if any, to be set by Court] |
| Defendant. | |

**TO THE COURT, ALL PARTIES, NON-PARTY BRUCE STERLING, AND ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that Plaintiffs Krasimir Dachev, Peace for You Peace for Me and Svilosa AD ("Plaintiffs") will and hereby do move pursuant to Rule 45 of the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure 9014 and 9020, and Local Bankruptcy Rules ("LBR") 9020-1 and 9013-1, for an Order to Show Cause why Bruce Sterling should not be held in contempt of Court for failing to comply with a deposition subpoena.  Plaintiffs will also request that the Court issue sanctions against Bruce Sterling for his failure to comply with the subpoena, as set forth in the attached Memorandum of Points and Authorities.

 **PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9020-1 and 9013-1, Mr. Sterling shall have 7 days from the date of service of this Motion to object to this Motion or provide an explanation why he should not be held in contempt (an "objection").  Any objection must be made in writing and filed with the Court and served upon counsel for Plaintiffs, whose names and addresses are listed on the upper left-hand corner of the first page of this pleading.  A courtesy copy must also be delivered to the Judge, whose name and address appears on the Proof of Service at the end of this pleading.

 PLEASE TAKE FURTHER NOTICE that, pursuant to LBR 9020-1(d):

(1)  If a written explanation is not timely filed and a judge's copy served, the court may conclude that there is no objection to issuance of the order to show cause.

(2)  No hearing on the motion for issuance of the order to show cause will be held unless the court so orders.

(3) If the motion for order to show cause is granted without a hearing, the court will issue and forward to the moving party the order to show cause setting the date and time of the hearing on why the party should not be held in contempt

1    The Motion is based on this Notice of Motion and Motion, as well as the

2    attached Memorandum of Points and Authorities and Declaration of Douglas R. Painter,

3    as well as any other and further evidence before the Court.

4    WHEREFORE, Plaintiffs respectfully request that the Court (1) enter an

5    Order to Show Cause why non-party witness Bruce Sterling should not be held in

6    contempt of Court for failing to comply with a deposition subpoena, (2) enter an Order

7    compelling Mr. Sterling to comply with the deposition subpoena, and (3) order such

8    further relief as the Court may deem just and proper.

9

10    Dated:  June 8, 2018                    STEINBRECHER & SPAN LLP

11                                                         - and -

12                                                    LESNICK PRINCE & PAPPAS LLP

13

14    By: /s/ Matthew A. Lesnick
                                             Matthew A. Lesnick

15                                                    Attorneys for Plaintiffs Krasimir Dachev,
                                             Peace for You Peace for Me

16                                                    and Svilosa AD

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Plaintiffs Krasimir Dachev, Peace for You Peace for Me and Svilosa AD (collectively, "Plaintiffs") file this motion because non-party witness Bruce Sterling has failed to appear for deposition in response to a properly-served subpoena.  In fact, this is the second time Mr. Sterling has ignored a deposition subpoena in this litigation.  Sterling failed to appear for deposition on August 29, 2017, prior to the commencement of this bankruptcy case, when the predecessor to this litigation was still active in the State Court.  More recently, Sterling failed to appear for deposition on May 17, 2018.  In both instances, Sterling was properly served personally with deposition subpoenas and simply failed to appear or even contact counsel for Plaintiffs to try to reschedule.

Plaintiffs would like to depose Sterling before trial or summary judgment because Debtor and Defendant Robin DiMaggio ("Defendant") has identified Sterling as a potentially relevant witness.  Specifically, Defendant is trying to blame Sterling for some of his own misdeeds.  For example, Defendant testified that the dozens of misrepresentations made by email from Defendant's email account were secretly made by Sterling. Defendant alleges that Sterling had access to Defendant's email account and sent numerous messages to Plaintiffs while pretending to be Defendant and without notifying Defendant.  Defendant further alleges that Sterling "immediately deleted" the emails from Defendant's email account before Defendant could see them.

Defendant's tales are difficult, if not impossible, to believe. (For example, Defendant received – and spent – the $1+ million received from Plaintiffs through these fraudulent misrepresentations.)  Nonetheless, Plaintiffs would like to depose Sterling to find out if he would corroborate or deny any of Defendant's story at trial or by declaration in response to a motion for summary judgment.

Accordingly, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs request an Order to Show Cause why Sterling should not be held in contempt of Court for failing to comply with the deposition subpoena.

## II.    FACTUAL BACKGROUND

On May 1, 2018, Plaintiffs issued a deposition subpoena on non-party Bruce Sterling to attend a deposition on May 17, 2018 at 9:00 a.m. at the law offices of Steinbrecher & Span LLP.  [Painter Decl. ¶ 3, Ex. A.]  Mr. Sterling was personally served the next day on May 2, 2018.  [*Id.*]

The deposition subpoena also included document requests concerning Sterling's relationship and interactions with Defendant, as well as Sterling's involvement in the planned charity event which Defendant used to defraud Plaintiffs.  More specifically, the requests sought documents evidencing Sterling's communications and agreements with Defendant, moneys received from or paid to Defendant, and documents concerning the planned charity event.

Additionally, in an abundance of caution, Plaintiff's counsel sent a letter to Sterling on May 9, 2018 to remind him of his duty to appear.  [Painter Decl. ¶ 4, Ex. B.] Sterling did not serve objections to the subpoena or respond to the letter.  [*Id.*]

On May 17, 2018, Sterling failed to appear for his deposition and failed to produce the subpoenaed records.  [Painter Decl. ¶ 5, Ex. C.]

Prior to the bankruptcy, when Plaintiffs were pursuing claims against Defendant in the Superior Court of California, Plaintiffs had served a deposition subpoena compelling Sterling to attend a deposition on August 29, 2017 at 9:30 a.m. at the law offices of Steinbrecher Span LLP.  [Painter Decl. ¶ 6, Ex. D.]  Sterling did not appear or produce records pursuant to that subpoena either.  [Painter Decl. ¶ 7, Ex. E.]

