1  STEINBRECHER & SPAN LLP
   ROBERT S. SPAN (SB# 68605)
2  rspan@steinbrecherspan.com
   DOUGLAS R. PAINTER (SB# 131043)
3  dpainter@steinbrecherspan.com
   445 S. Figueroa St., Suite 2350
4  Los Angeles, CA  90071
   T:  (213) 891-1400
5  F:  (213) 891-1470

6  LESNICK PRINCE & PAPPAS LLP
   MATTHEW A. LESNICK (SB# 177594)
7  matt@lesnickprince.com
   185 Pier Avenue, Suite 103
8  Santa Monica, CA  90405
   T:   (310) 396-0964
9  F:   (310) 396-0963

10 Attorneys for Plaintiffs KRASIMIR DACHEV, PEACE
   FOR YOU PEACE FOR ME and SVILOSA AD
11

12                     UNITED STATES BANKRUPTCY

13                    CENTRAL DISTRICT OF CALIFORNIA

14                    SAN FERNANDO VALLEY DIVISION

15
   In re:                                  | Case No.  1:17-bk-12434-VK
16
                                           | Chapter 7
17 ROBIN DIMAGGIO,
                                           | Adv. No. 1:17-01099
18              Debtor.
                                           | **DECLARATION OF ALEXANDER PANEV IN**
19 _____          | **SUPPORT OF MOTION FOR SUMMARY**
                                           | **JUDGMENT OR, IN THE ALTERNATIVE,**
20 KRASIMIR DACHEV, an individual,         | **PARTIAL SUMMARY JUDGMENT**
   PEACE FOR YOU PEACE FOR ME, a
21 non-profit foundation organized under the
   laws of Bulgaria, and SVILOSA AD, a
22 Joint Stock Company organized under the
   laws of Bulgaria,
23
                Plaintiffs,
24
      v.
25
   ROBIN DIMAGGIO,
26
                Defendant.
27

28

I, Alexander Panev, declare as follows:

1.          I am an associate and representative of Plaintiff Krasimir Dachev ("Dachev") and have worked together with Dachev and Plaintiff Peace For You Peace For Me (the "Foundation") to help organize an all-day charity concert that was to have been held in Sofia, Bulgaria on October 1, 2016 (the "Charity Concert").  I have participated in and am familiar with the communications and emails between the Foundation and Robin DiMaggio ("DiMaggio").  I am familiar with the matters stated herein and if called as a witness would and could testify competently thereto.

2.          In early July 2016, the Foundation arranged a press conference in Sofia, Bulgaria, to publicize the Charity Concert, at which Debtor DiMaggio was to discuss his progress in securing talent for the concert.  After the press conference, local press reacted with skepticism that the Charity Concert could be organized in time for the October 1, 2016 concert date.  Following the press conference, DiMaggio sent the Foundation an invoice for $53,300 for "legal defamation PR, legal attorney fees and administrative services."  Attached hereto as **Exhibit CC** is a true and correct copy of the invoice to the Foundation for "legal defamation PR, legal attorney fees and administrative services."

3.          On approximately July 17 and 18, 2016, I emailed DiMaggio questioning the invoice for "legal defamation PR and legal attorney fees."  I asked that DiMaggio use the funds already paid to him by the Foundation to secure the commitments of Mick Jagger and Earth Wind & Fire to perform at the Charity Concert, as promised.  In response, DiMaggio claimed that his invoice was not really for legal defamation and legal fees, but instead, that he needed $52,000 to secure Mick Jagger's commitment (on top of $150,000 already previously paid to DiMaggio for Mick Jagger and Earth Wind & Fire).  I noted that he continued to "change only the reasons for asking" for money.  Attached hereto as **Exhibit DD** is a true and correct copy of correspondence between myself and DiMaggio on approximately July 17 and 18, 2016 reflecting these things.

4.          On July 31, 2016, DiMaggio emailed Plaintiff Dachev to inform him of additional offers to perform at the Charity Concert.  A copy of this email correspondence was forwarded to me.  DiMaggio conveyed the alleged contractual requirements from Jennifer Lopez, Robbie

2

Williams, Don Felder of the Eagles, Pink!, and Roger Waters in order for them to perform at the Charity Concert, and asked for a "green light" to proceed with their engagement. Attached hereto as **Exhibit EE** is a true and correct copy of this correspondence.

5.    In connection with these alleged offers, DiMaggio sent the Foundation a "Deal Offer Form" dated August 1, 2016, seeking a deposit of $750,000 to secure Jennifer Lopez, Robbie Williams, Roger Waters, Don Felder, Christina Aguilera, and John Legend. The Deal Offer Form was on the letterhead for a purported entity called One Talent Agency and made no reference to DiMaggio or his company, DMI. Attached hereto as **Exhibit FF** is a true and correct copy of the Deal Offer Form.

6.    There were a number of issues with the Deal Offer Form. Among them, unlike the prior agreements, the Deal Offer Form had no clause that returned the funds to the Foundation if the artists were not available or did not agree to perform at the Charity Concert. The Deal Offer Form also did not include any signature lines for OTA or for DMI. We raised these concerns with DiMaggio by email and proposed revisions and amendments to include this issue and others. Attached hereto as **Exhibit GG** is a true and correct copy of email correspondence between the parties regarding proposed changes to the Deal Offer Form.

7.    Around the same time, DiMaggio emailed me to inform me that if OTA was not paid in full, "we lose every artists [sic]." When I stated that the Foundation would not move forward without the amendment to the Deal Offer Form that money would be returned if an artist did not agree to the Charity Concert, DiMaggio confirmed that "[i]f an artist does not commit yes 100% the money goes back to Dachev." Attached hereto as **Exhibit HH** is a true and correct copy of this email correspondence between DiMaggio and me on or around August 3, 2016.

8.    On August 3, 2016, DiMaggio emailed Dachev and me, subject line: "We are about to lose the deal read below," and purported to copy or forward an email from a supposed "Neil Epstein" from OTA. In it, "Mr. Epstein" wrote that the "requests were unusual and management are having second thoughts." The email further stated that "[OTA] will have to close negotiations at this time … And pass on this Concert." Attached hereto as **Exhibit II** is a true and correct copy of DiMaggio's August 3, 2016 email to me and Dachev.

3

9.      Later that day, DiMaggio emailed me and Dachev, attaching a revised Deal Offer Form. The Deal Offer Form again did not include a signature line for OTA or for DMI but included unclear language regarding reimbursement to the Foundation if an artist did not agree to the Foundation's contract terms for the Charity Concert. In response, DiMaggio informed the Foundation to "[s]end [the] wire so we don't lose them" and that he would make additional changes to the Deal Offer Letter afterwards. Attached hereto as **Exhibit JJ** is a true and correct copy of the August 3, 2016 email correspondence between DiMaggio and me along with the "revised" OTA agreement.

10.     In addition, I asked DiMaggio to provide me with the banking information for OTA so that the funds could be wired directly to them. DiMaggio informed me that if the Foundation were to pay OTA directly, the Foundation would be required to pay "33% taxes [ ] on top of what you are paying." Instead, DiMaggio asked the Foundation to "continue payin [sic] into my corporation." Attached here as **Exhibit KK** is a true and correct copy of the August 3, 2016 email correspondence between DiMaggio and me.

11.     On August 4, 2016, one day later, DiMaggio forwarded a new contract to Dachev, which was forwarded to me. The new contract included the same payment demand of $750,000 as the previous OTA Deal Offer Form, but was on DMI letterhead and made no reference to OTA, with payments to be made directly into DMI's bank account. DiMaggio did not explain why OTA was removed from the contract or how DMI would perform what was previously to be performed by OTA. Attached hereto as **Exhibit LL** is a true and correct copy of the August 4, 2016 email from DiMaggio to Dachev, which was forwarded to me.

12.     DiMaggio continued to push the Foundation to pay DMI directly. I asked DiMaggio, repeatedly, to open an escrow account to which the Foundation would send the $750,000 and from which monies paid to the artists could be tracked and accounted for. In response, DiMaggio insisted that "time is about to be against us if I don't show proof [of payment]. Attached hereto as **Exhibit MM** is a true and correct copy of August 4, 2016 email correspondence between DiMaggio and me.

13.     Believing DiMaggio's representation that the artists were about to walk away, we

4

1   agreed with DiMaggio that the Foundation would wire him the requested $750,000 if he

2   confirmed in writing that: (1) he would immediately establish an escrow account upon his return

3   to Los Angeles on August 10; and (2) he would not use the money until it landed in the escrow

4   account.  DiMaggio responded: "I agree to both terms explicitly," "I agree 100%," and

5   "Confirmed."  Attached hereto as **Exhibit NN** is a true and correct copy of the August 4, 2016

6   email correspondence between DiMaggio and me confirming this agreement.  I also sent

7   DiMaggio an Amended Agreement between Dachev and DMI confirming that DiMaggio would

8   open an escrow account no later than August 12, 2016, and asked that he sign it.  Attached hereto

9   as **Exhibit OO** is a true and correct copy of the Amended Agreement I sent him along with the

10  related communications concerning the escrow.

11       14.     Upon the insistence and representations from DiMaggio that the artists were about

12  to be "lost" and that he would open an escrow account as promised, on August 5, 2016, the

13  Foundation effectuated the wiring of an additional $750,000 to DMI's bank account to secure

14  these artists, on the condition that the funds be placed into an escrow account to track and account

15  for the use of the funds.  Those funds were wired on

16       15.     On August 10, 2016, DiMaggio emailed Dachev, claiming that he spoke with the

17  artists' managers and that they wished to postpone the Charity Concert until December 1, 2016.

18  Now truly concerned that DiMaggio was deceiving us, I continued to ask that DiMaggio execute

19  the Amended Agreement and open the escrow account as promised.  Despite my continued

20  requests, DiMaggio never signed the Amended Agreement and never opened an escrow account.

21  Attached hereto as **Exhibit PP** is a true and correct copy of email correspondence between

22  DiMaggio and me between August 10, 2016 and August 12, 2016.

23       16.     On August 16, 2016, I emailed DiMaggio requesting the immediate return of all

24  the monies the Foundation paid him because he failed to secure any of the promised artists, failed

25  to open the promised escrow account, and refused to execute the Amended Agreement.

26  DiMaggio claimed that "as soon as everyone returns the deposits," he would return the monies to

27  the Foundation.  Attached hereto as **Exhibit QQ** is a true and correct copy of email

28  correspondence between DiMaggio and me on August 16, 2016.

5

17.     On August 24, 2016, I emailed DiMaggio again, noting that despite repeated requests, DiMaggio still had not repaid the Foundation.  DiMaggio stated that he would retain the funds and secure commitments for a separate concert to take place in June 2017.  Attached hereto as **Exhibit RR** is a true and correct copy of email correspondence between DiMaggio and me on August 24, 2016.

18.     On September 2, 2016, I emailed DiMaggio and asked him to wire back the Foundations' funds immediately.  Attached hereto as **Exhibit SS** is a true and correct copy of email correspondence between DiMaggio and me on September 2, 2016.  DiMaggio has never returned any of the funds sent to him by the Foundation.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20 day of July, 2018 at Sofia, Bulgaria.


