1  ROBERT S. SPAN (SBN 68605)
     rspan@steinbrecherspan.com
2  DOUGLAS R. PAINTER (SBN 131043)
     dpainter@steinbrecherspan.com
3  STEINBRECHER & SPAN LLP
   445 S. Figueroa St., Suite 2350
4  Los Angeles, CA  90071
   Telephone:   (213) 891-1400
5  Facsimile:    (213) 891-1470

6  MATTHEW A. LESNICK (SBN 177594)
     matt@lesnickprince.com
7  LESNICK PRINCE & PAPPAS LLP
   185 Pier Avenue, Suite 103
8  Santa Monica, CA  90405
   Telephone:   (310) 396-0964
9  Facsimile:    (310) 396-0963

10 Attorneys for Plaintiffs Krasimir Dachev, Peace
   for You Peace for Me and Svilosa AD

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:17-bk-12434-VK |
| | Chapter 7 |
| ROBIN DIMAGGIO, | Adv. No. 1:17-ap-01099-VK |
| Debtor. | **DECLARATION OF CHRIS ANDREWS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| KRASIMIR DACHEV, PEACE FOR YOU PEACE FOR ME, and SVILOSA AD, | |
| Plaintiffs, | |
| vs. | **[Hearing to be Set by Court]** |
| ROBIN DIMAGGIO, | Place:   Courtroom 301 |
| Defendant. |              21041 Burbank Blvd. |
| |              Woodland Hills, CA 91367 |

# DECLARATION OF CHRIS ANDREWS

I, Chris Andrews, declare as follows:

1. I am a talent agent employed in the Motion Picture Talent Department of Creative Artists Agency ("CAA") responsible for procuring employment in motion pictures for clients of the agency. I represent various artists on CAA's roster, including Mick Jagger.

2. To the best of my knowledge and understanding, CAA was the exclusive talent agency, in all areas of representation, for Mick Jagger in 2016 and 2017. I was the agent primarily responsible for procuring employment in motion picture projects for Mick Jagger.

3. On or about July 28, 2016 I received an unsolicited email from industrylevelsubmit@gmail.com inquiring as to the availability of Mick Jagger to appear at a charity event on October 1, 2016 entitled Peace for You, Peace for Me, in Sofia Bulgaria. In response to my question about how much the person was offering, they responded "Would $200k? be sufficient?" I did not further respond to this email solicitation. A true and correct copy of my email communications on July 28 and 29, 2016 with industrylevelsubmit@gmail.com is attached to this Declaration as Exhibit "A".

4. On August 1, 2016, I received another unsolicited anonymous inquiry from industrylevelsubmit@gmail.com for Mick Jagger to appear at a Charity Event in Sofia, Bulgaria on October 1, 2016. On the same date, I responded to the email and stated that Mick Jagger was not available to appear at this event. A true and correct copy of my email communications on August 1, 2016 with industrylevelsubmit@gmail.com is attached to this Declaration as Exhibit "B".

5. Mick Jagger did not enter into any agreements to appear in Sofia, Bulgaria in or around October 2016 ("Charity Concert") or in or around July 2017 ("2017 Concert"). Neither CAA, nor to my knowledge, any representative of Mick Jagger, ever received any deposits or monies relating to Mick Jagger for any performance or appearance at the Charity Concert or 2017 Concert. I am not aware of, and CAA has no record of, any negotiations in the 2016-2017 time period concerning Mick Jagger with any of the following individuals or entities: Robin

1  DiMaggio; DiMaggio International, Inc., Bruce B. Sterling; Rise Media Group; A.E.I.
2  Entertainment; Ian Martin; Angelo Perez (also known as A.J. Pavel); Industry Level Music
3  Group; Leonard Goodrum; Brandon Allen; and Rich America, Inc.
4      I declare under penalty of perjury of the laws of the State of California and the United
5  States that the foregoing is true and correct.

03/30/18

7  Executed this ___ day of March, 2018 at Los Angeles, California.

                *Christian Andrews*
                Chris Andrews

Exhibit "A"

# Erika Schreiber

**From:** Industry Level <industrylevelsubmit@gmail.com>
**Sent:** Friday, July 29, 2016 12:24 PM
**To:** Chris Andrews
**Subject:** Re: Mick Jagger Offer

Chris any word on this? We would like to book Mick Jagger.

On Thu, Jul 28, 2016 at 10:09 AM, Industry Level <industrylevelsubmit@gmail.com> wrote:
Would $200k? be sufficient?

On Thu, Jul 28, 2016 at 9:31 AM, Industry Level <industrylevelsubmit@gmail.com> wrote:
What is his going rate for an appearance and one song performance?

