ROBERT S. SPAN (SBN 68605)
   rspan@steinbrecherspan.com
DOUGLAS R. PAINTER (SBN 131043)
   dpainter@steinbrecherspan.com
STEINBRECHER & SPAN LLP
445 S. Figueroa St., Suite 2350
Los Angeles, CA  90071
Telephone:   (213) 891-1400
Facsimile:    (213) 891-1470

MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90405
Telephone:   (310) 396-0964
Facsimile:    (310) 396-0963

Attorneys for Plaintiffs Krasimir Dachev, Peace for You Peace for Me and Svilosa AD

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROBIN DIMAGGIO,<br><br>                Debtor.<br><br>KRASIMIR DACHEV, PEACE FOR YOU PEACE FOR ME, and SVILOSA AD,<br><br>                Plaintiffs,<br>vs.<br><br>ROBIN DIMAGGIO,<br><br>                Defendant. | Case No. 1:17-bk-12434-VK<br><br>Chapter 7<br><br>Adv. No. 1:17-ap-01099-VK<br><br>**DECLARATION OF BRETT STEINBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**[Hearing to be Set by Court]**<br><br>Place:   Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

# DECLARATION OF BRETT STEINBERG

I, Brett Steinberg, declare as follows:

1. I am a talent agent employed in the Music Department of Creative Artists Agency ("CAA") responsible for booking music tours and appearance for clients of the agency. I represent various artists on CAA's roster, including the group Earth, Wind & Fire and its individual members (collectively "EW&F").

2. CAA was the exclusive talent agency booking music tours and concert appearances for EW&F in 2016 and 2017. I was the agent primarily responsible for booking EW&F's appearances during that period.

3. EW&F did not enter into any agreements to appear in Sofia, Bulgaria in or around October 2016 ("Charity Concert") or in or around July 2017 ("2017 Concert"). Neither CAA, nor to my knowledge, any representative of EW&F, received any deposits or monies relating to an EW&F performance or appearance at the Charity Concert or 2017 Concert. I am not aware of, and CAA has no record of, any negotiations in the 2016-2017 time period concerning EW&F with any of the following individuals or entities: Robin DiMaggio; DiMaggio International, Inc., Bruce B. Sterling; Rise Media Group; A.E.I. Entertainment; Ian Martin; Angelo Perez (also known as A.J. Pavel); Industry Level Music Group; Leonard Goodrum; Brandon Allen; and Rich America, Inc.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 21 day of March, 2018 at Los Angeles, California.

/s/ Brett Steinberg

---

DECLARATION OF BRETT STEINBERG

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BRETT STEINBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>07/23/2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **David Seror (TR)**    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>07/23/2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **PERSONAL DELIVERY** | **PERSONAL DELIVERY** |
|---|---|
| Hon. Victoria S. Kaufman | Robin DiMaggio |
| United States Bankruptcy Court | 5737 Kanan Rd., #117 |
| 21041 Burbank Blvd., Suite 354 | Agoura Hills, Ca 91301 |
| Woodland Hills, CA 91367 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/23/2018 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**