1  ROBERT S. SPAN (SBN 68605)
      rspan@steinbrecherspan.com
2  DOUGLAS R. PAINTER (SBN 131043)
      dpainter@steinbrecherspan.com
3  STEINBRECHER & SPAN LLP
   445 S. Figueroa St., Suite 2350
4  Los Angeles, CA  90071
   Telephone:   (213) 891-1400
5  Facsimile:    (213) 891-1470

6  MATTHEW A. LESNICK (SBN 177594)
      matt@lesnickprince.com
7  LESNICK PRINCE & PAPPAS LLP
   185 Pier Avenue, Suite 103
8  Santa Monica, CA  90405
   Telephone:   (310) 396-0964
9  Facsimile:    (310) 396-0963

10 Attorneys for Plaintiffs Krasimir Dachev, Peace
   for You Peace for Me and Svilosa AD

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:17-bk-12434-VK |
| | Chapter 7 |
| ROBIN DIMAGGIO, | Adv. No. 1:17-ap-01099-VK |
| Debtor. | **DECLARATION OF LUIS MORATO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| KRASIMIR DACHEV, PEACE FOR YOU PEACE FOR ME, and SVILOSA AD, | |
| Plaintiffs, | |
| vs. | **[Hearing to be Set by Court]** |
| ROBIN DIMAGGIO, | Place:  Courtroom 301 |
| Defendant. | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| ANDREW HUANG, ESQ., SBN: 304402<br>STEINBRECHER & SPAN LLP<br>445 SOUTH FIGUEROA STREET, SUITE 2350<br>LOS ANGELES, CA 90071<br>TELEPHONE No.: (213) 891-1400 | FAX No. (Optional): | E-MAIL ADDRESS (Optional): | |
| Attorney for: Plaintiffs | | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: DACHEV, ET AL.
Defendant: ROBIN DIMAGGIO

| AFFIDAVIT OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:17-BK-12434-VK |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **MARTY RICH**

Documents: **SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

| Date | Time | Location | Results |
|---|---|---|---|
| 05/15/2018 | 09:00 am | Home | STAKEOUT BEGAN AT 3:00PM. UPON ARRIVAL, WE NOTED NO ACTIVITY AND THE WINDOW SHADES WERE CLOSED. WE NOTED TWO VEHICLES PARKED ON SITE: A DARK GRAY MAZDA (CA# 7YXV911) AND AN SUV WITH NO PLATES THAT WAS COVERED. WE DID NOT SEE THE AFOREMENTIONED SCION FR-S. WE REMAINED ON SITE UNTIL 7:00PM WITH NO SIGHT OF ANYONE MATCHING MARTY RICH'S PHOTO. WE DID MAKE CONTACT WITH TWO NEIGHBORS WHO STATED THAT THEY DID NOT KNOW MARTY, NOR COULD THEY RECOGNIZE HER BASED ON THE PROVIDED PHOTO. at: 23777 MULHOLLAND HIGHWAY, SPACE 163, CALABASAS, CA 91302 |
| 05/24/2018 | 03:00 pm | Home | STAKEOUT BEGAN AT 3:00PM. OUR INVESTIGATOR MADE CONTACT WITH A GENTLEMAN WHO IDENTIFIED HIMSELF AS THE MARTY RICH'S HUSBAND (DID NOT PROVIDE HIS NAME - SEE PHOTO ATTACHED AS EXHIBIT A). HE ARRIVED AFTER 6:30PM IN A SILVER COUPE (CA# 7XMU457). HE SAID THAT MARTY IS CURRENTLY IN SEATTLE AS HER MOTHER IS DYING AND HER SON IS IN ANOTHER STATE CURRENTLY AS WELL. HE ENTERED SPACE 163 AND AFTER HE WENT INSIDE, BECAME OUT OF VIEW. WE STAYED ON SITE FOR 7 HOURS AND DID NOT SEE ANYONE WHO MATCHED MARTY'S PHOTO. WE BROKE AWAY AT 10:00PM. at: 23777 MULHOLLAND HIGHWAY, SPACE 163, CALABASAS, CA 91302 |

Fee for Service:
County: LOS ANGELES
Registration No.: 20171287445
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **July 17, 2018**.

Signature: _____
LUIS MORATO

**AFFIDAVIT OF DUE DILIGENCE**

Order#: PID4104/DilFormat.mdl

# EXHIBIT 'A'




# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF LUIS MORATO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/23/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **David Seror (TR)**    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/23/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **PERSONAL DELIVERY** | **PERSONAL DELIVERY** |
|---|---|
| Hon. Victoria S. Kaufman | Robin DiMaggio |
| United States Bankruptcy Court | 5737 Kanan Rd., #117 |
| 21041 Burbank Blvd., Suite 354 | Agoura Hills, Ca 91301 |
| Woodland Hills, CA 91367 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/23/2018 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**