ROBERT S. SPAN (SBN 68605)
rspan@steinbrecherspan.com
DOUGLAS R. PAINTER (SBN 131043)
dpainter@steinbrecherspan.com
STEINBRECHER & SPAN LLP
445 S. Figueroa St., Suite 2350
Los Angeles, CA  90071
Telephone:    (213) 891-1400
Facsimile:    (213) 891-1470

MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90015
Telephone:    (310) 396-0964
Facsimile:    (310) 396-0963

Attorneys for Plaintiffs Krasimir Dachev, Peace for You Peace for Me and Svilosa AD

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROBIN DIMAGGIO,<br><br>Debtor. | Case No. 1:17-bk-12434-VK<br><br>Chapter 7<br><br>Adv. No. 1:17-ap-01099-VK<br><br>**COMPILATION OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| KRASIMIR DACHEV, PEACE FOR YOU PEACE FOR ME, and SVILOSA AD,<br><br>Plaintiffs,<br>vs.<br><br>ROBIN DIMAGGIO,<br><br>Defendant. | **[Hearing to be Set by Court]**<br><br>Place:    Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

As referenced in the concurrently filed Declaration of Douglas R. Painter, this Compilation of Supplemental Exhibits includes the following exhibits.

1. Exhibit EEE: DiMaggio's Schedules and Statement of Financial Affairs filed in the Chapter 7 case "In re Robin DiMaggio" (Bankruptcy Case No. 1:17-bk-12424) as Docket No. 9.

2. Exhibit GGG: excerpts of bank records that were produced by Citibank pursuant to subpoena.

3. Exhibit HHH: document (a letter from Robin DiMaggio dated March 30, 2105 attaching a record from the American Society of Composers, Authors and Publishers) produced by Citibank pursuant to subpoena.

4. Exhibit III: spreadsheet prepared by Plaintiffs reflecting certain credit card payments by DiMaggio from January 2, 2015 to October 4, 2017.

5. Exhibit JJJ: records of credit card statements produced by American Express pursuant to subpoena.

6. Exhibit KKK: records of credit card statements produced by Barclay pursuant to subpoena.

7. Exhibit LLL: records of credit card statements produced by Citibank pursuant to subpoena.

8. Exhibit MMM: records of credit card statements produced by Discover pursuant to subpoena.

9. Exhibit NNN: document (applications for credit cards) produced by Barclay pursuant to subpoena.

10. Exhibit OOO: Articles of Incorporation and Statement of Information for DiMagic Entertainment, Inc. downloaded from the California Secretary of State website.

11. Exhibit PPP: documents produced by Santa Clarita Valley Escrow Inc. pursuant to subpoena.

12. Exhibit QQQ: cashier's checks payable to Calabasas Village (or Calabasas Village

Property) produced by Citibank pursuant to subpoena.

13. Exhibit RRR: checks and cashier's checks payable to various utility companies produced by Citibank pursuant to subpoena.

14. Exhibit SSS: check payable to the Los Angeles County Tax Collector produced by Citibank pursuant to subpoena.

15. Exhibit TTT: checks related to car-related transactions produced by Citibank pursuant to subpoena.

DATED: July 23, 2018

                                    STEINBRECHER & SPAN LLP
                                      - and -
                                    LESNICK PRINCE & PAPPAS LLP

                                  By:   /s/ Matthew A. Lesnick
                                          Matthew A. Lesnick
                                          Attorneys for Plaintiffs Krasimir Dachev, Peace
                                          for You Peace for Me
                                          and Svilosa AD

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **COMPILATION OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/23/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **David Seror (TR)**   mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/23/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Robin DiMaggio
5737 Kanan Rd., #117
Agoura Hills, Ca 91301

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/23/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/23/2018 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**