## III.    THE COURT SHOULD ISSUE AN ORDER TO SHOW CAUSE REGARDING CONTEMPT.

### A.    Defying a Subpoena is Equivalent to Defying a Court Order.

A court may hold a person in contempt for failing to obey a subpoena. Fed. R. Civ. P. 45(g), made applicable by Fed. R. Bankruptcy P. 9016.  ("The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate

1  excuse to obey the subpoena or an order related to it.").  "Even though subpoenas are

2  issued by attorneys, they are issued on behalf of the Court and should be treated as

3  orders of the Court."  *Higginbotham v. KCS Int'l, Inc.*, 202 F.R.D. 444, 455 (D. Md. 2001)

4  (citing Advisory Committee Notes to Rule 45(a) (1991 amend.) ("Although the subpoena

5  is in a sense the command of the attorney who completes the form, defiance of a

6  subpoena is nevertheless an act of defiance of a court order and exposes the defiant

7  witness to contempt sanctions")).

8         **B.**    **Courts May Enforce Orders Through Civil Contempt.**

9         Courts have inherent power to enforce their orders through civil contempt.

10  *See Spallone v. United States*, 493 U.S. 265, 276, 110 S. Ct. 625, 107 L. Ed. 2d 644

11  (1990) (citing *Shillitani v. United States*, 384 U.S. 364, 370, 86 S. Ct. 1531, 16 L. Ed. 2d

12  622 (1966)).  "The standard for finding a party in civil contempt is well settled: The moving

13  party has the burden of showing by clear and convincing evidence that the contemnors

14  violated a specific and definite order of the court."  *FTC v. Affordable Media*, 179 F.3d

15  1228, 1239 (9th Cir. 1999).  Once the moving party meets this standard, the burden shifts

16  to the contemnor to demonstrate that he or she took every reasonable step to comply,

17  and to articulate reasons why compliance was not possible.  *See Donovan v. Mazzola*,

18  716 F.2d 1226, 1240 (9th Cir.1983).

19         **C.**    **Sanctions are Appropriate.**

20         Sanctions for civil contempt are imposed to coerce compliance with a court

21  order, to compensate the party pursuing contempt for injuries resulting from the

22  contemptuous behavior, or both. *United States v. United Mine Workers of America*, 330

23  U.S. 258, 303–04, 67 S. Ct. 677, 91 L. Ed. 884 (1947). "Generally, the minimum sanction

24  necessary to obtain compliance is to be imposed."  *Whittaker Corp. v. Execuair Corp.*,

25  953 F.2d 510, 517 (9th Cir. 1992).

26         Mr. Sterling was personally served with the subpoena, and reminded of his

27  duty to appear.  His disregard for the subpoena constitutes grounds for a finding of

28

contempt.  *See* Fed. R. Civ. P. 45(e) ("Failure by any person without adequate excuse to obey a subpoena issued.")  Plaintiffs therefore respectfully request that this Court issue an order to show cause why nonparty Bruce Sterling should not be held in contempt for his noncompliance with the subpoena.  Plaintiffs further request that the Court issue sanctions against Sterling in connection in order to coerce his compliance and reimburse Plaintiffs for the needless time and expense incurred in connection with enforcing the subpoena.  If the Court issues an Order to Show Cause, Plaintiffs will submit evidence of the fees and expenses incurred.

## IV.     MR. STERLING MUST COMPLY WITH THE SUBPOENA.

Under the Federal Rules of Civil Procedure, litigants may obtain discovery regarding "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case…."  Fed. R. Civ. P. 26(b)(2).  Plaintiffs seek to depose Sterling and seek related documents about his knowledge of the charity event and his involvement with Defendant in this respect.  Accordingly, the deposition and documents seek information that is discoverable.  Given that Sterling failed to serve objections, otherwise respond or appear for the deposition and produce documents, he should be ordered that he must comply with the subpoena served on him.

## V.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court issue an Order to Show Cause why Bruce Sterling should not be held in contempt of Court for failing to comply with a subpoena.

Dated:  June 8, 2018                    STEINBRECHER & SPAN LLP

                                        - and -

                                        LESNICK PRINCE & PAPPAS LLP


                                        By: /s/ Matthew A. Lesnick
                                            Matthew A. Lesnick
                                            Attorneys for Plaintiffs Krasimir Dachev,
                                            Peace for You Peace for Me
                                            and Svilosa AD

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>DECLARATION OF DOUGLAS R. PAINTER</u>

I, Douglas R. Painter, declare as follows:

1.      I am an adult citizen of the United States, a resident of California, a member in good standing of the California State Bar and a partner at the law firm of Steinbrecher & Span LLP, counsel for Plaintiffs in above-titled adversarial proceeding. I am familiar with the matters stated herein and if called as a witness could and would testify competently thereto.

2.      I have represented Plaintiffs with respect to their claims against DiMaggio since late 2016, when they filed an action against him in the Los Angeles Superior Court. *See Dachev v. DiMaggio et al.*, case no. BC645027, Los Angeles Superior Court (December 27, 2016).

3.      On May 1, 2018, Plaintiffs issued a deposition subpoena for non-party Bruce Sterling to attend a deposition on May 17, 2018 at 9:00 a.m. at the law offices of Steinbrecher Span LLP.  Mr. Sterling was personally served the next day on May 2, 2018.  A true and correct copy of the deposition subpoena and proof of service are attached hereto as Exhibit A.

4.      Additionally, in an abundance of caution, and because of his prior no-show a prior noticed deposition (*see* paragraphs 6 and 7, below), I sent a letter to Mr. Sterling on May 9, 2018 to remind him of his duty to appear.  A true and correct copy of the letter to Mr. Sterling is attached hereto as Exhibit B.  Mr. Sterling did not serve objections to the subpoena or respond to the letter.

5.      Mr. Sterling did not appear for his deposition or produce the requested records.  A true and correct copy of the May 17, 2018 Deposition Transcript is attached hereto as Exhibit C.

6.      Prior to the bankruptcy, when Plaintiffs were pursuing claims against Defendant in the Superior Court of California, Plaintiffs had served a deposition subpoena compelling Mr. Sterling to attend a deposition on August 29, 2017 at 9:30 a.m. at the law

1    offices of Steinbrecher Span LLP.  A true and correct copy of the deposition subpoena

2    and proof of service are attached hereto as Exhibit D.