_____
Alexander Panev

# EXHIBIT CC

# DIMAGGIO INTERNATIONAL, INC.

### ARTIST AQUISISTIONS INVOICE

| | |
|---|---|
| **INVOICE NO#:** | #DII-002-LGL-P4UP4M-LLD |
| **LABEL/VENDOR:** | **PEACE FOR YOU** |
| | **PEACE FOR ME FOUNDATION** |
| | 100, Maria Luisa Blvd. |
| | Sofia, 1202 Bulgaria |
| | c/o: Kris Dechev |
| **DATE of EVENT:** | OCTOBER 1ST 2016 |
| **PROJECT DESCRIPTION:** | **PEACE FOR YOU** |
| | **PEACE FOR ME CONCERT** |

**PAYMENT AGENDA**

| | |
|---|---|
| LEGAL DEFAMATION PR: | $40,000.00 |
| LEGAL ATTORNEY FEES: | $12,500.00 |
| ADMINISTRATIVE SERVICES: | $  800.00 |
| **TOTAL:** | **$53,300.00** |

Direct Deposit Payable to:   **DIMAGGIO INTERNATIONAL, INC.**
5737 Kanan Road #117
Agoura Hills, CA 91301
█████████

**CITI BANK**
3967 a-e Thousand Oaks Blvd.
Westlake  Village, California
91362 USA
**Bank Account:** ████████
**Routing:** ███████
SWIFT CODE – citius33

## TERM

**DIMAGGIO INTERNATIONAL INC.** has commissioned the following below:

**LEGAL DEFAMATION PR:** The fees for legal defamation will secure public relations for damage control due to false Media and public disclosed marketing towards artists that have not legally been acquired by there agency to perform on said event above.

**LEGAL ATTORNEY FEES:**  Legal consultation and advise to **PEACE FOR YOU PEACE FOR ME CONCERT & DIMAGGIO INTERNATIONAL, INC.**

**ADMINISTRATIVE SERVICES:** Legal administration fees will be commissioned to the attorney to handle all legal expressions and contractual agreements to defend **PEACE FOR YOU PEACE FOR ME CONCERT.**



EXHIBIT
37
DIMAGGIO
5-1-18

PENGAD 800-631-6989

# EXHIBIT DD

From: "R. DiMaggio" <thedimaggio@gmail.com>
Sent: Mon, 18 Jul 2016 21:47:42 +0300
To: Alexander Panev <apanev@mtgbg.com>
Subject: Re: FW: P4YP4M

_____

I'll wire back.
You guys can go with someone else.
I will help in anyway I can from the side lines.

Best

    "Just b Nice"


On Jul 18, 2016 11:43 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

    Robin,


    I wired $150K for Mick and for EW&F within one day term. Beside this I have done everything I
    told you. I am ready to proceed.


    From among you have promised and signed, you did nothing yet. But you and your team ask for
    more money. You change only the reasons for asking. How I could know whether your team
    won't ask another wire after these 52K?!


    You can do what you promised and have being paid. Then we can talk for the next task and next
    money. Or you can wire back and we start looking from the beginning.


    Kris




    Àë. Ïàíåâ

    Al. Panev



    -------- Îðèãèíàëíî ñúîáùåíèå --------

    Îò: "R. DiMaggio" <thedimaggio@gmail.com>

EXHIBIT
39
DIMAGGIO
5-1-18
PENGAD 800-631-6989

Äàòà: 18.07.16 ã. 20:24 (GMT+02:00)

Äî: Alexander Panev <apanev@mtgbg.com>

Êîïèå: "Svilosa-K.Dachev" <kdachev@svilosa.bg>

Òåìà: Re: FW: P4YP4M


Kris,
We need you to wire 52k.
It's an absolute must.
If not I can't get Mick.
With what we have I can only get the Eagles at this point.

Let me know if you can't or won't I completely understand I will have to resign from the Venture
and make a wire back to you.
This is my Teams decision and we will not budge.

Robin


On Jul 17, 2016 9:54 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Mr. DiMaggio,


Today we had a meeting on the topics highlighted recently by you. The summary
follows:


1.    The Brand is **PEACE FOR YOU PEACE FOR ME** only. LIVE AID 85 is
mentioned in interview as an example, basis of comparison, for the planned event.
Thus there is no need of rebranding. Just for sure LIVE AID 85 will not be mentioned
anymore.

2.    The Foundation full address is 100 Maria Luisa Blvd. floor 4, office 2. Here is
the building:
https://www.google.bg/maps/place/sofia+100+Maria+Luiza+Blvd./@42.7099832,23.
3225407,3a,75y,84.5h,90t/data=!3m7!1e1!3m4!1sN1iVGvW8qTUS6oKriGEfyw!
2e0!7i13312!8i6656!4b1!4m2!3m1!1s0x0:0x33df9668a1c45757!6m1!1e1  Above
the bus station there are business offices in the building and one of them is the
Foundation one.

3.    Jay's interview in NOVA TV
(http://nova.bg/news/view/2016/07/11/153009/%D1%89%D0%B5-
%D0%B4%D0%BE%D0%B9%D0%B4%D0%B0%D1%82-%D0%BB%D0%B8-
%D0%BC%D0%B8%D0%BA-%D0%B4%D0%B6%D0%B0%D0%B3%D1%8A

%D1%80-%D0%B8-%D0%B4%D0%B6%D0%BE%D0%BD%D0%B8-
%D0%B4%D0%B5%D0%BF-%D0%B2-%D0%B1%D1%8A%D0%BB
%D0%B3%D0%B0%D1%80%D0%B8%D1%8F/) is positive despite of some
provocative questions.

4.      The Stadium is negotiated and the date 1st of Oct is reserved in the schedule
and will be signed immediately after we have your confirmation for the first artists.
The respective contract is not concluded due to the fact that the Stadium asks for a
down payment at the sign.

5.      Marchello Djotolov considers that nothing requires his silence participation or
removal from the Project. Jay Boteff and Zornitsa Djambazova agreed.

6.      Currently there is no need of re-signing new contracts. The one with the
Foundation is in force.

7.      Re already received amounts it is up to you to decide whether to pay it back or
not: if you are capable of doing the job according to the Contract so use the money
accordingly and go ahead.


Obviously we do step in to a territory considered by some agents as reserved for
themselves and thus manifest enviable activity organizing black PR. First facts we
anticipate of you, together with our measures here, will stop this decisively. We all
agreed it is for better that the management of this sensitive matter, decisions and acts
under the Project, shall be under the control of our kind of public council.


As an example of false treatment please take a look on the UNESCO letter (attached)
where is clearly said "...we salute and support..." the initiative. We will not spend
energy for disproving. With facts and documents we go ahead and the black PR will
fall away with the time.


First next actions:

*       MICK JAGGER and EARTH, WIND & FIRE acquisition (DIMAGGIO
INTERNATIONAL)

*       Action plan, Time schedule and Budget fo the Project (Marchello Djotolov)

*       Contracts conclusion with Stadium, Municipality, sound, stage and logistics
suppliers and Sponsors (Jay Boteff)


It should be done first half of the next week. Until it is done nobody appears in
public.

Please take in to account that the financial injections from the Sponsors are strongly tied with showing an evidence for the first artists engagement with the Event.

We will appreciate your comments where needed.

Best regards,

Kris

Alexander

PFY 000586

# EXHIBIT EE

**From:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**Sent:** Sun, 31 Jul 2016 08:28:48 +0300
**To:** FOND-JIVKO BOTEV <jboteff@peaceforyou.org>, FOND-ZORNITCA <zornicapetrova81@gmail.com>, PANEV ALEKSANDAR <apanev@mtgbg.com>
**Subject:** Fwd: Green light this and we can have agreements by tomorrow Sunday before I leave. We are ready on their end

---

Regards,  Kr. Dachev

Begin forwarded message:

>   **From:** "R. DiMaggio" <thedimaggio@gmail.com>
>   **Date:** 31 þëè 2016 ã., 8:27:05 Ãðèíóè++3
>   **To:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
>   **Subject: Re: Green light this and we can have agreements by tomorrow Sunday before I leave. We are ready on their end**
>
>   We have 6
>   Let's get these first
>   Then I have power with new comp. To get new ones
>
>   Sent from my Android
>   Excuse Google transcription errors-I often do not proofread them

On Jul 30, 2016 10:00 PM, "Svilosa-K.Dachev" < kdachev@svilosa.bg> wrote:

>   ! Îê! Keep looking number 6-7-8.
>
>   Regards,  Kr. Dachev

>   On 31.07.2016 ã., at 7:26, R. DiMaggio <thedimaggio@gmail.com> wrote:
>
>
>       J lo
>       300k 2 songs offer
>       Private jet from NY to Sofia round trip. Not negotiable
>       6 dancers regular Coach commercial.
>       Her own audio and lighting team. Crew of 4 they can travel regular Comercial Buisness.
>       200k deposit.
>
>       Robbi offer at 200k @ 2 songs
>       Travel group of 6.
>       They want a private from London to Sofia roundtrip I advise 3 people and first class tickets.
>       2 dancers commercial.
>       200k upfront

Don of Eagles
2 songs 175k
1 first class
1 buisness
Up front

Pink
250k plus flights
Half up front next week.

Roger Waters 150k
100k upfront

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

---

Email Disclaimer
This email message may contain confidential information. If you have received this
transmission in error, and you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of this transmission or its contents is prohibited.
Please, immediately to notify us by Reply command and permanently delete the original
and any copies thereof. E-mail transmission cannot be guaranteed to be secure and
therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of
this message and for any damage whatsoever that is caused by viruses being passed.
Please, note that any views or opinions presented in this email are solely those of the
author and do not necessarily represent those of Svilosa AD/Svilocell EAD.
Thank You.
Svilosa AD/Svilocell EAD

**From:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**Sent:** Sat, 30 Jul 2016 18:55:07 +0300
**To:** PANEV ALEKSANDAR <apanev@mtgbg.com>, FOND-ZORNITCA
<zornicapetrova81@gmail.com>, SALKOV SASHO <Salkoff@abv.bg>
**Subject:** Fwd: New offers ready to sign

Regards, Kr. Dachev

Begin forwarded message:

> **From:** "R. DiMaggio" <thedimaggio@gmail.com>
> **Date:** 30 þëè 2016 ã., 18:21:06 Ãðèíóè÷++3
> **To:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>, Jay Boteff <jboteffjb@gmail.com>
> **Subject: Re: New offers ready to sign**

> I completely understand.
> Blondie gets 300k just in the United States, in Europe she gets 400k. Please check on
> these if you want.

> The beach boys have made a huge come back and charge 400k just in the US.

> Elton came back with an Astronomical #.
> And Eminem is 500k.
> He charges 250k just in the states so I got a good rate on him if we want him for 2 songs.