On Thu, Jul 28, 2016 at 9:30 AM, Chris Andrews <candrews@caa.com> wrote:

How much money are you offering?


**From:** Industry Level [mailto:industrylevelsubmit@gmail.com]
**Sent:** Thursday, July 28, 2016 8:57 AM
**To:** Chris Andrews
**Subject:** Mick Jagger Offer




Buyers: INDUSTRY LEVEL MUSIC AND FILM GROUP/PEACE FOR YOU, PEACE FOR ME FOUNDATION

Event Name: PEACE FOR YOU, PEACE FOR ME

Nature Of Date:High Profile Charity Concert

Date:October 1st, 2016

Show Duration: 2PM - 8PM (First Part) 8PM - 12AM (Second Part)

Venue Capacity: 42,000

Venue Name: Vasil Leveskli, Sofia Bulgaria

OFFER: Need artist to perform 1 song and appear at the PEACE FOR YOU, PEACE FOR ME Charity Foundation Concert.

Contact:

1

Ian Martin

347 971 1508

--

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, you must not disclose, copy or take action in reliance of this transmission. If you have received this transmission in error, please notify us as soon as is possible. Any comments or statements made herein do not necessarily reflect those of Industry Level.

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited.

--

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, you must not disclose, copy or take action in reliance of this transmission. If you have received this transmission in error, please notify us as soon as is possible. Any comments or statements made herein do not necessarily reflect those of Industry Level.

--

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, you must not disclose, copy or take action in reliance of this transmission. If you have received this transmission in error, please notify us as soon as is possible. Any comments or statements made herein do not necessarily reflect those of Industry Level.

--

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, you must not disclose, copy or take action in reliance of this transmission. If you have received this transmission in error, please notify us as soon as is possible. Any comments or statements made herein do not necessarily reflect those of Industry Level.

# Erika Schreiber

| | |
|---|---|
| **From:** | Industry Level <industrylevelsubmit@gmail.com> |
| **Sent:** | Thursday, July 28, 2016 6:03 PM |
| **To:** | Chris Andrews |
| **Subject:** | PDF offer for Mick |
| **Attachments:** | peaceforyouoffer.pdf |

--

This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, you must not disclose, copy or take action in reliance of this transmission. If you have received this transmission in error, please notify us as soon as is possible. Any comments or statements made herein do not necessarily reflect those of Industry Level.




**Buyers:** INDUSTRY LEVEL MUSIC AND FILM GROUP/PEACE FOR YOU, PEACE FOR ME FOUNDATION

**Event Name:** PEACE FOR YOU, PEACE FOR ME

**Nature Of Date:** High Profile Charity Concert, featuring a "We Are The World" look and feel. Artist will be performing along with other high profile acts.

**Date:** October 1st, 2016



**Show Duration:** 2PM - 8PM (First Part) 8PM - 12AM (Second Part)
**Venue Name:** Vasil Leveskli, Sofia Bulgaria
**Venue Capacity:** 42,000
**Venue Address:**

**OFFER:** Need artist to perform :30 min set. at PEACE FOR YOU, PEACE FOR ME Charity Foundation Concert. Sound, Lighting, Catering all provided. Please contact agent for compensation details.

Contact:
Ian Martin
646.926.1796
industrylevelmusicgroup@gmail.com
www.industrylevelmusicgroup.com

Exhibit "B"

# Erika Schreiber

| | |
|---|---|
| **From:** | industrylevelsubmit@gmail.com |
| **Sent:** | Monday, August 01, 2016 10:54 AM |
| **To:** | Chris Andrews |
| **Subject:** | Re: Mick Jagger |

Thanks. Do you have anyone else that is?

Sent from iPhone - please excuse typos.

> On Aug 1, 2016, at 10:38 AM, Chris Andrews <candrews@caa.com> wrote:
>
> He is not available
>
> Sent from my iPhone
>
>> On Aug 1, 2016, at 6:50 AM, Industry Level <industrylevelsubmit@gmail.com> wrote:
>>
>> Hello Chris, We are trying to book Mick Jagger for the event on October 1st, are you guys interested? Thanks
>>
>> --
>> This electronic transmission is strictly confidential and intended solely for the addressee. It may contain information which is covered by legal, professional or other privilege. If you are not the intended addressee, you must not disclose, copy or take action in reliance of this transmission. If you have received this transmission in error, please notify us as soon as is possible. Any comments or statements made herein do not necessarily reflect those of Industry Level.
>
> This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited.

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CHRIS ANDREWS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/23/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **David Seror (TR)**    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/23/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

**PERSONAL DELIVERY**
Robin DiMaggio
5737 Kanan Rd., #117
Agoura Hills, Ca 91301

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/23/2018 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**