3          7.      Mr. Sterling did not appear for the August 29, 2017 deposition or

4    produce the requested records.  A true and correct copy of the Deposition Transcript is

5    attached hereto as Exhibit E.

6          I declare under penalty of perjury under the laws of the United States that

7    the forgoing is true and correct to the best of my knowledge.

8          Executed June 8, 2018 at Los Angeles, California.

9

10

11    _____

12    Douglas R. Painter

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

| Central | District of | California |
|---|---|---|

In re __Robin DiMaggio__
_____
Debtor

_(Complete if issued in an adversary proceeding)_

__Dachev, et al.__
_____
Plaintiff
v.
__Robin DiMaggio__
_____
Defendant

Case No.   __1:17-bk-12434-VK__

Chapter   __7__

Adv. Proc. No.   __1:17 01099__

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:   __Bruce B. Sterling__
_____
_(Name of person to whom the subpoena is directed)_

[X] _Testimony_: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding).  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE  Steinbrecher & Span LLP<br>445 S. Figueroa St., Suite 2350, Los Angeles, CA  90071 | DATE AND TIME<br>May 17, 2018        9:00 a.m. |
|---|---|

The deposition will be recorded by this method:
   Videographic and stenographic means

[X] _Production_: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
   See Attachment 3

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   __5/1/18__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR

_____
_Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_ Plaintiffs
__Krasimir Dachev, et al.__ , who issues or requests this subpoena, are:
__Andrew Huang, Steinbrecher & Span, 445 S. Figueroa St., Suite 2350, Los Angeles, CA  90071__
__ahuang@steinbrecherspan.com__

**Notice to the person who issues or requests this subpoena** (213) 891-1400
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT 3

## DEFINITIONS

1.  As used herein, the term "YOU or YOUR" shall refer to Bruce B. Sterling, Rise Media Group, AEI Entertainment, any other business name utilized by Bruce Sterling for any purpose, and any persons acting on behalf of or representing these persons or entities.

2.  As used herein, the term "DiMAGGIO" shall refer to Robin DiMaggio, DiMaggio International, Inc. and any persons acting on behalf of or representing these persons or entities.

3.  As used herein, the terms "COMMUNICATION" OR "COMMUNICATIONS" shall mean and include any meeting, conference, face-to-face conversation, telephone conversation, or conference or communication used by any media (including, but not limited to, electronic mail and text messages), as well as any written, taped, or recorded communication of any kind whatsoever.

4.  As used herein, the terms "DOCUMENT" or "DOCUMENTS" shall mean any kind of written, typewritten, printed, electronic or recorded material whatsoever, including but not limited to, any emails, notes, memoranda, charges, complaints, claims, affidavits, statements, papers, files, forms, data, tapes, cassettes, discs, magnetic cards, printouts, letters, reports, summaries, compilations, chronicles, publications, books, manuals, handbooks, certificates, minutes, agendas, communications, contracts, agreements, telegrams, teletypes, telesales, records, correspondence, diaries, calendars, appointment books, logs, audio and/or video recordings and transcriptions of recordings, microfilm, microfiche, electronic records or representations of any kind, information stored on computer (including, but not limited to, readable files such as Microsoft Excel spreadsheets) or on any type of computer-readable storage media and capable of being reproduced by printed representation of any form whether or not ever printed out or displayed, photographs, pictures, diagrams, or any other writing, however produced or reproduced, and further including, without limitation, originals, all copies that are not exact duplicates and all drafts prepared in connection with such DOCUMENTS whether or not used, within the possession, custody, and/or control of YOU, or YOUR agents, attorneys, and/or any other persons or entities who may act on YOUR behalf, excepting only those DOCUMENTS that are privileged or otherwise protected from discovery, as to which the claim of privilege or protection is specifically stated by written notice to Plaintiffs.

5.  As used herein, the term "RELATED TO" shall mean concerning, evidencing, constituting, mentioning, embodying, identifying, discussing, supporting, memorializing, describing, summarizing, referring to or pertaining to a subject matter or any aspect thereof.

6. As used herein, the term "CHARITY CONCERT" shall mean the planned concert event that was scheduled to have taken place around October 1, 2016 in Sofia, Bulgaria.

## DOCUMENTS TO BE PRODUCED

1. All COMMUNICATIONS between YOU and DiMAGGIO from January 1, 2014 to the present.

2. All agreements between YOU and DiMAGGIO from January 1, 2014 to the present.

3. All draft or proposed agreements between YOU and DiMAGGIO from January 1, 2014 to the present.

4. All checks, bank drafts or other financial documents RELATED TO any monies YOU received from or paid to DiMAGGIO from January 1, 2014 to the present.

5. All DOCUMENTS RELATED TO any concert, booking or event with which DiMAGGIO was in any way involved, including but not limited to the CHARITY EVENT, from January 1, 2014 to the present.

6. All DOCUMENTS RELATED TO the CHARITY EVENT.

7. All DOCUMENTS RELATED TO any business or musical association between YOU and DiMAGGIO from January 1, 2014 to the present.

8. All DOCUMENTS RELATED TO DiMAGGIO.

ANDREW HUANG, ESQ.
SBN 304202
STEINBRECHER & SPAN LLP
445 SOUTH FIGUEROA STREET, SUITE 2350   LOS ANGELES, CA 90071
Attorney For: Plaintiffs

TELEPHONE NO.: (213) 891-1400                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 21041 BURBANK BOULEVARD
MAILING ADDRESS:
CITY AND ZIP CODE: WOODLAND HILLS, CA 91367
BRANCH NAME:

Plaintiff: DACHEV, ET AL.

Defendant: ROBIN DIMAGGIO

CASE NUMBER:
1:17-BK-12434-VK

| PROOF OF SERVICE | HEARING DATE:<br>05/17/2018 | DAY: | TIME:<br>09:00 am | DEPT.: | Ref No. or File No.:<br>3855 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

PARTY SERVED:    **BRUCE B. STERLING**

DATE & TIME OF DELIVERY:    **05/02/2018**
**05:45 pm**

ADDRESS, CITY, AND STATE:    **21130 COSTANSO, UNIT 4**
**WOODLAND HILLS, CA 91364**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**The witness demanded witness fees, and said witness was paid the sum of $50.00.**

Fee for Service:
County:  **LOS ANGELES**
Registration No.:  **6359**
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
Ref: 3855

I declare under penalty of perjury under the laws of The
United States that the foregoing information contained in
the return of service and statement of service fees is
true and correct and that this declaration was executed
on **May 8, 2018**.