> Sent from my Android
> Excuse Google transcription errors-I often do not proofread them

> On Jul 30, 2016 12:37 AM, "Svilosa" < kdachev@svilosa.bg> wrote:

>> Öhese names are referred to late the list and not on such rates.

>> Kr. Dachev

>> On Jul 30, 2016, at 09:41, R. DiMaggio <thedimaggio@gmail.com> wrote:

>>> I just confirmation
>>> Blondie 250k
>>> Beach Boys 250k

>>> I am adding these to the first 3

>>> Sent from my Android
>>> Excuse Google transcription errors-I often do not proofread them

On Jul 29, 2016 11:32 PM, "MTG-K.dachev" < kdachev@mtgbg.com> wrote:

Hey Robin !

The answer is yes. Before I pay , I want to see which come in the next group. So we will not lose direction when traveling to the goal. We should consider whether it is inappropriate private flights to be united for several artists . We will organize such flights from London and New York. For artists will be better and more comfortable airplanes to be larger , which will allow the transportation of the whole team.

Regards,   Kr. Dachev

On 30.07.2016 ã., at 3:56, R. DiMaggio <thedimaggio@gmail.com> wrote:

J lo
300k 2 songs offer
Private jet from NY to Sofia round trip. Not negotiable
6 dancers regular Coach commercial.
Her own audio and lighting team. Crew of 4 they can travel regular
Comercial Buisness.
200k deposit.

Robbi offer at 200k @ 2 songs
Travel group of 6.
They want a private from London to Sofia roundtrip I advise 3
people and first class tickets.
2 dancers commercial.
200k upfront

Don of  Eagles
2 songs 175k
1 first class
1 buisness
150k deposit

If you give me the green light then I will have all green lit by end of day tomorrow I just got all the legal done.

Ready to go.
Finally

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

_____

Email Disclaimer
This email message may contain confidential information. If you have received this

transmission in error, and you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of this transmission or its contents is prohibited.
Please, immediately to notify us by Reply command and permanently delete the original
and any copies thereof. E-mail transmission cannot be guaranteed to be secure and
therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of
this message and for any damage whatsoever that is caused by viruses being passed.
Please, note that any views or opinions presented in this email are solely those of the
author and do not necessarily represent those of Svilosa AD/Svilocell EAD.
Thank You,
Svilosa AD/Svilocell EAD

# EXHIBIT FF



**DEAL OFFER FORM**
Confidential Agreement for Engagement

**DATE OFFERED:**  August 1ST 2016                    **OFFER EXPIRATION DATE:**  August 2nd 2016

**PURCHASER:**              PEACE FOR YOU PEACE FOR ME ORGANIZATION
                           (Full Address Required)

**ARTIST FEES:**  Jennifer Lopez: $300k, Roger Waters: $150k, Robbi Williams $200k, Don Felder of(EAGLES): $150k
(Main Budget $800,000.00 (Eight Hundred Thousand Dollars USD)

**SUPPORT/OTHER ACTS FEES:** Christina Aguilera: $200k & John Legend: $150k
(Supporting Budget: $350,000.00 (Three Hundred-Fifty Thousand Dollars USD)

**DEPOSIT FEES:**  All Artists: JL=$ 200k / RW=$200k / D (Eagles)=$100k/ CA=$100k/ J.Legend=$150k / R.Waters
(Deposit Budget: $750,000.00 (Seven-Hundred & Fifty Thousand Dollars USD)

**FULL DEPOSIT TO BE RECEIVED:** $750,000.00   (Seven Hundred-Fifty Thousand Dollars USD)

**PERFORMANCE PARTICIPATION:**    2-3 Songs per Act (To Be Determined)

**VENUE:**      VASIL LEVESKI NATIONAL STADUIM, 38 Evlogi, I Hristo Georgievi Blvd, 1000 Sofia, Bulgaria
                (Full Address Required)

**PERFORMANCE INFO:**  Please note all that apply. If venue is non-traditional, please attach photos to help visualize setup.
Indoor/Outdoor: OUTDOOR EVENT          Tented/Covered Stage:  YES
Estimated Attendance/ Audience Type: 35,000 − 45,000 max attendance.
**Please include a description of all event details:**
Scaling (if applicable):

**LOAD IN (Day/Time):**  TBA          **DOORS:**  TBA

**SHOW TIME:** TBA              **SHOW LENGTH:**  TBA

**EVENT TYPE:** Please note all that apply.  (CHARITY CONCERT)
PRIVATE:  Corporate Employee Party/ Fundraiser/ Business to Business Event/ Incentive Trip/ Private Party/ Other:

**PURCHASER WILL PROVIDE & PAY FOR ON TOP OF GUARANTEE:**
   Airfares:                    Hotel Accommodations:        Ground Transportation:
   Backline:                    Sound & Lights:              Other: Security

**MEET & GREET REQUEST:** Please note, if applicable.
Who will attend: TBA          Approx. how many: TBA

**MERCHANDISE DEAL (ARTIST OR VENUE SELLS?]:** _____TBA_____

**PROMO/MARKETING REQUEST:** Please note, all materials must be sent for written approval prior before any use.
How will the event be promoted (internal/external/ invitation/email/social media requests/etc.)

**RADIUS CLAUSE:** Please note, if applicable.
Miles: TBA              Days Prior: 2DAYS      Days Following: 1DAY

EXHIBIT
50
DIMAGGIO
5-1-18
PENGAD 800-631-6989

N E W   Y O R K  •  L O S   A N G E L E S  •  H O N G   K O N G  •  N A S H V I L L E  •  M I A M I

**CONTRACT SIGNATORY**

Name:
Company Name/ Address/ City/ State/ Zip:

**PURCHASER will provide the following for ARTISTS below:**

FULL PRODUCTIONS requirements include Sound, Lights, Backline, Equipment, Flight, Travel plus Hotels and Local, Ground Transportation plus Police and Security.

A.   **JENNIFER LOPEZ:** Private Travel arrangements only will be provided for Ms. Lopez for the following:
NOTE: Private Flights from: NY to Bulgaria, (5 Star Hotel, 2 Suites, 10 Full Size Rooms) (6 Dancers / 4 Production)

B.   **ROBBI WILLIAMS:** Full Travel arrangements will be provided for Mr. Williams
NOTE: London to Bulgaria: (2) 1ST Class ticket / (4) Business Class  5 Star Hotel (6 Round-Trip Flights (2 suites, 4 Full Size Rooms)

C.   **DON FELDER:** Travel: (1) 1ST Class ticket / (1) Business Class only will be provided for Mr. Felder
NOTE: (5 Star Hotel, 2 Suites, Full King Size Rooms)

D.   **ROGER WATERS:** Travel arrangements for Mr. Williams that are the following:
NOTE: (5 Star Hotel, 2 Suites, 4 Full Size Rooms) (2 Production)

E.   **JOHN LEGEND:** Private Travel arrangements only will be provided for Mr. Legend for the following:
NOTE: Private Flights from: NY to Bulgaria, (5 Star Hotel, 2 Suites), Grand Piano

F.   **CHRISTINA AGUILERA:** Travel: (2) 1ST Class ticket / (8) Business Class only will be provided for Ms. Aguilera
NOTE:  (5 Star Hotel, 2 Suites, 8 Full Size Rooms) (4 Dancers / 4 Production)

This constitutes a firm offer for the services of Artists as summarized above.  Upon acceptance by Purchaser, a binding agreement will later be issued in existence between the parties as to the terms contained herein and this offer may not be revoked, rescinded or cancelled by Purchaser for any reason, including but not limited to a force majeure occurrence, without full payment of the indicated compensation to Purchaser.

Deposits due hereunder are consideration for the use of Artist's name/voice/likeness for announcement and advertising (internal or external) purposes.

Purchaser shall understand this constitute as official deal offer that won't be applicable until deposit fees have been received. All additional terms and conditions of the long form agreement to be issued and negotiated after Deposits have been officially received.

Your signature below indicates that you are authorized to make all transactions and shall be jointly and severally liable for all obligations contained herein including payments due to the Artist.

**NO ANNOUNCEMENTS OR MARKETING WILL BE APPROVED UNLESS APPROVED IN WRITING AND DEPOSIT HAS BEEN RECEIVED.**

Signed this _____ day of _____, 2016

PURCHASER:

By:_____
        PEACE FOR YOU, PEACE FOR ME (Representative)

N E W   Y O R K  •  L O S   A N G E L E S  •  H O N G   K O N G   •   N A S H V I L L E   •   M I A M I

PFY 000036

# EXHIBIT GG

**From:** Alexander Panev <apanev@mtgbg.com>
**Sent:** Fri, 04 Nov 2016 12:26:07 +0200
**To:** "?????????? ?????" <apanev@mtgbg.com>
**Subject:** FW: One Talent Agency Offer form amendment

---

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Date:** 2 ââãóñïò 2016 ã., 3:27:32 Ãðèíóè÷+3
**To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>
**Subject: Re: Fwd: One Talent Agency Offer form amendment**

Yes they can mention whatever you want that's easy once we have them there they are
all team players it's when we have to deal with management's ect is tricky.
And yes for the song which makes me realize we should start on that song right away.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 2, 2016 2:51 AM, "Svilosa" <kdachev@svilosa.bg> wrote:

Kr. Dachev

Begin forwarded message:

> **From:** "Alexander Panev" <apanev@mtgbg.com>
> **Date:** August 1, 2016 at 16:38:14 GMT+3
> **To:** "'Svilosa-K.Dachev'" <kdachev@svilosa.bg>
> **Subject: One Talent Agency Offer form amendment**

Ñ ïîèòå íåùà îòãîëó.

Dear Robin,

The letter below is composed by J. Botef and Al. Panev.

**From:** Jivko Boteff [mailto:jboteff@yahoo.com]
**Sent:** Monday, August 1, 2016 2:12 PM
**To:** PANEV ALEKSANDAR
**Subject:** pismo Robin

To Robin Dimaggio:



EXHIBIT
51
DIMAGGIO
5-1-18

PFY 000407

Dear Robin,

The list of 6 is just perfect! Different generations, different music styles, etc...

Only problem is Eagles - in the agreement is written only Don Felder in case we always discus Don Felder and what left from the band (you personalty called Don and the guys )

Second:

- Can we ask the artists to make few sentences personal statement during the concert considering the cause?

- to participate in the end in the final song "P4UP4M" ?

- and if we can offer to the small bands from B & C list to sing some songs of the A listers - like a covers?

Thanks buddy

J

Regarding the One Talent Agency  DEAL OFFER FORM:

1.    Prior to enter in binding agreement we have to review all the texts (terms and conditions, contracts etc.) The other option is explicitly to specify in the DEAL OFFER FORM that in case of disagreement on the contract, the down payment will be repaid.

2.    In connection with the above the absolute impossibility of cancelation the Offer is unacceptable. In case there will be no contract and in case  of force majeure, the down payment should be repayable. The alternative approach would be the cited absolute impossibility of cancelation to bind the artist also, which we see as inappropriate.

3.    The clause for joint and several liability of the Purchaser☐ representatives will be acceptable provided the One Talent Agency representatives are under the same kind of liability regarding all the obligations undertaken by One Talent Agency, including the upfront repayment in case of disagreement on the contract text or breach of contract.