Signature: _____
                    **OMAR SHAMMOUT**

982(a)(23)

**PROOF OF SERVICE**

Order#: 1085328KD/General

# EXHIBIT B

# STEINBRECHER & SPAN LLP

LOS ANGELES | WASHINGTON | HOUSTON

445 SOUTH FIGUEROA STREET
SUITE 2350
LOS ANGELES, CA 90071
TEL: 213-891-1400
FAX: 213-891-1470
EMAIL: dpainter@steinbrecherspan.com

May 9, 2018

## VIA OVERNIGHT DELIVERY

Mr. Bruce Sterling
21130 Costanso St., #4
Woodland Hills, CA 91364

Re:   *Dachev, et al. v. DiMaggio*

Dear Mr. Sterling:

As you know, you were served with a deposition subpoena that requires you, under federal law, to be in our offices on May 17, 2018, at 9:00 a.m. so we can ask you questions relating to Robin DiMaggio. I am writing to you beforehand to introduce myself and to explain why it is important for you to show up.

My clients allege that they sent over $1 million to Mr. DiMaggio to book celebrity artists for a charity concert in Sofia, Bulgaria but that he took that money for himself. Mr. DiMaggio has been sued, but you have not been sued.

We took the deposition of Mr. DiMaggio last week. During his testimony, he blamed almost everything on you. He testified that (1) you were solely responsible for booking talent for the concert and that he had "nothing to do" with choosing artists; (2) he gave you "well over $600,000" to book these artists and that he does "not know what you did" with that money; (3) you, not him, sent emails from *his* email account and that you "immediately erased" these emails that were electronically signed by him to hide them from him; and (4) you probably forged or doctored bank records and checks.

It is our belief that Mr. DiMaggio is not telling the truth and is trying to pin the blame for what he did on you. We need you to clear the record.

As you may recall, we subpoenaed you to appear for deposition on August 29, 2017, but you ignored that subpoena. Please do not ignore this one. If you are a no-show again, we will have no choice but to go to Court and seek to hold you in contempt of court, and my clients could file a lawsuit against you. For these reasons, it is in your interests to appear for the deposition and get it over with now.

Mr. Bruce Sterling
May 9, 2018
Page 2

     If you have any questions about these matters, feel free to call me.  Thank you for your anticipated cooperation.

            Very truly yours,

            Douglas R. Painter
        STEINBRECHER & SPAN LLP

DRP:la

# EXHIBIT C

# In re Robin DiMaggio

# Statement of Nonappearance

# May 17, 2018



www.aptusCR.com / 866.999.8310

1          UNITED STATES BANKRUPTCY COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3          SAN FERNANDO VALLEY DIVISION

4

5   In re:

6   ROBIN DIMAGGIO,

7              Debtor.          No. 1:17-bk-12434-VK

8   _____

9   AND RELATED ADVERSARIAL CASE.

10  _____

11

12

13

14

15          CERTIFICATE OF NONAPPEARANCE

16            Los Angeles, California

17              May 17, 2018

18

19

20

21

22  Reported By:

23  CHERYL ASADA

24  CSR No. 13496

25  Job No. 10043437

1            UNITED STATES BANKRUPTCY COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3            SAN FERNANDO VALLEY DIVISION

4

5    In re:

6    ROBIN DIMAGGIO,

7              Debtor.            No. 1:17-bk-12434-VK

8    _____

9    AND RELATED ADVERSARIAL CASE.

10   _____

11

12

13

14

15

16

17

18         CERTIFICATE OF NONAPPEARANCE,

19   taken on behalf of Plaintiffs, at

20   445 South Figueroa Street, Suite 2350, Los

21   Angeles, California, beginning at 9:39 a.m.,

22   on Thursday, May 17, 2018, before Cheryl Asada,

23   Certified Shorthand Reporter No. 13496.

24

25

```
 1    APPEARANCES:

 2

 3   For Plaintiffs:

 4          STEINBRECHER & SPAN LLP

 5          BY:  DOUGLAS R. PAINTER

 6          Attorneys at Law

 7          445 South Figueroa Street, Suite 2350

 8          Los Angeles, California 90071

 9          (213) 891-1400

10          dpainter@steinbrecherspan.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2

 3

 4                        E X H I B I T S

 5

 6    PLAINTIFFS'                DESCRIPTION                PAGE

 7    Exhibit 106  Deposition subpoena for May 17,          5
                   2018
 8
      Exhibit 107  Deposition subpoena for August 29,       6
 9                 2017

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              LOS ANGELES, CALIFORNIA;

2           THURSDAY, MAY 17, 2018, 9:39 A.M.

3                     -0o0-

4           MR. PAINTER:  This is Doug Painter of

5    Steinbrecher & Span, counsel for plaintiffs in these

6    proceedings.  We have waited now 45 minutes,

7    approximately, for the arrival of Mr. Sterling.  He has

8    not arrived at this time.

9              I am attaching for the record Exhibit 106,

10   which was the subpoena that was issued upon Mr. Sterling

11   in a timely fashion for him to appear today.

12              (Exhibit 106 was marked for

13              identification by the shorthand

14              reporter.)

15           MR. PAINTER:  I also sent him a letter the very

16   next day after service reminding him of his obligation

17   and duty to appear.  He has not contacted us nor has --

18   nor has he appeared.

19              I'm also just for the record attaching

20   Exhibit 107, which was a deposition subpoena for his

21   appearance here on August 29, 2017, in the underlying

22   state court litigation prior to Mr. DiMaggio filing for

23   bankruptcy.

24   ///

25   ///

1              (Exhibit 107 was marked for

2              identification by the shorthand

3              reporter.)

4         MR. PAINTER:  At that deposition, Mr. Sterling

5    also failed to appear.  This is his second nonappearance

6    in this matter pursuant to the subpoenas that were issued

7    upon him.

8              (Whereupon, at the hour of 9:40 a.m., the

9              proceedings concluded.)

10                      -0o0-

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   STATE OF CALIFORNIA      )
                             )   ss.
2   COUNTY OF LOS ANGELES    )

3

4           I, CHERYL ASADA, CSR 13496, a Certified

5   Shorthand Reporter in and for the State of California,

6   County of Los Angeles, do hereby certify;

7           That said proceeding was taken down in

8   stenograph writing by me and thereafter transcribed

9   into typewriting under my direction.

10          I further certify that I am neither related to

11  any party to said action, nor in any way interested,

12  financially or otherwise, in the outcome thereof.

13

14          Dated this 29TH day of MAY, 2018.

15

16

17

18  _____
              CHERYL ASADA, CSR 13496
19          CERTIFIED SHORTHAND REPORTER
                IN AND FOR THE COUNTY OF
20          LOS ANGELES, STATE OF CALIFORNIA

21

22

23

24

25
```