4.    The One Talent Agency should state explicitly that in case

of negligence or failure to keep all or part of its obligations, accordingly all or the respective part of the down payment will be duly repaid.

Best regards,


Al. Panev

---

Email                                                                                    Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author      and      do      not      necessarily      represent      those      of      Svilosa      AD/Svilocell      EAD.
Thank                                                                                          You,
Svilosa AD/Svilocell EAD

# EXHIBIT HH

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Tue, 02 Aug 2016 21:27:43 +0300
**To:** Alexander Panev <apanev@mtgbg.com>, "Svilosa-K. Dachev" <kdachev@svilosa.bg>
**Subject:** Re: Alex good Morning from Asia

Alex
I talked to kris, i didnt look tonseenit was a pdf.
My apologies yes i will track the production office down and have them make the change.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them


On Aug 3, 2016 6:09 AM, "R. DiMaggio" <thedimaggio@gmail.com> wrote:

Ok i am in Australia then asia.
Can you amend yourself the agreement and we will honor it.
Its extremely time sensitive.
If an artist does not commit yes 100% the money goes back to Dachev.
There is no other way but to make things 100% right at this point.

Advise asap

Sent from my Android
Excuse Google transcription errors-I often do not proofread them


On Aug 3, 2016 5:51 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Deer Robin,


We want the same as you - both sides to feel comfortable.


We sent our request for amendment twice. Still none of our notes is accepted. So how to feel comfortable?


Mr. Dachev stated he is ready to pay once it is agreed that in case an artist from the list is missing on the Event, the money for that artist will be returned.


Best regards,



EXHIBIT
52
DIMAGGIO
5-1-18
PENGAD 800-631-6989

Ал. Панев

Al. Panev


-------- Оригинално съобщение --------

От: "R. DiMaggio" <thedimaggio@gmail.com>

Дата: 2.08.16 г. 19:29 (GMT+02:00)

До: Alexander Panev <apanev@mtgbg.com>

Тема: Alex good Morning from Asia


Just so you know,
The agreement expires at 5pm NY time today on the 3rd of August and we lose every
artists.

He will need a signed copy and proof of wire.

I absolutely do not want to put pressure on you and Kris but making sure every
details are met so both sides feel completely comfortable.
We are about to make History in Sofia.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

# EXHIBIT II

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Wed, 03 Aug 2016 10:24:29 +0300
**To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>, Alexander Panev <apanev@mtgbg.com>
**Subject:** We are about to lose the deal read below

Evening Robin,

I hope your enjoying your trip... Away!

I'm certain your aware your requests are unusual and management
are having second thoughts... Please be aware that talent secures a date
with a deposit before anymore negotiations continue...

There fore if theres any other requests or 3rd party requests...

We will have to close negotiations at this time... And pass on this event.

Theres many moving parts moving to fast... Management will be concern if we have more red flags
concerning this booking...

Sorry but we never had these kinds of unusual requests...

BR
Neil Epstein,
OTA

Sent from my Android
Excuse Google transcription errors-I often do not proofread them



**From:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**Sent:** Tue, 02 Aug 2016 08:08:49 +0300
**To:** FOND-JIVKO BOTEV <jboteff@peaceforyou.org>, FOND-ZORNITCA
<zornicapetrova81@gmail.com>, SALKOV SASHO <Salkoff@abv.bg>, PANEV ALEKSANDAR
<apanev@mtgbg.com>
**Subject:** Fwd: ota artists offers (October 1st 2016)

Regards, Kr. Dachev

Begin forwarded message:

> **From:** "R. DiMaggio" <thedimaggio@gmail.com>
> **Date:** 2 àâãóñò 2016 ã., 3:22:28 Ãðèíóè÷++3
> **To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>
> **Subject:** Fwd: ota artists offers (October 1st 2016)

Just got to ASIA here is an email for you Kris let's keep moving forward I extended the
Deal until August 3rd. On OTI end.
I don't want to lose this deal it was to much work to put together and I will not injure
anymore relationships on this end and of COURSE with you!!! Which we have a long term
relationship that just started.

> Hello Robin,
>
> My deepest apologies for some of the imperfections on the agreement offer but
> during our previous conversation I didn't want to proceed with any offers for a
> 3rd party purchaser to purchase talent artists.
>
> Which is why I wanted to discussed this further on Monday...
> But you explained to me that you needed to get theses offers out ASAP...
>
> I was able to speak with management on availability and the budgeted to meet
> overall costs you explained to me.
>
> With that said, I've made the necessary corrections on the deal offer.
>
> Please notice that to proceed with this offer for the talent we can not distribute any
> agreements until deposits are made for talent.
>
> The agreement that you received is our official deal agreement to get things in motion.
>
> And because we have a great relationship with you and your production company is
> the only reason why we are willing to subside the usual formalaties and procedures.
>
> Although, which you are aware of since our last conversation...
> we normally do not even issue the deal offer agreement.
>
> PLEASE ADVISE... If theres any questions I can answer towards your project...
> Let me know, But as I said, management will not sign-off on this until we receive
> the deposits you mentioned would received by the August 3rd.

>
> Especially because time has shorten...
>
> thanks again, hope to speak to you again...
>
> Best Regards,
> Neil Epstein
> OTA
>
>

---

Email Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Svilosa AD/Svilocell EAD.
Thank You,
Svilosa AD/Svilocell EAD

# EXHIBIT JJ

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Wed, 03 Aug 2016 12:11:29 +0300
**To:** Alexander Panev <apanev@mtgbg.com>
**CC:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>
**Subject:** RE: P4YP4M

EXHIBIT
56
DIMAGGIO
5-1-18
PENGAD 800-631-6989

Perfect.
Send wire so we dont lose them and also send me what you want fixed and I will have them fix it its 2 am in
La 5 am in Ny. Cant do much in the next coming hours, but i will guarantee that the fixes are handled,
This is very exciting times ahead of us.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them


On Aug 3, 2016 9:08 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

    Dear Robin,


    Thank you for the amended agreement. This is a positive step towards the mutual
    comfort.


    In the last added clause there is a clerical mistake I believe. It says "Therefore
    Cancelation will constitute **that the Purchaser** responsibility to reimburse ...".
    Maybe it should say: "Therefore Cancelation will constitute **OTA** responsibility to
    reimburse the Purchaser ...". Obviously it should be corrected.


    In addition, in the OTA e-mail which you have forwarded, we do not find our requests
    answered.


    Aiming to manifest our sincere will  and to save time, we are ready to deposit the
    requested amount without any preconditions and afterwards to negotiate the terms
    and texts. This way there will be full comfort for you and OTA. In case you and OTA
    are OK with the idea, later on I will send you short agreement meaning that we wire
    the money, negotiate the artists, terms, and contracts, afterward for the agreed
    artist you keep the money and respectively refund for disagreed ones.


    Somehow or other the Offer should be redrafted. Let us use the chance to make it
    OK for all of us.


    For the sake of convenience herewith I copy our requests. Please send this e-mail to

OTA in order to receive a concrete reaction on every point. We believe nothing will be achieved by pressure. Let us negotiate in a way which build mutual confidence instead of mistrust.

1.      Prior to enter in binding agreement we have to review all the texts (terms and conditions, contracts etc.) The other option is explicitly to specify in the DEAL OFFER FORM that in case of disagreement on the contract, the down payment will be repaid. NO ANSWER.

2.      In connection with the above the absolute impossibility of cancelation the Offer is unacceptable. In case there will be no contract and in case of force majeure, the down payment should be repayable. The alternative approach would be the cited absolute impossibility of cancelation to bind the artist also, which we see as inappropriate. NO ANSWER.

3.      The clause for joint and several liability of the Purchaser' representatives will be acceptable provided the One Talent Agency representatives are under the same kind of liability regarding all the obligations undertaken by One Talent Agency, including the upfront repayment in case of disagreement on the contract text or breach of contract. NO ANSWER.

4.      The One Talent Agency should state explicitly that in case of negligence or failure to keep all or part of its obligations, accordingly all or the respective part of the down payment will be duly repaid. ACCEPTED.

Best regards,

Al. Panev

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Wednesday, August 3, 2016 10:26 AM
**To:** Alexander Panev; Svilosa-K. Dachev
**Subject:**

Here is the final agreement.
>
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended

only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.



**DEAL OFFER FORM**
Confidential Agreement for Engagement

**DATE OFFERED:**    August 1ST 2016                    **OFFER EXPIRATION DATE:**    August 4th 2016

**PURCHASER:**                    PEACE FOR YOU PEACE FOR ME ORGANIZATION
                                (Full Address Required)

**ARTIST FEES:** Jennifer Lopez: $300k, Roger Waters: $150k, Robbi Williams $200k, Don Felder of(EAGLES): $150k
(Main Budget: $800,000.00 (Eight Hundred Thousand Dollars USD)

**SUPPORT/OTHER ACTS FEES:** Christina Aguilera: $200k & John Legend: $150k
(Supporting Budget: $350,000.00 (Three Hundred-Fifty Thousand Dollars USD)

**DEPOSIT FEES:** All Artists: JL=$ 200k / RW=$200k / D (Eagles)=$100k/ CA=$100k / J.Legend=$150k / R.Waters
(Deposit Budget: $750,000.00 (Seven-Hundred & Fifty Thousand Dollars USD)

**FULL DEPOSIT TO BE RECEIVED:** $750,000.00    (Seven Hundred-Fifty Thousand Dollars USD)

**PERFORMANCE PARTICIPATION:**    2-3 Songs per Act (To Be Determined)

**VENUE:**    VASIL LEVESKI NATIONAL STADUIM  38 Evlogi, I Hristo Georgievi Blvd, 1000 Sofia, Bulgaria
            (Full Address Required)

**PERFORMANCE INFO:** Please note all that apply. If venue is non-traditional, please attach photos to help visualize setup.
Indoor/Outdoor: OUTDOOR EVENT            Tented/Covered Stage: YES
Estimated Attendance/ Audience Type: 35,000 – 45,000 max attendance.
**Please include a description of all event details:**
Scaling (if applicable):

**LOAD IN (Day/Time):** TBA            **DOORS:** TBA

**SHOW TIME:** TBA                **SHOW LENGTH:** TBA

**EVENT TYPE:** Please note all that apply. (CHARITY CONCERT)
PRIVATE: Corporate Employee Party/ Fundraiser/ Business to Business Event/ Incentive Trip/ Private Party/ Other:

**PURCHASER WILL PROVIDE & PAY FOR ON TOP OF GUARANTEE:**
  Airfares:                    Hotel Accommodations:        Ground Transportation:
  Backline:                    Sound & Lights:              Other: Security

**MEET & GREET REQUEST:** Please note, if applicable.
Who will attend: TBA            Approx. how many: TBA

**MERCHANDISE DEAL (ARTIST OR VENUE SELLS?]:** _____ TBA _____

**PROMO/MARKETING REQUEST:** Please note, all materials must be sent for written approval prior before any use.
How will the event be promoted (internal/external/ invitation/email/social media requests/etc.)