**Exhibits**

**ALL COMBINED**

**EXHIBIT 106**  4:7 5:9,
12

**EXHIBIT 107**  4:8 5:20
6:1

**-**

**-0o0-**  5:3 6:10

**1**

**106**  5:9,12
**107**  5:20 6:1
**17**  5:2

**2**

**2017**  5:21
**2018**  5:2
**29**  5:21

**4**

**45**  5:6

**9**

**9:39**  5:2
**9:40**  6:8

**A**

**a.m.**  5:2 6:8
**ANGELES**  5:1

**appear**  5:11,17 6:5
**appearance**  5:21
**appeared**  5:18
**approximately**  5:7
**arrival**  5:7
**arrived**  5:8
**attaching**  5:9,19
**August**  5:21

**B**

**bankruptcy**  5:23

**C**

**CALIFORNIA**  5:1
**concluded**  6:9
**contacted**  5:17
**counsel**  5:5
**court**  5:22

**D**

**day**  5:16
**deposition**  5:20 6:4
**Dimaggio**  5:22
**Doug**  5:4
**duty**  5:17

**E**

**exhibit**  5:9,12,20 6:1

**F**

**failed**  6:5

**fashion**  5:11
**filing**  5:22

**H**

**hour**  6:8

**I**

**identification**  5:13
6:2
**issued**  5:10 6:6

**L**

**letter**  5:15
**litigation**  5:22
**LOS**  5:1

**M**

**marked**  5:12 6:1
**matter**  6:6
**minutes**  5:6

**N**

**nonappearance**  6:5

**O**

**obligation**  5:16

**P**

**Painter**  5:4,15 6:4
**plaintiffs**  5:5
**prior**  5:22

**proceedings**  5:6 6:9
**pursuant**  6:6

**R**

**record**  5:9,19
**reminding**  5:16
**reporter**  5:14 6:3

**S**

**second**  6:5
**sent**  5:15
**service**  5:16
**shorthand**  5:13 6:2
**Span**  5:5
**state**  5:22
**Steinbrecher**  5:5
**Sterling**  5:7,10 6:4
**subpoena**  5:10,20
**subpoenas**  6:6

**T**

**THURSDAY**  5:2
**time**  5:8
**timely**  5:11
**today**  5:11

**U**

**underlying**  5:21

**W**

**waited**  5:6

Index: –waited

# EXHIBIT D

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| STEINBRECHER & SPAN LLP<br>ROBERT S. SPAN (SB#68605)/DOUGLAS R. PAINTER (SB#131043)<br>445 S. Figueroa St., Suite 2350<br>Los Angeles, CA 90071 | |

TELEPHONE NO.: (213) 891-1400    FAX NO. *(Optional):* (213) 891-1470

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Dachev, Peace For You Peace For Me, Svilosa

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Northwest District

PLAINTIFF/PETITIONER: Dachev, et al.

DEFENDANT/RESPONDENT: Robin DiMaggio, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>LC104988/BC645027 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*
Bruce B. Sterling, 4201 Topanga Canyon Blvd., Space 75, Woodland Hills, CA 91364

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

| Date: 8/29/17    Time: 9:30 a.m.    Address: 445 S. Figueroa St., Suite 2350, L.A., CA 90071 |
|---|

   a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
   b. ☑ You are ordered to produce the documents and things described in item 3.
   c. ☑ This deposition will be recorded stenographically    ☑ through the instant visual display of testimony and by ☐ audiotape ☐ videotape.
   d. ☐ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   Please see attachment 3

   ☑ Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

6. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: August 8, 2017

▶

Douglas R. Painter
_____
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorneys for Dachev, PFYPFM, Svilosa
_____
(Proof of service on reverse)    (TITLE)

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUBP-020 [Rev. January 1, 2009] | DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE<br>AND PRODUCTION OF DOCUMENTS AND THINGS | Code of Civil Procedure §§ 2020.510,<br>2020.220, 2025.230, 2025.260, 2025.620;<br>Government Code, § 68097.1<br>www.courtinfo.ca.gov |
|---|---|---|

## **ATTACHMENT 3**

## **DEFINITIONS**

1. As used herein, the term "YOU or YOUR" shall refer to Bruce B. Sterling, Rise Media Group, AEI Entertainment, any other business name utilized by Bruce Sterling for any purpose, and any persons acting on behalf of or representing these persons or entities.

2. As used herein, the term "DiMAGGIO" shall refer to Robin DiMaggio, DiMaggio International, Inc. and any persons acting on behalf of or representing these persons or entities.

3. As used herein, the terms "COMMUNICATION" OR "COMMUNICATIONS" shall mean and include any meeting, conference, face-to-face conversation, telephone conversation, or conference or communication used by any media (including, but not limited to, electronic mail and text messages), as well as any written, taped, or recorded communication of any kind whatsoever.