**RADIUS CLAUSE:** Please note, if applicable.
Miles: TBA                    Days Prior: 2DAYS        Days Following: 1DAY

NEW YORK • LOS ANGELES • HONG KONG • NASHVILLE • MIAMI

## CONTRACT SIGNATORY

Name:
Company Name/ Address/ City/ State/ Zip:

**PURCHASER will provide the following for ARTISTS below:**

FULL PRODUCTIONS requirements include Sound, Lights, Backline, Equipment, Flight, Travel plus Hotels and Local, Ground Transportation plus Police and Security.

    **A.**  **JENNIFER LOPEZ:** Private Travel arrangements only will be provided for Ms. Lopez for the following:
        NOTE: Private Flights from: NY to Bulgaria, (5 Star Hotel, 2 Suites, 10 Full Size Rooms) (6 Dancers / 4 Production)

    **B.**  **ROBBI WILLIAMS:** Full Travel arrangements will be provided for Mr. Williams
        NOTE: London to Bulgaria: (2) 1ST Class ticket / (4) Business Class  5 Star Hotel (6 Round-Trip Flights (2 suites, 4 Full Size Rooms)

    **C.**  **DON FELDER:** Travel: (1) 1ST Class ticket / (1) Business Class only will be provided for Mr. Felder
        NOTE: (5 Star Hotel, 2 Suites, Full King Size Rooms)

    **D.**  **ROGER WATERS:**  Travel arrangements for Mr. Williams that are the following:
        NOTE: (5 Star Hotel, 2 Suites, 4 Full Size Rooms) (2 Production)

    **E.**  **JOHN LEGEND:**  Private Travel arrangements only will be provided for Mr. Legend for the following:
        NOTE: Private Flights from: NY to Bulgaria, (5 Star Hotel, 2 Suites), Grand Piano

    **F.**  **CHRISTINA AGUILERA:**  Travel: (2) 1ST Class ticket / (8) Business Class only will be provided for Ms. Aguilera
        NOTE:  (5 Star Hotel, 2 Suites, 8 Full Size Rooms) (4 Dancers / 4 Production)

This constitutes a firm offer for the services of Artists as summarized above.  Upon acceptance by Purchaser, a binding agreement will later be issued in existence between the parties as to the terms contained herein and this offer may not be revoked, rescinded or cancelled by Purchaser for any reason, including but not limited to a force majeure occurrence, without full payment of the indicated compensation to Purchaser.

*If the Artist is not available or does not accept your offer, Artist fees will be applied towards another artist(s) or returned if the artist declines or has a cancelation of performance*

*Therefor Cancelation will constitute that the Purchaser responsibility to reimburse the Purchaser for full reimbursement of that specific Artist or Artists Fees .*

Purchaser shall understand this constitute as official deal offer that won't be applicable until deposit fees have been received. All additional terms and conditions of the long form agreement to be issued and negotiated after Deposits have been officially received.

Your signature below indicates that you are authorized to make all transactions and shall be jointly and severally liable for all obligations contained herein including payments due to the Artist.

**NO ANNOUNCEMENTS OR MARKETING WILL BE APPROVED UNLESS APPROVED IN WRITING AND DEPOSIT HAS BEEN RECEIVED.**

Signed this _____ day of _____, 2016

PURCHASER:

By:_____
    PEACE FOR YOU, PEACE FOR ME (Representative)

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Wed, 03 Aug 2016 10:24:29 +0300
**To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>, Alexander Panev <apanev@mtgbg.com>
**Subject:** We are about to lose the deal read below

Evening Robin,

I hope your enjoying your trip... Away!

I'm certain your aware your requests are unusual and management
are having second thoughts... Please be aware that talent secures a date
with a deposit before anymore negotiations continue...

There fore if theres any other requests or 3rd party requests...

We will have to close negotiations at this time... And pass on this event.

Theres many moving parts moving to fast... Management will be concern if we have more red flags
concerning this booking...

Sorry but we never had these kinds of unusual requests...

BR
Neil Epstein,
OTA

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

# EXHIBIT KK

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Wed, 03 Aug 2016 21:51:20 +0300
**To:** Alexander Panev <apanev@mtgbg.com>, "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**Subject:** Fwd: RE: P4YP4M

Alex if youbsend the money in their accounts you are going to Pay 33% taxes.ontop of what you are paying I had told Kris to continue payin into my corporation and i will then wire immediately into there account same day.

Its up to you?

I thought this was already done, which can cause a problem now because of the delay.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

---------- Forwarded message ----------
From: "Alexander Panev" <apanev@mtgbg.com>
Date: Aug 3, 2016 10:30 PM
Subject: RE: P4YP4M
To: "R. DiMaggio" <thedimaggio@gmail.com>
Cc: "Svilosa-K. Dachev" <kdachev@svilosa.bg>

Robin,

Kindly ask you to send OTA details for contract (full name, reg. number, address, representatives, bank account and contacts). I will send these data to our representatives in US to consult the contract draft quickly.

Regards,

Alexander

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Wednesday, August 3, 2016 12:32 PM
**To:** Alexander Panev
**Cc:** Svilosa-K. Dachev
**Subject:** RE: P4YP4M

I will have all the questions reworded to your specifications because what you are asking for is fair.
However we need to show them a deposit as they wake up in a few hrs.

I am on stand by and ready to finilaze this today.
Just so you know where I am is 930pm Wednesday evening.
Im a day ahead of LA and NY.


EXHIBIT
54
DiMAGGIO
5-1-18

Kris we have to talk about the song for Jay.
Everyone is telling me they are coming to LA to record it but that has to be discussed with you and I first.
As always my respect and loyalty.

Im actually going to try to sleep for a few hrs.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 3, 2016 9:08 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Robin,

Thank you for the amended agreement. This is a positive step towards the mutual comfort.

In the last added clause there is a clerical mistake I believe. It says "Therefore Cancelation will constitute **that the Purchaser** responsibility to reimburse ...". Maybe it should say: "Therefore Cancelation will constitute **OTA** responsibility to reimburse the Purchaser ...". Obviously it should be corrected.

In addition, in the OTA e-mail which you have forwarded, we do not find our requests answered.

Aiming to manifest our sincere will  and to save time, we are ready to deposit the requested amount without any preconditions and afterwards to negotiate the terms and texts. This way there will be full comfort for you and OTA. In case you and OTA are OK with the idea, later on I will send you short agreement meaning that we wire the money, negotiate the artists, terms, and contracts, afterward for the agreed artist you keep the money and respectively refund for disagreed ones.

Somehow or other the Offer should be redrafted. Let us use the chance to make it OK for all of us.

For the sake of convenience herewith I copy our requests. Please send this e-mail to OTA in order to receive a concrete reaction on every point. We believe nothing will be achieved by pressure. Let us negotiate in a way which build mutual confidence instead of mistrust.

1.      Prior to enter in binding agreement we have to review all the texts (terms and conditions, contracts etc.) The other option is explicitly to specify in the DEAL OFFER FORM that in case of disagreement on the contract, the down payment will be repaid. NO ANSWER.

2.      In connection with the above the absolute impossibility of cancelation the Offer is unacceptable. In case there will be no contract and in case of force majeure, the down payment should be repayable. The alternative approach would be the cited absolute impossibility of cancelation to bind the artist also, which we see as inappropriate. NO ANSWER.

3.      The clause for joint and several liability of the Purchaser' representatives will be acceptable provided the One Talent Agency representatives are under the same kind of liability regarding all the obligations undertaken by One Talent Agency, including the upfront repayment in case of disagreement on the contract text or breach of contract. NO ANSWER.

4.      The One Talent Agency should state explicitly that in case of negligence or failure to keep all or part of its obligations, accordingly all or the respective part of the down payment will be duly repaid. ACCEPTED.


Best regards,


Al. Panev




**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Wednesday, August 3, 2016 10:26 AM
**To:** Alexander Panev; Svilosa-K. Dachev
**Subject:**


Here is the final agreement.
>
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in

reliance on the contents of this information is strictly prohibited.
>

# EXHIBIT LL

**From:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**Sent:** Thu, 04 Aug 2016 09:45:30 +0300
**To:** PANEV ALEKSANDAR <apanev@mtgbg.com>
**Subject:** Fwd: NEW AGREEMENT

Regards,  Kr. Dachev

Begin forwarded message:

> **From:** "R. DiMaggio" <thedimaggio@gmail.com>
> **Date:** 4 август 2016 г., 8:28:41 Гринуич+3
> **To:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
> **Subject:** Fwd: NEW AGREEMENT

Here it is Kris,

I cant do more then this,

Send the funds and lets go to work.

I am ready to replace myself for this coming UN event to make sure this show is 100% handled on aLL sides.

You and I will need to be extremely close on the phone during the next 2 weeks.
Alex as well who i have yet to meet.

> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>

Email                                                                                          Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any
copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this
message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author
and        do        not        necessarily        represent        those        of        Svilosa        AD/Svilocell        EAD.
Thank                                                                                          You,
Svilosa AD/Svilocell EAD



# DIMAGGIO INTERNATIONAL, INC.

**Kris Dachev (the Purchaser)**

**DiMaggio International Inc. (The Agency)**

Taking for granted that DiMaggio International, Inc. is fully comparable and experienced with Talent Brokerage Agency…

This letter of Engagement is to confirm that **KRIS DACHEV & ASSOCIATES** (hereinafter known as **"PURCHASER"**). Like to acknowledge professional brokerage services facilitated by **DIMAGGIO INTERNATIONAL, INC.** (collectively referred to as **"AGENCY"**)

The Purchaser is willing to use the Agency expertise in engagement of various artists (Artist/s) for their participation in the Event.

EVENT: Purchaser represents **PEACE FOR YOU PEACE FOR ME FOUNDATION** (the Foundation) in organizing a concert in Bulgaria (the Event).
LOCATION: The Event is planned for October 1, 2016 in Sofia town, at The National Stadium Vasil Levski, address: 38, Evlogi I Hristo Georgievi, 1000 Sofia, Bulgaria.

The Parties concluded this Agreement as follows:

1. SUBJECT OF THIS AGREEMENT: the Agency undertakes to cooperate with and to facilitate the Foundation in concluding contracts with Artists, specified in this Agreement, for participation in the Event.

2. The List of Artists describes the names, which the Agency undertakes to engage for the Subject of the Agreement.

3. As a result of consultations between the Parties the list of Artists could be amended from time to time and the Parties shall sign the respective amendment to this Agreement.

4. LIST OF ARTISTS:
   a.  JENNIFER LOPEZ
   b.  ROGER WALTERS
   c.  JOHN LEGEND
   d.  CHRISTINA AGUILERA
   e.  ROBBI WILLIAMS
   f.  DON FELDER

5. The Term of this Agreement is until OCTOBER 3RD 2016.

6. Purchaser shall transfer $750,000,00 (Seven Hundred & Fifty Thousand Dollars USD) to transfer into Agency Escrow account (Escrow) as a Guarantee for future payments related to Artists engaged with participation in the Event.