4. As used herein, the terms "DOCUMENT" or "DOCUMENTS" shall mean any kind of written, typewritten, printed, electronic or recorded material whatsoever, including but not limited to, any emails, notes, memoranda, charges, complaints, claims, affidavits, statements, papers, files, forms, data, tapes, cassettes, discs, magnetic cards, printouts, letters, reports, summaries, compilations, chronicles, publications, books, manuals, handbooks, certificates, minutes, agendas, communications, contracts, agreements, telegrams, teletypes, telesales, records, correspondence, diaries, calendars, appointment books, logs, audio and/or video recordings and transcriptions of recordings, microfilm, microfiche, electronic records or representations of any kind, information stored on computer (including, but not limited to, readable files such as Microsoft Excel spreadsheets) or on any type of computer-readable storage media and capable of being reproduced by printed representation of any form whether or not ever printed out or displayed, photographs, pictures, diagrams, or any other writing, however produced or reproduced, and further including, without limitation, originals, all copies that are not exact duplicates and all drafts prepared in connection with such DOCUMENTS whether or not used, within the possession, custody, and/or control of YOU, or YOUR agents, attorneys, and/or any other persons or entities who may act on YOUR behalf, excepting only those DOCUMENTS that are privileged or otherwise protected from discovery, as to which the claim of privilege or protection is specifically stated by written notice to Plaintiffs.

5. As used herein, the term "RELATED TO" shall mean concerning, evidencing, constituting, mentioning, embodying, identifying, discussing, supporting, memorializing, describing, summarizing, referring to or pertaining to a subject matter or any aspect thereof.

6. As used herein, the term "CHARITY CONCERT" shall mean the planned concert event that was scheduled to have taken place around October 1, 2016 in Sofia, Bulgaria.

## DOCUMENTS TO BE PRODUCED

1. All COMMUNICATIONS between YOU and DiMAGGIO from January 1, 2014 to the present.

2. All agreements between YOU and DiMAGGIO from January 1, 2014 to the present.

3. All draft or proposed agreements between YOU and DiMAGGIO from January 1, 2014 to the present.

4. All checks, bank drafts or other financial documents RELATED TO any monies YOU received from or paid to DiMAGGIO from January 1, 2014 to the present.

5. All DOCUMENTS RELATED TO any concert, booking or event with which DiMAGGIO was in any way involved, including but not limited to the CHARITY EVENT, from January 1, 2014 to the present.

6. All DOCUMENTS RELATED TO the CHARITY EVENT.

7. All DOCUMENTS RELATED TO any business or musical association between YOU and DiMAGGIO from January 1, 2014 to the present.

8. All DOCUMENTS RELATED TO DiMAGGIO.

FOR COURT USE ONLY

DOUGLAS R. PAINTER
STEINBRECHER & SPAN LLP
445 SOUTH FIGUEROA STREET, SUITE 2350  LOS ANGELES, CA 90071
Attorney For: PLAINTIFF

TELEPHONE NO.: (213) 891-1400                    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
    STREET ADDRESS: 6230 SYLMAR AVENUE
    MAILING ADDRESS:
    CITY AND ZIP CODE: VAN NUYS, CA 91401
    BRANCH NAME: VAN NUYS COURTHOUSE EAST - NORTHWEST DISTRICT

Plaintiff: DACHEV, ET AL.

Defendant: ROBIN DIMAGGIO, ET AL.

CASE NUMBER:
LC104988/BC645027

| PROOF OF SERVICE | HEARING DATE: 08/29/2017 | DAY: | TIME: 09:30 am | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

PARTY SERVED:            **BRUCE B. STERLING**

DATE & TIME OF DELIVERY:   **08/08/2017**
                          **10:13 pm**

ADDRESS, CITY, AND STATE:   **21130 COSTANSO STREET, #4**
                           **WOODLAND HILLS, CA 91364**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**The witness demanded witness fees, and said witness was paid the sum of $45.76.**

Fee for Service:
County: LOS ANGELES
Registration No.: 20171287445
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
Ref:

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 9, 2017.

Signature: _____
                  LUIS MORATO

PROOF OF SERVICE

982(a)(23)                                                    Order#: 997172/General

# EXHIBIT E

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

Original

| | |
|---|---|
| DIMAGGIO INTERNATIONAL, INC., )<br>a California corporation, )<br>                                    )<br>                 Plaintiffs,    )<br>                                    )<br>    vs.                             )<br>                                    )<br>PEACE FOR YOU PEACE FOR ME          )<br>FOUNDATION, a form of               )<br>business entity unknown,            )<br>ALEXANDER PANEV, an                 )<br>individual, JAY BOTEV, an           )<br>individual, KRASIMIR DACHEV,        )<br>an individual, MARCELO              )<br>DJOTOLOV, an individual,            )<br>METAL TECHNOLOGY GROUP, a           )<br>form a form of business             )<br>entity unknown, and DOES 1 to )<br>50,                                 )<br>                                    )<br>                 Defendants.     )<br>------------------------------------)<br>                                    )<br>AND RELATED CROSS-ACTION.        )<br>------------------------------------) | Case No. LC104988<br>Consolidated with<br>Case No. BC645027 |

AFFIDAVIT OF NONAPPEARANCE OF BRUCE B. STERLING

Los Angeles, California

Tuesday, August 29, 2017

Reported by:  Yvette Lopez
              CSR No. 13966
NDS Job No.:  195470

1

Bruce B. Sterling                                                    August 29, 2017

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3

 4    DIMAGGIO INTERNATIONAL, INC., )
      a California corporation,     )
 5                                  )
                       Plaintiffs,  )
 6                                  )
         vs.                        )  Case No. LC104988
 7                                  )  Consolidated with
      PEACE FOR YOU PEACE FOR ME    )  Case No. BC645027
 8    FOUNDATION, a form of         )
      business entity unknown,      )
 9    ALEXANDER PANEV, an           )
      individual, JAY BOTEV, an     )
10    individual, KRASIMIR DACHEV,  )
      an individual, MARCELO        )
11    DJOTOLOV, an individual,      )
      METAL TECHNOLOGY GROUP, a     )
12    form a form of business       )
      entity unknown, and DOES 1 to )
13    50,                           )
                                    )
14                     Defendants.  )
      _____)
15                                  )
      AND RELATED CROSS-ACTION.     )
16    _____)

17

18

19        AFFIDAVIT OF NONAPPEARANCE OF BRUCE B. STERLING,

20        taken at 445 South Figueroa Street, Suite 2350,

21        Los Angeles, California, on Tuesday, August 29,

22        2017, commencing at 10:30 a.m., before Yvette

23        Lopez, Certified Shorthand Reporter No. 13966,

24        in and for the State of California.