7. The term for the transfer the Guarantee is 5 banking days from receiving with Purchaser of the Escrow agreement.

8. Agency remuneration fees shall obtained thru commissions of the services of the Artist upon closing of the agreement from Artists fees.

9. The Subject of the Contract shall be deemed successfully fulfilled provided at least 20 names from the List of Artists are contracted for the Event during the Term of Agreement. Otherwise the Subject is not fulfilled and the Guarantee shall be repaid in full to Purchaser in the first banking day following the end of the Term

NEW YORK   ◆   LOS ANGELES   ◆   LONDON   ◆   PARIS

# DIMAGGIO INTERNATIONAL, INC.

10. Not later than the next day after signing this Agreement the Agency shall e-mail the drafts of and the links to the entire documentation such as contracts, Artists terms and conditions etc., which are expected to be agreed, signed and executed by the Foundation (Artists Requirements). Once the Parties agreed on a specific Artists Requirements, the respective amount for this Artist shall be released from Escrow.

11. If the Parties could not agree on a specific Artists Requirements, as the case may be:
    a. This Artist shall be removed from the List and the List of Artists shall be amended accordingly;
    b. Whilst within the Term of this Agreement, after preliminary Purchaser's acceptance in writing (including e-mail), this Artist could be replaced with another one. In this case the List of Artists shall be amended accordingly;

12. In case this Agreement is expired the remaining amount (if any) in the Escrow shall be transferred back to the Purchaser within 30 days after the term of this agreement.

13. The Agency is not entitled to:
    a. Undertake any liabilities or enter in any kind of contracts, or amend already agreed contracts, on behalf of the Purchaser without prior Purchaser's approval by e-mail or authorization in writing;
    b. Negotiate under this Agreement with artists who are not in the List of Artists, except prior Purchaser's approval by e-mail;

14. The Purchaser does not bear any responsibility for any Agency expenses, loses whatsoever.

15. The Parties bank accounts: please see invoice provided by AGENCY: DIMAGGIO INTERNATIONAL, INC.

16. The Parties e-mail addresses and telephone numbers:
    a. For the Agency: thedimaggio@gmail.com
    b. For the Purchaser: kdachev@mtgbg.com

17. Each one Agency and the Purchaser separately declares:
    a. By entering in this Agreement does not violate any national law in the respective place of incorporation, constitutive act or internal rules;
    b. Persons who signed this Agreement and will sign eventual amendments to it are and will be duly authorized;
    c. Each Party shall treat as Confidential information all the e-mails, letters and documents received from the other Party
    d. Each Party shall:
        i. not disclose the Confidential information to any third party;
        ii. Not use the Confidential information for any purpose unless in connection with the execution of tasks under projects, contracts and activities agreed between the Parties;
        iii. Take any action on the protection of the Confidential information from destruction, loss, change or damage;
        iv. Keep properly the submitted Confidential information by simply restrict access to it and prevent it from spreading through printing, forwarding, copying or sharing by any means except with prior approval of issuing Party.

18. Any dispute, controversy or claim arising out of or in connection with this Agreement will be finally settled under the law, applicable at the seat of the Agency:

**PURCHASER: KRIS DACHEV & ASSOCIATES**          **AGENCY: DIMAGGIO INTERNATIONAL, INC.**

_____          _____
Signatory                    (date)          Signatory                    (date)

   NEW YORK   ◆   LOS ANGELES   ◆   LONDON   ◆   PARIS   

# EXHIBIT MM

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Thu, 04 Aug 2016 16:20:14 +0300
**To:** Alexander Panev <apanev@mtgbg.com>
**CC:** "MTG-K.dachev" <kdachev@mtgbg.com>
**Subject:** RE: Here is my Signature attached

---

Send to my Account DiMaggio int.
For right now time is about to be against us if i dont show proof.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them


On Aug 5, 2016 12:06 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Robin,


Please find attached the signed Agreement as amended by your lawyer. We are waiting the Escrow account details and the Escrow agreement as stated in paragraph 7.



In between please take in to consideration as follows:

1.    As discussed several time Mr. Don Felder will be welcomed with the rest of EAGLES. We will amend the List accordingly.

2.    Please check out availability of Robert Plant and Jimmy Page and their Requirements.



Best regards,



Alexander



Regards,  Kr. Dachev



Begin forwarded message:

   **From:** "R. DiMaggio" <thedimaggio@gmail.com>
   **Date:** 4 август 2016 г., 8:55:52 Гринуич+3
   **To:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>, "MTG-K.dachev" <kdachev@mtgbg.com>



EXHIBIT
59
DIMAGGIO
5-1-18

**Subject: Here is my Signature attached**

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

# EXHIBIT NN

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Thu, 04 Aug 2016 22:15:18 +0300
**To:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**CC:** Alexander Panev <apanev@mtgbg.com>
**Subject:** Re: Отн.:

I agree 100%
Confirmed.

We are all here to win, and make sure we have a concert that makes a loud noise in the Baltics and further
more around the world.
So yes You have my Word.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 5, 2016 7:11 AM, "Svilosa-K.Dachev" <kdachev@svilosa.bg> wrote:

> Dear Robin ,if you agree immediately after your return to LA to fulfill the conditions ,stipulated
> in the contract between us, tomorrow , Friday , your account will be credited with the requested
> amount of $ 750,000 .
>
> Regards,  Kr. Dachev
>
> On 4.08.2016 г., at 21:57, R. DiMaggio <thedimaggio@gmail.com> wrote:
>
>> Are we set with a wire?
>> I still do not have proof.
>>
>> Sent from my Android
>> Excuse Google transcription errors-I often do not proofread them
>>
>> On Aug 5, 2016 3:27 AM, "R. DiMaggio" <thedimaggio@gmail.com> wrote:
>>
>>> I agree to both terms explicitly,
>>> However it takes up to 24 hours for the escrow to be open so give me till
>>> the 12th, to be safe.
>>>
>>> Send wire confirmation so i can show the Managers this is real.
>>> Thanks
>>>
>>> Sent from my Android
>>> Excuse Google transcription errors-I often do not proofread them
>>>
>>> On Aug 5, 2016 3:16 AM, "Alexander Panev" <apanev@mtgbg.com>
>>> wrote:


EXHIBIT
60
DiMAGGIO
5-1-18
PENGAD 800-631-6989

Ordered by Mr. Dachev we will pay if you explicitly confirm
that we will have the Escrow clause and papers strictly
respected immediately at your return 10th.

Show the money and do not spend it until the money land in
Escrow account.

Please confirm both.

Regards

Ал. Панев

Al. Panev

-------- Оригинално съобщение --------

От: "R. DiMaggio" <thedimaggio@gmail.com>

Дата: 4.08.16 г. 16:28 (GMT+02:00)

До: Alexander Panev <apanev@mtgbg.com>, "Svilosa-
K.Dachev" <kdachev@svilosa.bg>

Тема:

I cant create a new escrow account until i return back to the
states August 10th.
Kris and I agreed today if paperwork was ok then wire would
be sent,

I am playing with Fire with management once again and we
are very close to losing the deal if you want to play that
direction be my guest but the people involved are going to
walk away as Aug 3rd came and went.
And I absolutely Promise YOU. I will not put this back
together a third time if it falls apart.
Lastly, i will inquire about Plant and Page but those 2 are
royalty and if your not worried about their cost then lets see
what they say, its gotta be in the neighbourhood of 1.5 to 2

million to get those 2 together on 1 stage.
Its half of Zepelin.
Let me know.


Sent from my Android
Excuse Google transcription errors-I often do not proofread
them

---

Email                                                                                              Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware
that any disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and
permanently delete the original and any copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do
not accept legal responsibility for the contents of this message and for any damage whatsoever that is caused by viruses being passed. Please, note that any
views or opinions presented in this email are solely those of the author and do not necessarily represent those of Svilosa AD/Svilocell EAD.
Thank                                                                                                      You,
Svilosa AD/Svilocell EAD

# EXHIBIT OO

**From:** "R. DiMaggio" <thedimaggio@gmail.com>
**Sent:** Fri, 05 Aug 2016 12:59:12 +0300
**To:** Alexander Panev <apanev@mtgbg.com>
**CC:** "Svilosa-K.Dachev" <kdachev@svilosa.bg>
**Subject:** RE: P4YP4M

I am in the middle of Tasmania, there is no scanners. But on sun i will be able to sign whatever you need.
Alex, stop delaying and asking for more.
Please send the wire as pronised last night by Kris, his word is immaculate towards me as Mine is towards
him.
I am doing UN work right now and i already told all management funds were sent.

Im going to ask you kindly one last time to please send proof of wire.

I have done everything Kris has asked.
And pre warned escrow would be open latest by the 12th.

No more emails
Its time to engage.
Thank you for respecting.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 5, 2016 9:27 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

OK but please sign the attached and send it scanned now.

Alexander

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Friday, August 5, 2016 12:08 PM
**To:** Alexander Panev
**Cc:** Svilosa-K.Dachev
**Subject:** Re: P4YP4M

Thank you Alex,
I will amend this within the next few days or latest by 10th and also will open Escrow by 12th
ready to operate.
Lastly please send wire info and i will tell my bank to keeo an eye on it and will let you know as
soon as it hits my account.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

EXHIBIT
64
DIMAGGIO
5-118
PENGAD 800-631-6989

On Aug 5, 2016 7:05 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Robin,

Today you will have the money as agreed. Please send back the attached
Amendment signed and dated by you asap.

Best regards,

Alexander

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Thursday, August 4, 2016 10:15 PM
**To:** Svilosa-K.Dachev
**Cc:** Alexander Panev
**Subject:** Re: Отн.:

I agree 100%
Confirmed.

We are all here to win, and make sure we have a concert that makes a loud noise in the Baltics
and further more around the world.
So yes You have my Word.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 5, 2016 7:11 AM, "Svilosa-K.Dachev" <kdachev@svilosa.bg> wrote:

Dear Robin ,if you agree immediately after your return to LA to fulfill the conditions ,stipulated
in the contract between us, tomorrow , Friday , your account will be credited with the requested
amount of $ 750,000 .

Regards, Kr. Dachev

On 4.08.2016 г., at 21:57, R. DiMaggio <thedimaggio@gmail.com> wrote:

Are we set with a wire?
I still do not have proof.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 5, 2016 3:27 AM, "R. DiMaggio" <thedimaggio@gmail.com> wrote:

I agree to both terms explicitly,
However it takes up to 24 hours for the escrow to be open so give me till the 12th, to
be safe.

Send wire confirmation so i can show the Managers this is real.
Thanks

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 5, 2016 3:16 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Ordered by Mr. Dachev we will pay if you explicitly confirm that we will have the
Escrow clause and papers strictly respected immediately at your return 10th.

Show the money and do not spend it until the money land in Escrow account.

Please confirm both.