25
```

2

Bruce B. Sterling                                                        August 29, 2017

```
 1        APPEARANCES:

 2


 3        For the Plaintiff:

 4              STEINBRECHER & SPAN, LLP
                BY:   DOUGLAS R. PAINTER, ESQ.
 5              445 South Figueroa Street
                Suite 2350
 6              Los Angeles, California   90071
                (213) 891-1400
 7              dpainter@steinbrecherspan.com

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Bruce B. Sterling                                                    August 29, 2017

1                              INDEX

2

3       WITNESS

4       NONAPPEARANCE OF BRUCE B. STERLING

5       STATEMENT                                        PAGE

6           BY MR. PAINTER                                 5

7

8

9                            EXHIBITS

10      MARKED                  DESCRIPTION              PAGE

11      Exhibit A       Deposition Subpoena for Personal    5
                        Appearance and Production of
12                      Documents and Things for Bruce B.
                        Sterling
13
        Exhibit B       E-mail correspondence from JT Fox    5
14                      to Douglas Painter 8/29/2017

15

16

17

18

19

20

21

22

23

24

25

                                                            4

1                    LOS ANGELES, CALIFORNIA;

2            TUESDAY, AUGUST 29, 2017; 10:30 A.M.

3

4            MR. PAINTER:  Let the record reflect that it is

5    now approximately 10:30.  We have waited an hour for the

6    deponent Bruce Sterling to arrive.  Mr. Sterling has not

7    arrived nor has he called or e-mailed with respect to

8    this morning.

9            Mr. Sterling was served on August 8th, 2017, a

10   copy of the subpoena, which he was personally served,

11   and is being attached to this transcript as Exhibit A.

12           I subsequently called counsel for defendant,

13   Mr. Dimaggio, as to when he would be arriving, he then

14   e-mailed me at 9:46 this morning saying he was

15   instructed not to come by his client.  I am attaching as

16   Exhibit B to this transcript his e-mail to me stating

17   that.

18           (Exhibits A and B were marked)

19           (Whereupon at 10:32 A.M. the proceedings

20           concluded)

21   ///

22   ///

23           I declare under penalty of perjury that:

24           The foregoing pages contain a full, true and

25   accurate record to the best of my skill and ability;

5

Bruce B. Sterling                                                    August 29, 2017

1            I further certify that I am not a relative or

2       employee or attorney or counsel of any of the parties,

3       nor am I a relative or employee of such attorney or

4       counsel, nor am I financially interested in the outcome

5       of this action.

6

7            IN WITNESS WHEREOF, I have subscribed my name

8       this 29th day of August, 2017.

9

10

11       _____

12       YVETTE LOPEZ, CSR NO. 13966

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                              6

SUBP-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| STEINBRECHER & SPAN LLP<br>— ROBERT S. SPAN (SB#68605)/DOUGLAS R. PAINTER (SB#131043)<br>445 S. Figueroa St., Suite 2350<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 891-1400  FAX NO. *(Optional)*: (213) 891-1470<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Dachev, Peace For You Peace For Me, Svilosa | EXHIBIT: A<br>Bruce Sterling<br>DATE: 8/29/2017<br>Y. LOPEZ CSR NO. 13966 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Northwest District

PLAINTIFF/PETITIONER: Dachev, et al.

DEFENDANT/RESPONDENT: Robin DiMaggio, et al.

| DEPOSITION SUBPOENA<br>FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS | CASE NUMBER:<br>LC104988/BC645027 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
Bruce B. Sterling, 4201 Topanga Canyon Blvd., Space 75, Woodland Hills, CA 91364

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS** in this action at the following date, time, and place:

| Date: 8/29/17  Time: 9:30 a.m.  Address: 445 S. Figueroa St., Suite 2350, L.A., CA 90071 |
|---|

a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.230.)
b. ☑ You are ordered to produce the documents and things described in item 3.
c. ☑ This deposition will be recorded stenographically ☑ through the instant visual display of testimony
   and by ☐ audiotape ☑ videotape.
d. ☐ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   Please see attachment 3

   ☑ Continued on Attachment 3.
4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   ☐ Continued on Attachment 4.
5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.
6. At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence *if* the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date Issued: August 8, 2017

▶

Douglas R. Painter _____   (SIGNATURE OF PERSON ISSUING SUBPOENA)
                                              Attorneys for Dachev, PFYPFM, Svilosa
_____(TYPE OR PRINT NAME)_____   _____(Proof of service on reverse)_____   _____(TITLE)_____   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-020 [Rev. January 1, 2009]
**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**
Code of Civil Procedure §§ 2020.610,
2025.220, 2025.230, 2025.250, 2025.620;
Government Code, § 68097.1
*www.courtinfo.ca.gov*

## ATTACHMENT 3

## DEFINITIONS

1. As used herein, the term "YOU or YOUR" shall refer to Bruce B. Sterling, Rise Media Group, AEI Entertainment, any other business name utilized by Bruce Sterling for any purpose, and any persons acting on behalf of or representing these persons or entities.

2. As used herein, the term "DiMAGGIO" shall refer to Robin DiMaggio, DiMaggio International, Inc. and any persons acting on behalf of or representing these persons or entities.

3. As used herein, the terms "COMMUNICATION" OR "COMMUNICATIONS" shall mean and include any meeting, conference, face-to-face conversation, telephone conversation, or conference or communication used by any media (including, but not limited to, electronic mail and text messages), as well as any written, taped, or recorded communication of any kind whatsoever.