Regards

Ал. Панев

Al. Panev

-------- Оригинално съобщение --------

От: "R. DiMaggio" <thedimaggio@gmail.com>

Дата: 4.08.16 г. 16:28 (GMT+02:00)

До: Alexander Panev <apanev@mtgbg.com>, "Svilosa-K.Dachev"
<kdachev@svilosa.bg>

Тема:

I cant create a new escrow account until i return back to the states August 10th.
Kris and I agreed today if paperwork was ok then wire would be sent,
I am playing with Fire with management once again and we are very close to losing

the deal if you want to play that direction be my guest but the people involved are going to walk away as Aug 3rd came and went.

And I absolutely Promise YOU. I will not put this back together a third time if it falls apart.

Lastly, i will inquire about Plant and Page but those 2 are royalty and if your not worried about their cost then lets see what they say, its gotta be in the neighbourhood of 1.5 to 2 million to get those 2 together on 1 stage.

Its half of Zepelin.

Let me know.


Sent from my Android
Excuse Google transcription errors-I often do not proofread them

Email                                                                                  Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Svilosa AD/Svilocell EAD. Thank                                                                                          You,
Svilosa AD/Svilocell EAD

```
--------------------------------------------------------------
05 08 16 - 13:52:08            FTOUTPUT
--------------------------------------------------------------
................INSTANCE TYPE AND TRANSMISSION...........
COPY SENT TO SWIFT
PRIORITY                    :NORMAL
MESSAGE OUTPUT REFERENCE    :1608051352          UBBSBGSFXXX
CORRESPONDENT INPUT REFERENCE :1608051352          BKTRUS33
................MESSAGE HEADER.........................
SWIFT OUTPUT        :FIN 103 CUSTOMER TRANSFER
SENDER              UBBSBGSFXXX
                    UNITED BULGARIAN BANK
                    (HEADQUARTER)
                    SOFIA                         BG
RECEIVER            :BKTRUS33
                    DEUTSCHE BANK TRUST COMPANY AMERICA
                    NEW YORK                      USA
................MESSAGE TEXT..........................
20 : TRANSACTION REFERENCE NUMBER
     ███████████████████
23B: CRED
32A: VALUE DATE, CURRENCY AND AMT
     DATE         :05 AUGUST 2016
     CURRENCY     :USD  US DOLLAR
     AMOUNT       :******750000.00
33B: CURRENCY / INSTUCTED AMOUNT
     BGN1323750.00
36:  EXCHANGE RATE
     1.765
50 : ORDERING CUSTOMER
     ████████████████
     SVILOZA AD
     ADMINISTRATIVNA SGRADA NA SVILOZA
     BG SVISHTOV ZAPADNA INDUSTRIALNA Z
52A: ORDERING BANK
     UBBSBGSF
     CENTRAL BRANCH
57B: ACCOUNT WITH BANK
     ████████████████
     CITI BANK
     THOUSAND OAKS BLVD
     WESTLAKE VILLAGE UNITED STATES
59 : BENEFICIARY'S CUSTOMER
     ████████████
     DIMAGGIO INTERNATIONAL INC.
     5737 KANAN ROAD 117AGOURA HILLS
     UNITED STATES
70 : DETAILS OF PAYMENT
     ANEKS 02.08.2016 PO DOG 14.07.2016
     I SPORAZUMENIE  04.08.2016
     V POLZA NA FONDACIA MIR ZA TEB MIR
     ZA MEN
71A: DETAILS OF CHARGES
     OUR
71F: SENDER'S CHARGES
     BGN720.00
72 : SENDER TO RECEIVER INFORMATION
```

PFY 000032

CONFIDENTIAL - Subject to Stipulated Protective Order



EXHIBIT
65
DIMAGGIO
5-1-18

/ACC/EXPRESS/SUGLASUVAN
-------------------------------------------------------------------------
SWIFT TRANSFER STATUS:ACK

PFY 000033
CONFIDENTIAL - Subject to Stipulated Protective Order

## AMENDMENT

To the Agreement between Kris Dachev & Associates (Purchaser) and DIMAGGIO International Inc.
(Agency) signed respectively August 4, 2016 and August 3, 2016

Paragraph 1: Agency declares impossible to open the required Escrow earlier than 12 of August. In order to guarantee fulfillment of the Agreement Purchaser wishes to receive the Guarantee amount in the following account:

DIMAGGIO INTERNATIONAL, INC.

5737 Kanan Road #117

Agoura Hills, CA 91301

██████████ .

CITI BANK

3967 a-e Thousand Oaks Blvd.

Westlake Village, California

91362 USA

Bank Account: ██████████

Routing: ██████████

SWIFT CODE – citius33

Paragraph 2: Each one separately Agency and personally Robert DiMaggio declare and guarantee that the Guarantee amount, once received as above, will be kept in all and the only transaction with the Guarantee amount shall be the transaction towards Escrow account in accordance with the Agreement.

Paragraph 3: Agency and Robert DiMaggio declare and guarantee that the Guarantee amount shall be transferred to the Escrow account as soon as possible but not later than August 12 end of the banking day.

Paragraph 3: Purchaser shall transfer the Guarantee amount in accordance with this Amendment relying on the declarations an guarantees given above by the Agency and Robert DiMaggio.

Paragraph 4: Any action or transaction violating the Agreement and this Amendment shall be deemed as gross negligence and Purchaser shall be entitled to cancel the Agreement by e-mail notice to Agency without any responsibility or liability towards Agency and/or Robert DiMaggio personally. In this case Agency and Robert DiMaggio shall be liable for the immediate repayment of all the amounts received under the Agreement, this Amendment and all the amounts, received by DIMAGGIO International Inc. prior the Agreement which amounts are related to the Event.

For the Purchaser: .......................          For the Agency: ...........................

Date: ...........................          Date: ...........................



EXHIBIT
61
DIMAGGIO
5-1-18

PFY 000007

# EXHIBIT PP

------- Оригинално съобщение -------
От: Svilosa <kdachev@svilosa.bg>
Дата: 10.08.16 г. 22:01 (GMT+02:00)
До: Alexander Panev <apanev@mtgbg.com>
Тема: Fwd:

Kr. Dachev

Begin forwarded message:

From: "R. DiMaggio" <thedimaggio@gmail.com>
Date: August 10, 2016 at 20:59:41 GMT+3
To: "Svilosa-K. Dachev" <kdachev@svilosa.bg>

Lets talk in 2 hours
I just got done being on the phone with an entire group of managers.
They all feel we should postpone the Oct 1st and move it to Dec 1st or that weekend.
Because of the mick Jagger incident and keep it all seperate.
I agree with them after talking for 40 min straight about it.

However here are the 2 choices black and white.
We speak we move it to Dec first weekend gives us more time or I get the deposits back and send you moneys back.

The other situation was the Agreement was until aug 3rd and I didnt get your signature to show them proof until the 4th or 5th.
They dont operate the same way as they do in Europe for deadlines. For me it didnt matter but for the brokerage firm they took that as an insult.

I am 100% avail to speak with you in 1 hr. I have a quick doctors app.

No matter what I would love to continue working on this and making it happen in Dec.
I want you to know i respect you and want to work through this email woth you.
We are both buisness men and sometimes we have to deal with everything.

Sent from my Android
Excuse Google transcription errors I often do not proofread them

Email Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author and do not necessary represent those of Svilosa AD/Svilocell EAD.
Thank You,
Svilosa AD/Svilocell EAD



EXHIBIT
66
DiMAGGIO
5-1-18

**From:** Alexander Panev <apanev@mtgbg.com>
**Sent:** Mon, 07 Nov 2016 11:05:29 +0200
**To:** "?????????? ?????" <apanev@mtgbg.com>
**Subject:** FW: P4YP4M

---

**From:** Alexander Panev [mailto:apanev@mtgbg.com]
**Sent:** Thursday, August 11, 2016 10:40 AM
**To:** 'R. DiMaggio'
**Cc:** 'Svilosa-K. Dachev'
**Subject:** P4YP4M

Dear Robin,

Please send me the last Amendment signed by you.

Best regards,

Alexander

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Wednesday, August 10, 2016 11:25 PM
**To:** Alexander Panev
**Cc:** Svilosa-K. Dachev
**Subject:** Re: Fwd:

I need to call him roght away and try to save this

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 10, 2016 12:25 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Robin,



PENGAD 800-631-6989

EXHIBIT
67
DIMAGGIO
5-1-18

Mr. Dachev ask me to tell you that he is surprised. Note that December here is cold winter, temperatures maigh be deep below zero, could be a lot of snow and often flights are canceled.

Nevertheless in case you think that for you is impossible to manage as planned, say so and let the money back.

Mr. Dachev is on the phone in case you would like to have a conversation with him.

Best regards,

Àë. Ïàíåâ

Al. Panev

-------- Îðèãèíàëíî ñúîáùàíèå --------

Îò: Svilosa <kdachev@svilosa.bg>

Äàòà: 10.08.16 ã. 22:01 (GMT+02:00)

Äî: Alexander Panev <apanev@mtgbg.com>

Òåìà: Fwd:

Kr. Dachev

Begin forwarded message:

> **From:** "R. DiMaggio" <thedimaggio@gmail.com>
> **Date:** August 10, 2016 at 20:59:41 GMT+3
> **To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>
>
> Lets talk in 2 hours
> I just got done being on the phone with an entire group of managers.
> They all feel we should postpone the Oct 1st and move it to Dec 1st or that weekend.
> Because of the mick Jagger incident and keep it all seperate.

PFY 000417

I agree with them after talking for 40 min straight about it.

However here are the 2 choices black and white.
We speak we move it to Dec first weekend gives us more time or I get the deposits back and send you moneys back.

The other situation was the Agreement was until aug 3rd and I didnt get your signature to show them proof until the 4th or 5th.
They dont operate the same way as they do in Europe for deadlines. For me it didnt matter but for the brokerage firm they took that as an insult.

I am 100% avail to speak with you in 1 hr. I have a quick doctors app.

No matter what i would love to continue working on this and making it happen in Dec.
I want you to know i respect you and want to work through this email woth you.
We are both buisness men and sometimes we have to deal with everything.


Sent from my Android
Excuse Google transcription errors-I often do not proofread them

Email
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this message and for any damage whatsoever than is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author and       do       not       necessarily       represent       those       of       Svilosa       AD/Svilocell       EAD.
Thank                                                                                                                                                                                                          You,
Svilosa AD/Svilocell EAD

Disclaimer

**From:** Alexander Panev <apanev@mtgbg.com>
**Sent:** Mon, 07 Nov 2016 11:07:20 +0200
**To:** "?????????? ?????" <apanev@mtgbg.com>
**Subject:** FW: FW: P4YP4M

---

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Friday, August 12, 2016 7:35 PM
**To:** Alexander Panev
**Cc:** Svilosa-K.Dachev
**Subject:** Re: FW: P4YP4M

Absolutely but today is the D day.
Trying to recouperate all the artist back for Oct 1st. If i cant then the money needs to be reimbursed on both sides.
I just woke up.

Good Morning

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 12, 2016 3:41 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

**Reminder**

Dear Robin,

Be so kind to sign, scan and send the attached Amendment as agreed please.