4. As used herein, the terms "DOCUMENT" or "DOCUMENTS" shall mean any kind of written, typewritten, printed, electronic or recorded material whatsoever, including but not limited to, any emails, notes, memoranda, charges, complaints, claims, affidavits, statements, papers, files, forms, data, tapes, cassettes, discs, magnetic cards, printouts, letters, reports, summaries, compilations, chronicles, publications, books, manuals, handbooks, certificates, minutes, agendas, communications, contracts, agreements, telegrams, teletypes, telesales, records, correspondence, diaries, calendars, appointment books, logs, audio and/or video recordings and transcriptions of recordings, microfilm, microfiche, electronic records or representations of any kind, information stored on computer (including, but not limited to, readable files such as Microsoft Excel spreadsheets) or on any type of computer-readable storage media and capable of being reproduced by printed representation of any form whether or not ever printed out or displayed, photographs, pictures, diagrams, or any other writing, however produced or reproduced, and further including, without limitation, originals, all copies that are not exact duplicates and all drafts prepared in connection with such DOCUMENTS whether or not used, within the possession, custody, and/or control of YOU, or YOUR agents, attorneys, and/or any other persons or entities who may act on YOUR behalf, excepting only those DOCUMENTS that are privileged or otherwise protected from discovery, as to which the claim of privilege or protection is specifically stated by written notice to Plaintiffs.

5. As used herein, the term "RELATED TO" shall mean concerning, evidencing, constituting, mentioning, embodying, identifying, discussing, supporting, memorializing, describing, summarizing, referring to or pertaining to a subject matter or any aspect thereof.

6. As used herein, the term "CHARITY CONCERT" shall mean the planned concert event that was scheduled to have taken place around October 1, 2016 in Sofia, Bulgaria.

## DOCUMENTS TO BE PRODUCED

1. All COMMUNICATIONS between YOU and DiMAGGIO from January 1, 2014 to the present.

2. All agreements between YOU and DiMAGGIO from January 1, 2014 to the present.

3. All draft or proposed agreements between YOU and DiMAGGIO from January 1, 2014 to the present.

4. All checks, bank drafts or other financial documents RELATED TO any monies YOU received from or paid to DiMAGGIO from January 1, 2014 to the present.

5. All DOCUMENTS RELATED TO any concert, booking or event with which DiMAGGIO was in any way involved, including but not limited to the CHARITY EVENT, from January 1, 2014 to the present.

6. All DOCUMENTS RELATED TO the CHARITY EVENT.

7. All DOCUMENTS RELATED TO any business or musical association between YOU and DiMAGGIO from January 1, 2014 to the present.

8. All DOCUMENTS RELATED TO DiMAGGIO.

| | | | | FOR COURT USE ONLY |
|---|---|---|---|---|

DOUGLAS R. PAINTER
STEINBRECHER & SPAN LLP
445 SOUTH FIGUEROA STREET, SUITE 2350  LOS ANGELES, CA 90071
Attorney For: PLAINTIFF

TELEPHONE NO.: (213) 891-1400          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   STREET ADDRESS: 6230 SYLMAR AVENUE
   MAILING ADDRESS:
   CITY AND ZIP CODE: VAN NUYS, CA 91401
   BRANCH NAME: VAN NUYS COURTHOUSE EAST - NORTHWEST DISTRICT

Plaintiff: DACHEV, ET AL.

Defendant: ROBIN DIMAGGIO, ET AL.

CASE NUMBER:
LC104988/BC645027

| PROOF OF SERVICE | HEARING DATE: 08/29/2017 | DAY: | TIME: 09:30 am | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

PARTY SERVED:   **BRUCE B. STERLING**

DATE & TIME OF DELIVERY:   **08/08/2017**
**10:13 pm**

ADDRESS, CITY, AND STATE:   **21130 COSTANSO STREET, #4**
**WOODLAND HILLS, CA 91364**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

WITNESS FEES:
**The witness demanded witness fees, and said witness was paid the sum of $45.76.**

Fee for Service:
County:  **LOS ANGELES**
Registration No.:  **20171287445**
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
Ref :

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 9, 2017.

Signature: _____
                    LUIS MORATO

982(a)(23)

**PROOF OF SERVICE**

Order#: 997172/General

## Douglas Painter

| | |
|---|---|
| **From:** | Jt Fox <jt@jtfoxlaw.com> |
| **Sent:** | Tuesday, August 29, 2017 9:46 AM |
| **To:** | Douglas Painter |
| **Subject:** | Re: Are you on your way? |

I was not going to come per client instruction. My subs should be signed in next day or 2. Hope you are well.

JT Fox, Esq.
LAW OFFICES OF J.T. FOX and ASSOCIATES, APC
556 S. Fair Oaks Ave., Suite 444
Pasadena, Ca 91105
(888) 750-5530 Work
(888) 750-5530 Fax

On Aug 29, 2017, at 9:45 AM, Douglas Painter <dpainter@steinbrecherspan.com> wrote:

> Douglas R. Painter, Esq.
> Steinbrecher & Span LLP
> 445 S. Figueroa St., Suite 2350
> Los Angeles, CA 90071
> Tel: 213-891-1400  Fax: 213-891-1470
>
> dpainter@steinbrecherspan.com
> www.steinbrecherspan.com
>
> *This email may contain material that is confidential, attorney-client privileged and/or work-product
> protected, and is solely for the use of the intended recipient. Any review, reliance or distribution by others, or
> forwarding without express permission, is strictly prohibited. If you are not the intended recipient of this
> email, please contact the sender immediately and delete all copies. Thank you.*



EXHIBIT: B
Bruce Sterling
DATE: 8/29/2017
Y. LOPEZ CSR NO. 13966

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR REQUEST FOR ORDER TO SHOW CAUSE WHY NON-PARTY BRUCE STERLING SHOULD NOT BE HELD IN CONTEMPT AND TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/08/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **David Seror (TR)**    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 06/08/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Victoria S. Kaufman | Robin DiMaggio | Non-Party Bruce B. Sterling |
| United States Bankruptcy Court | 5737 Kanan Rd., #117 | 21130 Costanso St., Unit 4 |
| 21041 Burbank Blvd., Suite 354 | Agoura Hills, Ca 91301 | Woodland Hills, CA 91364 |
| Woodland Hills, CA 91367 | | |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/08/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL SERVICE**                    **VIA EMAIL:**
Non-Party Bruce B. Sterling                 Robin Dimaggio: thedimaggio@gmail.com
21130 Costanso St., Unit 4
Woodland Hills, CA 91364

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/8/2018 | Matthew A. Lesnick | /s/Matthew A. Lesnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**