Best regards,

Alexander

EXHIBIT
68
DIMAGGIO
5-1-18
PENGAD 800-631-6989

**From:** Alexander Panev [mailto:apanev@mtgbg.com]
**Sent:** Thursday, August 11, 2016 10:40 AM
**To:** 'R. DiMaggio'
**Cc:** 'Svilosa-K. Dachev'
**Subject:** P4YP4M


Dear Robin,


Please send me the last Amendment signed by you.


Best regards,


Alexander


**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Wednesday, August 10, 2016 11:25 PM
**To:** Alexander Panev
**Cc:** Svilosa-K. Dachev
**Subject:** Re: Fwd:


I need to call him roght away and try to save this

Sent from my Android
Excuse Google transcription errors-I often do not proofread them


On Aug 10, 2016 12:25 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Robin,


Mr. Dachev ask me to tell you that he is surprised. Note that December here is cold winter, temperatures maigh be deep below zero, could be a lot of snow and often flights are canceled.


Nevertheless in case you think that for you is impossible to manage as planned, say so and let the money back.

PFY 000388

Mr. Dachev is on the phone in case you would like to have a conversation with him.


Best regards,


Àë. Ïàíåâ

Al. Panev


-------- Îðèãèíàëíî ñúîáùåíèå --------

Îò: Svilosa <kdachev@svilosa.bg>

Äàòà: 10.08.16 ã. 22:01 (GMT+02:00)

Äî: Alexander Panev <apanev@mtgbg.com>

Òåìà: Fwd:




Kr. Dachev


Begin forwarded message:

> **From:** "R. DiMaggio" <thedimaggio@gmail.com>
> **Date:** August 10, 2016 at 20:59:41 GMT+3
> **To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>

Lets talk in 2 hours
I just got done being on the phone with an entire group of managers.
They all feel we should postpone the Oct 1st and move it to Dec 1st or that weekend.
Because of the mick Jagger incident and keep it all seperate.
I agree with them after talking for 40 min straight about it.

However here are the 2 choices black and white.
We speak we move it to Dec first weekend gives us more time or I get the deposits back and send you moneys back.

The other situation was the Agreement was until aug 3rd and I didnt get your signature to show them proof until the 4th or 5th.
They dont operate the same way as they do in Europe for deadlines. For me it didnt matter but for the brokerage firm they took that as an insult.

I am 100% avail to speak with you in 1 hr. I have a quick doctors app.

No matter what i would love to continue working on this and making it happen in Dec.
I want you to know i respect you and want to work through this email woth you.
We are both buisness men and sometimes we have to deal with everything.


Sent from my Android
Excuse Google transcription errors-I often do not proofread them

---

Email                                                                                                    Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any
copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this
message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author
and          do          not          necessarily          represent          those          of          Svilosa          AD/Svilocell          EAD.
Thank                                                                                                                                                                  You,
Svilosa AD/Svilocell EAD

PFY 000390

# EXHIBIT QQ

**From:** Alexander Panev <apanev@mtgbg.com>
**Sent:** Mon, 07 Nov 2016 11:14:27 +0200
**To:** "?????????? ?????" <apanev@mtgbg.com>
**Subject:** FW:

---

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Tuesday, August 16, 2016 8:18 PM
**To:** Alexander Panev
**Subject:** RE:

As soon as everyone returns the deposits.
I will forward to your swift

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

On Aug 16, 2016 10:05 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

It is in the SWIFT that you have. In case your bank needs something more please specify.

Al. Panev

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Tuesday, August 16, 2016 7:59 PM
**To:** Alexander Panev
**Cc:** Svilosa-K. Dachev
**Subject:** RE:

Send wire info.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

EXHIBIT
69
DIMAGGIO
5-1-18
PENGAD 800-631-6989

On Aug 16, 2016 9:55 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Robin,

I can recall all the handicaps you faced for the last month: you can't see the money, short term, inability to sign, broken phone, trips, managers disagreement, brokers fired etc., etc.

Just for the record: still no Amendment despite of your promise; still no escrow account despite of the agreement and your promise; still no artist engaged despite of your promise and despite all that money we sent to you.

OK, now is clear that it is impossible for you to respect agreements and your own promises.

**Please wire all the money back immediately.**

Regards,

Alexander

**From:** Svilosa-K.Dachev [mailto:kdachev@svilosa.bg]
**Sent:** Tuesday, August 16, 2016 6:43 PM
**To:** PANEV ALEKSANDAR
**Subject:** Fwd:

Regards,  Kr. Dachev

Begin forwarded message:

> **From:** "R. DiMaggio" <thedimaggio@gmail.com>
> **Date:** August 16, 2016 at 6:28:44 PM GMT+3
> **To:** "Svilosa-K. Dachev" <kdachev@svilosa.bg>
>
> Every managers from,
> Lenny Kravitz
> Alecia Keys
> Earth wind and fire
> CALVIN Harris
>
> Have all contacted my team asking why in the world are some idiots from Bulgaria counter

asking for the show on Oct 1st?

Its really embarrassing on ALL fronts.

I am here trying to get you artists and i have dumb fucking morrons counter asking.
This is why Bulgaria mentality is where its at,
You Mr Dachev are an amazing man who i respect and feel there could of been potential to
actually save ths show but because of the idiots involved you will not be able to achieve what you
and I wanted.
To many inquiries from to many unstable sources of people asking about the same people. You
will end up with very small names.

Now you understand why i asked not to deal with the people involved and only be involved with
you.

Your idiots have made this show impossible to happen, i dont care if theres 50 million dollars the
taste is bad in everyones mouth out here, i just wished you would of let me handle this like ive
done for decades.
With 100% success.
Sad day for Sofia.

We should get on the phone,
Whiever did the demands made sure to kill my deal as no one wants to even hear from US again
regarding Sofia.
They will no longer respect my discount offers that i had gotten you today of all days.
I wole up to embarrassing emails,
This has cost me incredible nobility ive built in the last 25 years.

Im extremely pissed!
Ill cool down and call you.
Its done on this side, notbing else i can do to save this.
You obviously have the Great promoters of Bulgaria asking for talent, they can come up with it.

Sent from my Android
Excuse Google transcription errors-I often do not proofread them

Email                                                                                                                              Disclaimer
This email message may contain confidential information. If you have received this transmission in error, and you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this transmission or its contents is prohibited. Please, immediately to notify us by Reply command and permanently delete the original and any
copies thereof. E-mail transmission cannot be guaranteed to be secure and therefore Svilosa AD/Svilocell EAD do not accept legal responsibility for the contents of this
message and for any damage whatsoever that is caused by viruses being passed. Please, note that any views or opinions presented in this email are solely those of the author
and        do        not        necessarily        represent        those        of        Svilosa        AD/Svilocell        EAD.
Thank                                                                                                                                    You,
Svilosa AD/Svilocell EAD

PFY 000321

# EXHIBIT RR

**From:** Alexander Panev <apanev@mtgbg.com>
**Sent:** Mon, 07 Nov 2016 11:24:28 +0200
**To:** "?????????? ?????" <apanev@mtgbg.com>
**Subject:** FW: P4YP4M

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Thursday, August 25, 2016 9:52 AM
**To:** Alexander Panev; Svilosa-K. Dachev
**Subject:** Re: P4YP4M

Alex
I just talked to Kris last night and he knows we are keeping the funds until wed when i have new contracts for June 1st.
Please let ne know if myself or you are mis communicating?
Best
Robin

On Aug 24, 2016 11:46 PM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Robin,

Despite of our request and several reminders for repaying the received by you funds we still do not have anything repaid.

Herewith we kindly ask you to pay back the money as soon as possible but at latest 1st of September 2016.

In case you miss this opportunity we will be enforced to undertake collection of our money by all means provided by the law and the respective expenses will be for your account.

Regards,

Àë. Ïàíåâ

Al. Panev

PFY 000411

# EXHIBIT SS

Mr. DiMaggio,

Your statement below is internally controversial. If he didn't tell you what he wanted how then results were in Wed!?

If you have sent deposits to Artists you have done it without Mr. Dachev's consent.

I am sure that you do understand very well. Please do not create by your comments the impression that you intend to avoid repaying the funds.

I have been informed from the PEACE FOR YOU PEACE FOR ME Foundation that they wired to you another $150K 14th July. Please find below the amended information regarding the amounts you have to pay back to the respective sender:

| | |
|---|---|
| 20.6.2016 | $10 000,00 |
| 22.6.2016 | $10 000,00 |
| 27.6.2016 | $10 000,00 |
| 04.7.2016 | $10 000,00 |
| 04.7.2016 | $5 000,00 |
| 07.7.2016 | $6 000,00 |
| 8.7.2016 | $4 000,00 |
| 14.7.2016 | $150 000,00 |
| 19.7.2016 | $53 300,00 |
| 5.8.2016 | $750 000,00 |
| Total | $1 008 300,00 |

Regards,

Alexander Panev

**From:** R. DiMaggio [mailto:thedimaggio@gmail.com]
**Sent:** Friday, September 2, 2016 5:13 PM
**To:** Alexander Panev
**Subject:** Re: P4YP4M

What are you talking about?
The results were in Wed.
And he didn't tell me what he wanted,
I sent deposits to Artists as agrees.
You guys are something else.
Is there that much of a communication break down?
Or is your English that bad?
And I'm simply not understand you?

On Sep 2, 2016 10:09 AM, "Alexander Panev" <apanev@mtgbg.com> wrote:

Dear Mr. DiMaggio,

The term agreed between you and Mr. Dachev regarding the June 2017 concert was Wednesday, 31st of August 2016. The term is done unfortunately with no results. Herewith I kindly ask you to wire back the funds, received under the PEACE FOR YOU PEACE FOR ME Project.

For your convenience here are the dates and amounts you have received:

PFY 000305

| | |
|---|---|
| 20.6.2016 | $10 000,00 |
| 22.6.2016 | $10 000,00 |
| 27.6.2016 | $10 000,00 |
| 04.7.2016 | $10 000,00 |
| 04.7.2016 | $5 000,00 |
| 07.7.2016 | $6 000,00 |
| 8.7.2016 | $4 000,00 |
| 19.7.2016 | $53 300,00 |
| 5.8.2016 | $750 000,00 |

**Total**   **$858 300,00**

Please send scanned the wire documents (SWIFT) reflecting the repayments no later than Tuesday 6th September 2016 end of the day.

Best regards,





PFY 000306



Alexander PANEV

**Financial Director**


**MTG**

Bulgaria, 1404 Sofia

Bulgaria blvd., 18 Bokar


Tel. +359 2 818 5927

Fax +359 2 818 5949

Mobile: +359 887 265 712


apanev@mtgbg.com

www.mtgbg.com

PFY 000307

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ALEXANDER PANEV IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/23/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **David Seror (TR)**    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/23/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

**PERSONAL DELIVERY**
Robin DiMaggio
5737 Kanan Rd., #117
Agoura Hills, Ca 91301

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/23/2018 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                **F 9013-3.1.PROOF.SERVICE**