# EXHIBIT MMM

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Oct 16, 2016 - Close Date: Nov 4, 2016
Cardmember Since 2016

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | + | $0.00 |
| Purchases | + | $267.30 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $267.30 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $4,500 |
| Credit Line Available | $4,232 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $1,100 |

You may be able to avoid interest on Purchases. See reverse for details.

### FICO.
### REDACTED
6.

Track recent scores on your FICO® page in this statement.

## PAYMENT INFORMATION

| New Balance | $267.30 |
|---|---|
| Minimum Payment Due | $35.00 |
| Payment Due Date | December 1, 2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 months | $267 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| Cashback Bonus® | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | | |
| Everywhere Else | + $ | 2.67 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **2.67** |

To learn more, log in at Discover.com

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

---

**Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online**
Discover.com

 **Pay by Phone**
1-800-347-3085

| Account number ending in | 5237 |
|---|---|
| Minimum Payment Due | $35.00 |
| New Balance | $267.30 |
| Payment Due Date | December 1, 2016 |
| Amount enclosed | $ |

ROBIN C DIMAGGIO
5737 KANAN RD #117
AGOURA HILLS CA 91301-1601



PO BOX 51908
LOS ANGELES, CA 90051-6208

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

0000019868338601197420026730010951900003500

EX. MMM - 001

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Oct 16, 2016 - Close Date: Nov 4, 2016
Page 3 of 6

## CONTACT US

| | | |
|---|---|---|
|  **Web** Access your account securely at Discover.com |  **Mobile** Manage your account anytime, anywhere at m.Discover.com |  **Phone** 1-800-347-3085 TDD 1-800-347-7449 |
|  **Inquiry** Discover PO Box 30943 Salt Lake City UT 84130 |  **Mail Payments** Discover PO Box 6103 Carol Stream IL 60197-6103 | |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Restaurants | Oct 20 | Oct 20 | THE MELTING POT WESTLAKE VILLCA | $ | 267.30 |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2016 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2016 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2016 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:20 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 0.00% | $0.00 | $0.00 |
| Cash Advances | 25.24% V | $0.00 | $0.00 |

V=Variable Rate

## Information For You

As of January 31ˢᵗ, 2017, Discover will discontinue the Job Loss Support benefit. We will continue, however, to provide eligible customers with repayment options if they are experiencing difficulty making payments.

For more information about how interest charges are calculated see your Cardmember Agreement or go to www.discover.com/interestcharges

**Enrollment Changes for DirectPay**

Effective January 1, 2017, we will no longer accept written requests to enroll in DirectPay. You can still enroll by phone at 1-800-DISCOVER (800-347-2683) or at Discover.com.

# DISCOVER

**Discover it® Card**

Account number ending in 5237
Open Date: Nov 5, 2016- Close Date: Dec 4, 2016
Cardmember Since 2016

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $267.30 |
| Payments and Credits | - | $267.30 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $0.00 |

See Interest Charge Calculation section following the
Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $4,500 |
| Credit Line Available | $4,500 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $1,100 |

You may be able to avoid interest on Purchases.
See reverse for details.

### FICO.
**REDACTED**

SI
min 30

Track .          page in this statement.

## PAYMENT INFORMATION

| **New Balance** | **$0.00** |
|---|---|
| Minimum Payment Due | $0.00 |
| Payment Due Date | January 1, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

## REWARDS

| *Cashback Bonus®* | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 2.67 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **2.67** |

To learn more, log in at Discover.com

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

| **Payment Coupon** |  **Pay Online** |  **Pay by Phone** |
|---|---|---|
| Please do not fold, clip or staple. | Discover.com | 1-800-347-3085 |

ROBIN C DIMAGGIO
5737 KANAN RD # 117
AGOURA HILLS CA 91301-1601



| Account number ending in | 5237 |
|---|---|
| Minimum Payment Due | $0.00 |
| New Balance | $0.00 |
| Payment Due Date | January 1, 2017 |
| Amount enclosed | $ |

PO BOX 51908
LOS ANGELES, CA 90051-6208

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
Address, e-mail or telephone changed? Note changes on reverse side.

0000019868338601197420000000001006220000000

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Nov 5, 2016 - Close Date: Dec 4, 2016
Page 3 of 6

## CONTACT US

| | | | | |
|---|---|---|---|---|
|  **Web**<br>Access your<br>account securely<br>at Discover.com |  **Mobile**<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com |  **Phone**<br>1-800-347-3085<br>TDD 1-800-347-7449 |  **Inquiry**<br>Discover<br>PO Box 30943<br>Salt Lake City<br>UT 84130 |  **Mail Payments**<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

## Transactions

| Payments and Credits | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| | Nov 7 | Nov 7 | PHONE PAYMENT - THANK YOU | $ | -267.30 |

| Fees | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
|---|---|---|---|---|
| Interest Charged | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2016 Totals Year-to-Date

| | TOTAL FEES CHARGED IN 2016 | $ | 0.00 |
|---|---|---|---|
| | TOTAL INTEREST CHARGED IN 2016 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:30 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 0.00% | $0.00 | $0.00 |
| Cash Advances | 25.24% V | $0.00 | $0.00 |

V=Variable Rate

## Information For You

For more information about how interest charges are calculated see your Cardmember Agreement or go to www.discover.com/interestcharges

**Enrollment Changes for DirectPay**

Effective January 1, 2017, we will no longer accept written requests to enroll in DirectPay. You can still enroll by phone at 1-800-DISCOVER (800-347-2683) or at Discover.com.

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Aug 5, 2017- Close Date: Sep 4, 2017
Cardmember Since 2016

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | + | $0.00 |
| Purchases | + | $3,795.30 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $3,795.30 |

See Interest Charge Calculation section following the
Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $4,500 |
| Credit Line Available | $704 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $704 |

You may be able to avoid interest on Purchases.
See reverse for details.

### FICO
**REDACTED**
mk                                           7
Tra

## PAYMENT INFORMATION

| **New Balance** | **$3,795.30** |
|---|---|
| Minimum Payment Due | $76.00 |
| Payment Due Date | October 1, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

## REWARDS

| | | Anniversary Month |
|---|---|---|
| *Cashback Bonus®* | | October |
| Opening Balance | $ | 2.67 |
| New Cashback Bonus This Period | | |
| Everywhere Else | + $ | 37.95 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **40.62** |

To learn more, log in at **Discover.com**

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Make Check payable to Discover. Do Not Send Cash.**
**Please fold on the perforation below, detach and return with your payment.**

| **Payment Coupon** |  **Pay Online** |  **Pay by Phone** |
|---|---|---|
| Please do not fold, clip or staple. | Discover.com | 1-800-347-3085 |

ROBIN C DIMAGGIO
5737 KANAN RD # 117
AGOURA HILLS CA 91301-1601



| Account number ending in | 5237 |
|---|---|
| Minimum Payment Due | $76.00 |
| New Balance | $3,795.30 |
| Payment Due Date | October 1, 2017 |
| Amount enclosed | $ |

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

PO BOX 51908
LOS ANGELES, CA 90051-6208

0000019868338601197420379530007558300007600

**EX. MMM - 005**

# DISCOVER

Discover it® Card

Account number ending in 5237

Open Date: Aug 5, 2017 - Close Date: Sep 4, 2017

Page 3 of 6

# CONTACT US

|  **Web**<br>Access your<br>account securely<br>at Discover.com |  **Mobile**<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com |  **Phone**<br>1-800-347-3085<br>TDD 1-800-347-7449 |  **Inquiry**<br>Discover<br>PO Box 30943<br>Salt Lake City<br>UT 84130 |  **Mail Payments**<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |
|---|---|---|---|---|

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Merchandise | Aug 21 | Aug 21 | SELECT COMFORT 10000 800-472-7185 MN<br>0001977418 | $ | 795.30 |
| Services | Aug 17 | Aug 17 | IN *LAW OFFICE OF MOSE 818-3777454 CA<br>A0GGAVUU | $ | 3,000.00 |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

### 2017 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2017 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2017 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 0.00% | $0.00 | $0.00 |
| Cash Advances | 25.99% V | $0.00 | $0.00 |

V=Variable Rate

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Oct 5, 2017- Close Date: Nov 4, 2017
Cardmember Since 2016

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $4,610.21 |
| Payments and Credits | + | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $4,610.21 |

See Interest Charge Calculation section following the Transactions section for detailed APR information.

| | |
|---|---|
| Credit Line | $4,500 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases.
See reverse for details.

## FICO
### REDACTED

mln

Tracl

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$4,610.21** |
| Minimum Payment Due * | $262.00 |
| Payment Due Date | December 1, 2017 |
| * Includes past due amount of: | $169.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 years | $4,610 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| Cashback Bonus® | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **0.00** |

To learn more, log in at **Discover.com**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

---

**Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online**
Discover.com

 **Pay by Phone**
1-800-347-3085

| | |
|---|---|
| Account number ending in | 5237 |
| Minimum Payment Due | $262.00 |
| New Balance | $4,610.21 |
| Payment Due Date | December 1, 2017 |
| Amount enclosed | $ |

ROBIN C DIMAGGIO
5737 KANAN RD # 117
AGOURA HILLS CA 91301-1601



PO BOX 51908
LOS ANGELES, CA 90051-6208

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

0000019868338601197420461021017622002b200

**EX. MMM - 007**

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Oct 5, 2017 - Close Date: Nov 4, 2017
Page 3 of 6

## CONTACT US

|  Web<br>Access your<br>account securely<br>at Discover.com |  Mobile<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com |  Phone<br>1-800-347-3085<br>TDD 1-800-347-7449 |  Inquiry<br>Discover<br>PO Box 30943<br>Salt Lake City<br>UT 84130 |  Mail Payments<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |
|---|---|---|---|---|

## Transactions

|  | Trans. Date | Post Date |  |  |
|---|---|---|---|---|
| Fees |  | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged |  | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

### 2017 Totals Year-to-Date

|  |  |  |
|---|---|---|
| TOTAL FEES CHARGED IN 2017 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2017 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 0.00% | $0.00 | $0.00 |
| Cash Advances | 25.99% V | $0.00 | $0.00 |

V=Variable Rate

## Information For You

**FICO® Credit Score Terms**

Your score and key factors use the FICO® Score 8 model. They are based on your TransUnion credit report and may be different from other credit scores. This information is intended for and only provided to Primary cardmembers who have an available score. See **Discover.com/FICO** about the availability of your score. Your score and key factors are available on Discover.com and your score is provided on statements. You will see up to a year of recent scores online starting when you become a cardmember. Discover and other lenders may use different inputs, such as a FICO® Credit Score, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request. To learn more, visit Discover.com/FICO

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

**Availability of FICO® Credit Score**

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Dec 5, 2017 - Close Date: Dec 31, 2017
Cardmember Since 2016

Page 1 of 4

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | - | $4,610.21 |
| Payments and Credits | - | $4,610.21 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $0.00 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $4,500 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases.
See reverse for details.

| Contact Us | Discover.com |
|---|---|
| | 1-800-347-3085 |

## PAYMENT INFORMATION

| **New Balance** | **$0.00** |
|---|---|
| Minimum Payment Due | $448.00 |
| Payment Due Date | January 26, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

## REWARDS

| _Cashback Bonus®_ | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **0.00** |

To learn more, log in at **Discover.com**

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

| **Payment Coupon** |  **Pay Online** |  **Pay by Phone** |
|---|---|---|
| Please do not fold, clip or staple. | Discover.com | 1-800-347-3085 |

ROBIN C DIMAGGIO
5737 KANAN RD # 117
AGOURA HILLS CA 91301-1601



| Account number ending in | 5237 |
|---|---|
| Minimum Payment Due | $448.00 |
| New Balance | $0.00 |
| Payment Due Date | January 26, 2018 |
| Amount enclosed | $ |

PO BOX 6103
CAROL STREAM IL 60197-6103

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

0000019868338601197420000000000846090044800

**EX. MMM - 009**

# DISCOVER

Discover it® Card

Account number ending in 5237
Open Date: Dec 5, 2017 - Close Date: Dec 31, 2017
Page 3 of 4

## CONTACT US

|  Web Access your account securely at Discover.com |  Mobile Manage your account anytime, anywhere at m.Discover.com |  Phone 1-800-347-3085 TDD 1-800-347-7449 |  Inquiry Discover PO Box 30943 Salt Lake City UT 84130 |  Mail Payments Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Payments and Credits | Dec 31 | Dec 31 | CHARGE OFF ACCOUNT-PRINCIPALS | $ | -4,610.21 |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2017 Totals Year-to-Date

| | | | |
|---|---|---|---|
| TOTAL FEES CHARGED IN 2017 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2017 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:27 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 15.99% V | $0.00 | $0.00 |
| Cash Advances | 25.99% V | $0.00 | $0.00 |

V=Variable Rate

## Information For You

Effective February 28, 2018, we will discontinue Extended Product Warranty, Return Guarantee, Purchase Protection, Auto Rental Insurance and Flight Accident Insurance due to low usage among cardmembers. This change requires no action on your part.

As a cardmember you will continue to receive many free valuable card benefits, including FICO® Credit Scorecard, Freeze it®, $0 Fraud Liability on unauthorized purchases on your Discover card, Price Protection, Social Security Number Alerts, and many more.

For more information on these benefits and how to sign up for alerts visit Discover.com/benefits

**Availability of FICO® Credit Score**

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries.

**EX. MMM - 010**

# DISCOVER

**Discover it® Card**

Account number ending in 5237
Open Date: Sep 5, 2017 - Close Date: Oct 4, 2017
Cardmember Since 2016

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $3,795.30 |
| Payments and Credits | + | $0.00 |
| Purchases | + | $814.91 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $4,610.21 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $4,500 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases. See reverse for details.

**FICO.**

**REDACTED**

mb

Tra...                              ...ris page in this statement

You are overlimit by $110.21. Paying more than the Minimum Payment Due will reduce your overlimit amount.

## PAYMENT INFORMATION

| **New Balance** | **$4,610.21** |
|---|---|
| Minimum Payment Due * | $169.00 |
| Payment Due Date | November 1, 2017 |
| * Includes past due amount of: | $76.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 years | $10,462 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| Cashback Bonus® | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 40.62 |
| New Cashback Bonus This Period Everywhere Else | + $ | 8.15 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **48.77** |

To learn more, log in at Discover.com

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

| **Payment Coupon** |  **Pay Online** |  **Pay by Phone** |
|---|---|---|
| Please do not fold, clip or staple. | Discover.com | 1-800-347-3085 |

ROBIN C DIMAGGIO
5737 KANAN RD # 117
AGOURA HILLS CA 91301-1601



| Account number ending in | 5237 |
|---|---|
| Minimum Payment Due | $169.00 |
| New Balance | $4,610.21 |
| Payment Due Date | November 1, 2017 |
| Amount enclosed | $ |

PO BOX 51908
LOS ANGELES, CA 90051-6208

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

0000019868338601197420461021009221800169 00

**EX. MMM - 011**

# DISCVER®

**Discover it® Card**

Account number ending in 5237
Open Date: Sep 5, 2017 - Close Date: Oct 4, 2017
Page 3 of 6

## CONTACT US

|  Web |  Mobile |  Phone |  Inquiry | Mail Payments |
|---|---|---|---|---|
| Access your account securely at Discover.com | Manage your account anytime, anywhere at m.Discover.com | 1-800-347-3085 TDD 1-800-347-7449 | Discover PO Box 30943 Salt Lake City UT 84130 | Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

|  | Trans. Date | Post Date |  |  |  |
|---|---|---|---|---|---|
| **Restaurants** | Sep 7 | Sep 7 | XOC TEQUILA GRILL WOODLAND HILLCA | $ | 59.00 |
|  | Sep 8 | Sep 8 | FRESH BROTHERS CALABAS CALABASAS CA |  | 41.10 |
|  | Sep 8 | Sep 8 | WHITE HARTE PUB WOODLAND HILLCA |  | 221.26 |
|  | Sep 9 | Sep 9 | ITALIA DELI & BAKE AGOURA HILLS CA |  | 30.86 |
| **Gasoline** | Sep 9 | Sep 9 | SHELL 57444585301 CALABASAS CA | $ | 7.87 |
|  | Sep 9 | Sep 9 | UNION 76 AGOURA HILLS CA |  | 6.56 |
| **Travel/Entertainment** | Sep 8 | Sep 8 | ATOM TICKETS, LLC 310-627-2866 CA | $ | 95.10 |
|  | Sep 8 | Sep 8 | EDWARDS CALABASAS STDM 6 CALABASAS CA |  | 15.16 |
| **Services** | Sep 7 | Sep 7 | SQ *MELISSA SEWELL WESTLAKE CA 000115292150774241901S | $ | 200.00 |
|  | Sep 8 | Sep 8 | THE UPS STORE 1093 CALABASAS CA 00838P |  | 43.45 |
| **Supermarkets** | Sep 9 | Sep 9 | EMBASSY LIQUOR WOODLAND HILLCA | $ | 94.55 |
| **Fees** | Oct 1 | Oct 1 | FIRST LATE PAYMENT - NO FEE | $ | 0.00 |
|  |  |  | TOTAL FEES FOR THIS PERIOD |  | 0.00 |
| **Interest Charged** |  |  | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2017 Totals Year-to-Date

|  |  |  |
|---|---|---|
| TOTAL FEES CHARGED IN 2017 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2017 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:30 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 0.00% | $4,532.69 | $0.00 |
| Cash Advances | 25.99% V | $0.00 | $0.00 |

V=Variable Rate

**EX. MMM - 012**

# EXHIBIT NNN

# Application #  46757518

barclaycard



| App ID # | App Date | App Type | IB Channel | OB Channel | | Partner Name | Status | SSN |
|---|---|---|---|---|---|---|---|---|
| 46757518 | 20140925 | 01 | 03 | 005 | | Visa Black Card | A | ▆ |

**Call Recvd From** | **Session ID** | | **IP Address** |
| | 2FFB87C6D376B84DDA16A5C9B489B428 | | 76.255.130.35 |

| Prefix | First Name | Middle | | Last Name | Suffix | | Mothr Maidn Name |
|---|---|---|---|---|---|---|---|
| | ROBIN | C | | DIMAGGIO | | | PERALES |

| Address | | Address 2 | City | | ST | Zip Code |
|---|---|---|---|---|---|---|
| 5737 KANAN ROAD | | 117 | ACOURA HILLS | | CA | 91301 |

| Email Address | Home Phone # | Own/Rent | Mnthly Mrtg/Rnt Pymnt | | Credit Limit |
|---|---|---|---|---|---|
| THEDIMAGGIO@GMAIL.COM | 310-254-6474 | | 0000000 | | 10000 |

| App Recvd Time (GMT) | Yearly Income | Employer Name | Work Phone # | | D.O.B. |
|---|---|---|---|---|---|
| 25SEP2014:05:04:20 | 0350000 | | 310-254-6474 | | ▆ |

| Auth User SSN | Auth User First Name | AU Middle | Auth User Last Name | AU Suffix |
|---|---|---|---|---|
| . | | | | |

| BT1 Account # | BT2 Account# | BT3 Account# |
|---|---|---|
| | | |

| Amount 1 | Amount 2 | Amount 3 |
|---|---|---|
| . | . | . |

| Amnt Approved 1 | Amnt Approved 2 | Amnt Approved 3 |
|---|---|---|
| . | . | . |

# Application #  48695052




| App ID # | App Date | App Type | IB Channel | OB Channel | Partner Name | Status | SSN |
|---|---|---|---|---|---|---|---|
| 48695052 | 20150108 | 01 | 03 | 005 | Barclaycard Arrival | A | ▮ |

| Call Recvd From | Session ID | IP Address |
|---|---|---|
| | BD4BE1113FCF3B175CA2A1D580CEBFF3 | 76.255.130.35 |

| Prefix | First Name | Middle | Last Name | Suffix | Mothr Maidn Name | D.O.B. |
|---|---|---|---|---|---|---|
| | ROBIN | C | DIMAGGIO | | PERALES | ▮ |

| Address | Address 2 | City | ST | Zip Code |
|---|---|---|---|---|
| 5737 KANAN ROAD | 117 | AGOURA HILLS | CA | 91301 |

| Email Address | Home Phone # | Own/Rent | Mnthly Mrtg/Rnt Pymnt | Work Phone # | Credit Limit |
|---|---|---|---|---|---|
| THEDIMAGGIO@GMAIL.COM | 310-254-6474 | | 0000000 | 999-999-9999 | 10000 |

| App Recvd Time (GMT) | Yearly Income | Employer Name |
|---|---|---|
| 08JAN2015:05:01:46 | 0250000 | |

| Auth User SSN | Auth User First Name | AU Middle | Auth User Last Name | AU Suffix |
|---|---|---|---|---|
| . | MARTY | N | RICH | |

| BT1 Account # | BT2 Account# | BT3 Account# |
|---|---|---|
| | | |

| Amount 1 | Amount 2 | Amount 3 |
|---|---|---|
| . | . | . |

| Amnt Approved 1 | Amnt Approved 2 | Amnt Approved 3 |
|---|---|---|
| . | . | . |

# EXHIBIT OOO

3931532

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---------|-------------------------------------------------|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

— A **$100** filing fee.

— A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**  JAW
Secretary of State
State of California

**JUL 2 9 2016**

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is   Dimagic Entertainment, Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  Robin DiMaggio
　　　*Agent's Name*

　 b.  5737 Kanan Road, No. 117 　　　　　　Agoura Hills 　 CA 　 91301
　　　*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* 　 *City (no abbreviations)* 　 *State* 　 *Zip*

**Corporate Addresses**

④ a.  5737 Kanan Road, No. 117 　　　　　　Agoura Hills 　 CA 　 91301
　　　*Initial Street Address of Corporation - Do not list a P.O. Box* 　 *City (no abbreviations)* 　 *State* 　 *Zip*

　 b.  _____
　　　*Initial Mailing Address of Corporation, if different from 4a* 　 *City (no abbreviations)* 　 *State* 　 *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
　 The total number of shares which this corporation is authorized to issue is _____ 1,000

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____　　　　Robin DiMaggio
　 *Incorporator - Sign here* 　　　　　　*Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153　　　　　　　　　　　　　2014 California Secretary of State

# State of California
## Secretary of State

**S**

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

| SI-200 (REV 01/2013) | **Page 1 of 1** | APPROVED BY SECRETARY OF STATE |
|---|---|---|

**EX. OOO - 002**

# EXHIBIT PPP

4/30/2018
https://steinbrecher-span.nextpoint.com/case/30250002/printable_documents/1489

Santa Clarita Valley Escrow Inc.          02 – East West Bank          RECEIPT NO.          66438
23822 W. Valencia Blvd., Suite 100
Valencia, CA 91355
(661) 284-2900

ESCROW NO. ▮▮▮▮          DATE    08/17/2016

Property:  · 28777 Mulholland Hwy #163, Calabasas, CA  91302

RECEIVED  ROBIN D. DIMAGGIO CR/MARTY RICH
OF

AMOUNT
$*****1,000.00

· ONE THOUSAND AND 00/100 DOLLARS

|          | ABA Number | Check Number | Description |
|----------|------------|--------------|-------------|
| CASH     |            |              |             |
| CHECK    |            |              |             |
| CASHIER'S CHECK | 62-20 | 313874009 | CITIBANK |
| OTHER    |            |              |             |

Checking Account Number _____          Received on behalf of   BUYER/BORROWER

BY    NH _____

FILE COPY

EXHIBIT
82
DIMAGGIO
5-1-18

4/30/2018

https://steinbrecher-span.nextpoint.com/case/30250002/printable_documents/1489



4/30/2018



# SANTA CLARITA VALLEY
## *Escrow Inc.*

23822 W. Valencia Blvd., Suite 100 • Valencia, CA 91355
Tel: (661) 284-2900 • Tel: (818) 362-1919 • Fax: (661) 259-2237

**RECEIVED**
AUG 17 2016

To:   Santa Clarita Valley Escrow Inc.       Date: August 17, 2016
      23822 W. Valencia Blvd., Suite 100      Escrow N███████
      Valencia, CA 91355

Property Address:      23777 Mulholland Hwy #163  Calabasas,  CA  91302

### THIRD PARTY DEPOSIT

I hand you herewith the sum of $1,000.00 which you are to deposit to the above numbered escrow and use for the account of and subject to the instructions of Buyer, Marty Rich, who is the purchaser in said escrow, if said escrow is consummated.

In the event that this escrow is not consummated, it is understood that all funds deposited in this escrow, including the above mentioned funds, shall be disbursed ONLY in accordance with mutually signed disbursement/cancellation instructions of the principals hereto (Buyer and Seller) in this transaction, LESS any costs and charges incurred.

The undersigned THIRD PARTY acknowledges receipt of a copy of this instruction.

**ATTENTION CUSTOMERS:**

BUYER:

Marty Rich

THIRD PARTY:

ROBIN D. DIMAGGIO

SIGN AND RETURN

* **PLEASE SIGN THIS DOCUMENT BEFORE A NOTARY PUBLIC.  SIGN YOUR NAME EXACTLY AS IT IS TYPEWRITTEN ON THIS DOCUMENT.**

Note to Notary:  Please place seal in an open area of document and not over any Printed matter.  Seal must be well inked and legible.

Notary's Phone # 818-880-8415

Notary Expiration Date: 12/22/19

Address:      **SANTA CLARITA VALLEY**
              *Escrow Inc.*

Telephone No.   818-880-8415

3/8

4/30/2018

https://steinbrecher-span.nextpoint.com/case/30250002/printable_documents/1489

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**          **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          }
County of _LOS ANGELES_      }

On _AUGUST 20TH 2016_ before me, _DAVID E. McMANUS - NOTARY PUBLIC_
Date                                    Here Insert Name and Title of the Officer

personally appeared _MARTY RICH & ROBIN DIMAGGIO_
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _David E. McManus_
                    Signature of Notary Public

DAVID E. McMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

Place Notary Seal Above

──────────── OPTIONAL ────────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _THIRD PARTY DEPOSIT_          Document Date: _____
Number of Pages: _____   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____                Signer's Name: _____
☐ Corporate Officer — Title(s): _____        ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General              ☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact           ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator    ☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____                       ☐ Other: _____
Signer Is Representing: _____        Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

4/8

-2330013999 SENT      ORIGINATOR   (5752090986233369) BENEFICIARY              EAST WEST
FED. S&L ASSN. 08/22/16 08:29AM      ROBIN C DIMAGGIO      SANTA CLARITA VALLEY ESCROW
INC   ABA          SET UP 08/20/16      29120 MEDEA LANE      23822 W. VALENCIA
BLVD      03:50PM      #1306      SUITE 100      CA
$251,370.00      AGOURA HILLS CA 91301      VALENCIA, CA 91355      1
███████████      PHONE ███████      ████████ ████ CONS CHECKING      ACCT#
      SET UP BY P4193411 SIRYANI,MARIAM   APPROVED BY P9805813
GERWIN,CHELSEA LEE      P2749271 EBY,ALICIA      $0.00 FEE      ESCROW OFFICER: NANCY
HAWKINS ESCROW # ██████ █████ ████ █████ ███████ █████

*(handwritten)*

real estate
transaction

MARTY RICH = Buyer

~~deposit~~

Robin deposited $
for Buyer.

4/30/2018

## RECEIPT OF FUNDS WIRED IN

Bank:       02 - East West Bank

Santa Clarita Valley Escrow Inc.
23822 W. Valencia Blvd., Suite 100
Valencia, CA 91355
(661) 284-2900
Property:       23777 Mulholland Hwy #163, Calabasas, CA  91302

**ESCROW NO.:**       ████████        Ref No.:   **15095**

Date:       08/22/2016        Amount $    ****251,370.00
Issued By:  Nancy Hawkins

Received from:    ROBIN C DIMAGGIO CR/ MARTY RICH

Received in behalf of:      BUYER/BORROWER

Earnest Money:

Description

4/30/2018                    https://steinbrecher-span.nextpoint.com/case/30250002/printable_documents/1489

WireAccDetailform

Page 1 of 2

### New Wire Activity Detail

| Credit Amount: | $251,370.00 | Currency: | USD | Value Date: | 8/22/16 |
| Credit Account #: | ███████ | Host Ref #: | ███████ | Payment Method: | FED |
| Fed Type: | CTP | Fed Ref #: | ███████ | Processing Time: | 12:28:00 PM |
|  |  |  |  | Received Time: | 8/22/2016 9:44:52 AM |

| Originator Information | D042002622498<br>ROBIN G DIMAGGIO<br>29120 MEDEA LANE 1306 AGOURA HILLS<br>CA 91301 |
| Originator Bank Information | CITIBANK CALIFORNIA, FSB<br>OLD MASTER CIF FOR SETTLEMENT |
| Instructing Bank Information | CITIBANK N A RETAIL WIRE SETTLEMENT |
| Senders Reference Number | ███████ |
| Sending Bank Information | A021000089<br>CITIBANK NA |
| Receiving Bank Information | A322070381<br>EAST WEST BANK |
| Beneficiary Account # | |
| Beneficiary Information | SANTA CLARITA VALLEY ESCROW INC<br>23822 W. VALENCIA BLVD<br>SUITE 100<br>VALENCIA, CA 91355 |
| Payment Details | ESCROW OFFICER: NANCY HAWKINSESCROW<br>███████ |

### Grand Totals

| Account | Total Debit Amount | Total Credit Amount | Total Items |
| --- | --- | --- | --- |
| ███████ | $0.00 | $251,370.00 | 1 |

| ABA | Total Debit Amount | Total Credit Amount | Total Items |
| --- | --- | --- | --- |
| ███████ | $0.00 | $251,370.00 | 1 |

https://eastwestbank.webcashmgmt.com/wcmpr/wiresccdetailform.jsp?SOURCE=NEWW...    8/22/2016

4/30/2018



## SANTA CLARITA VALLEY
### *Escrow Inc.*

23822 W. Valencia Blvd., Suite 100 • Valencia, CA 91355
Tel: (661) 254-2900 • Tel: (818) 362-1919 • Fax: (661) 259-2237

RECEIVED AUG 22 2016

To:    Santa Clarita Valley Escrow Inc.          Date: August 22, 2016
       23822 W. Valencia Blvd., Suite 100        Escrow No. ▇▇▇▇▇
       Valencia, CA 91355

Property Address:    23777 Mulholland Hwy #163  Calabasas,  CA  91302

### THIRD PARTY DEPOSIT

I hand you herewith the sum of $251,370.00 which you are to deposit to the above numbered escrow and use for the account of and subject to the instructions of Buyer, Marty Rich, who is the purchaser in said escrow, if said escrow is consummated.

In the event that this escrow is not consummated, it is understood that all funds deposited in this escrow, including the above mentioned funds, shall be disbursed ONLY in accordance with mutually signed disbursement/cancellation instructions of the principals hereto (Buyer and Seller) in this transaction, LESS any costs and charges incurred.

The undersigned THIRD PARTY acknowledges receipt of a copy of this instruction.

BUYER:

Marty Rich

THIRD PARTY:

ROBIN D. DIMAGGIO

Address:    5737  KANAN RD #117
            AGOURA HILLS  CA  91301
Telephone No.  310 254 6474

7/9

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT          CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___LOS ANGELES___

On __AUGUST 22nd 2010__ before me, __DAVID E. MCMANUS - NOTARY PUBLIC__
          Date                                Here Insert Name and Title of the Officer

personally appeared __ROBIN DIMAGGIO__
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal:
DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019]

Signature __David E. McManus__
                    Signature of Notary Public

Place Notary Seal Above

─────────────────────────── OPTIONAL ───────────────────────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s)
Signer's Name: _____              Signer's Name: _____
☑ Corporate Officer — Title(s): _____       ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General           ☐ Partner — ☐ Limited  ☐ General
☐ Individual         ☐ Attorney in Fact      ☐ Individual         ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator  ☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____                     ☐ Other: _____
Signer Is Representing: _____        Signer Is Representing: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5907

# EXHIBIT QQQ

04/03/2018 16:07

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100162609 | 3110020 | | 313981766 | 12/08/2016 | $ 1474.00 |

**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

313981766

FC# 00751 FAH 004        $0.00 ONL PIC
046-06 Ck. Ser.#  313981766        DATE  11/14/16

PAY    ****ONE THOUSAND FOUR HUNDRED SEVENTY-FOUR DOLLARS****

**$1,474.00**

TO
THE
ORDER    ****CALABASAS VILLAGE****
OF

NAME OF REMITTER    DIMAGIC ENTERTAINMENT, INC.
ADDRESS    RE: ROBIN DIMAGGIO - SPC#163
Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

---

Seq: 89
Batch: 159835
Date: 12/07/16

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK[!]
HOLD TO LIGHT TO VERIFY WATERMARK

PAY TO THE ORDER OF
BANK OF AMERICA

FOR DEPOSIT ONLY
CALABASAS CHESS, LTD.

Seq: 89 12/07/16
BAT: 159835 CC:3183352433

BC EL Camino Center AC CAX-283



EXHIBIT
83
DIMAGGIO
5-1-18

04/03/2018 16:07

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1200315819 | 3110020 | ▮ | 313981767 | 01/04/2017 | $ 1522.00 |



OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**
Citibank, N.A.

313981767

FC# 00731 FA# 004    $0.00 ONL PIC
046-06 Ck. Ser.# 313981767                    DATE 11/14/16

PAY    ****ONE THOUSAND FIVE HUNDRED TWENTY-TWO DOLLARS****
                                                    **$1,522.00**

TO THE ORDER OF    ****CALABASAS VILLAGE****

NAME OF REMITTER ADDRESS    DIMAGIC ENTERTAINMENT, INC
RE; ROBIN DIMAGGIO - SPC#163
Citibank, N.A. One Penn's Way
New Castle, DE 19720    BY    Julie Bryson
AUTHORIZED SIGNATURE

Seq: 191
Batch: 964387
Date: 01/03/17

Seq:00191 01/03/17
BAT:964387 CC:3180602435
DT:81 LTPS:Jacksonville PT

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

PAY TO THE ORDER OF
BANK OF AMERICA

04/03/2018 16:07

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100142565 | 3110020 | ▮▮▮ | 313981768 | 02/02/2017 | $ 1522.00 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **OFFICIAL CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**
Citibank, N.A.                                                                                            313981768

FC# 00731 FA# 004        $0.00 ONL PIC            DATE 11/14/16
046-06  Ck, Ser.#   313981768

PAY    ****ONE THOUSAND FIVE HUNDRED TWENTY-TWO DOLLARS****

TO
THE        ****CALABASAS VILLAGE****                    **$1,522.00**
ORDER
OF

NAME OF REMITTER    DIMAGIC ENTERTAINMENT, INC.        Drawer: CITIBANK, N.A.
ADDRESS        RE; ROBIN DIMAGGIO - SPC#163
Citibank, N.A. One Penn's Way                        BY    _Julie Bryson_
New Castle, DE 19720        2/1/17            AUTHORIZED SIGNATURE

Seq: 197
Batch: 879403
Date: 02/01/17

Seq: 00197 02/01/17
Bat: 879403  CC: 3380002323
WT;81 LTPS:Jacksonville PT

WARNING — DO NOT CASH CHECK WITHOUT NOTING TRUE WATERMARK, HOLD TO LIGHT TO VERIFY WATERMARK
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

04/04/2018 08:49

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1400677663 | 3110020 | ▮ | 313963493 | 04/04/2017 | $ 1525.00 |



OFFICIAL CHECK

**citibank**
Citibank, N.A.

313963493

52-20
311

FG# 00622 FA# 003         $0.00 ONL PIC
046-03, Ck. Ser.#  313963493          DATE 02/02/17

PAY  ****ONE THOUSAND FIVE HUNDRED TWENTY-FIVE DOLLARS****

TO
THE
ORDER
OF      ****CALABASAS VILLAGE PROPERTY ****          **$1,525.00**

NAME OF REMITTER
ADDRESS      DIMAGIC ENTERTAINMENT, INC.          Drawer: Citibank, N.A.
Citibank, N.A. One Penn's Way  # 163
New Castle, DE 19720      on behalf of Robin Dimaggio
BY _____
AUTHORIZED SIGNATURE

Seq: 190
Batch: 803219
Date: 04/03/17

Seq: 00190 04/03/17
BAT: 803219 CC:3180002435
WI: BL LTPS Jacksonville FL
BC: El Camino Center RC CAA-703

PAY TO THE ORDER OF
BANK OF AMERICA

WARNING—DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.



**PAID ITEMS PRINT**

04/04/2018 08:49

R/T#: ▮▮▮▮    Account#: ▮▮▮▮

## Checks:

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1200049028 | 3110020 | ▮▮▮▮ | 313963494 | 03/06/2017 | $ 1525.00 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **OFFICIAL CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**    **313963494**

Citibank, N.A.    82-20 / 311

FOR CO623 FA# 003      $0.00 ONL PIC    DATE: 02/02/17
016-03  Ck. Ser # 313963494

PAY    ****ONE THOUSAND FIVE HUNDRED TWENTY-FIVE DOLLARS****    **$1,525.00**

TO THE ORDER OF    ***CALABASAS VILLAGE PROPERTY***

NAME OF REMITTER ADDRESS    CINAGIC ENTERTAINMENT, INC.    Drawer: Citibank, N.A.
# 163
Citibank, N.A. One Penn's Way    BY
New Castle, DE 19720    AUTHORIZED SIGNATURE

---

Seq: 79
Batch: 842425
Date: 03/03/17

Seq:00079 03/03/17
BAT-842425-CC-3180002435
WT:01 LTPS:Jacksonville FL
BC:El Camino Center BC CAR-203

WARNING — DO NOT CASH CHECK
WITHOUT NOTHING WATERMARK !
HOLD TO LIGHT TO VERIFY WATERMARK.

PAY TO THE ORDER OF
BANK OF AMERICA

Page 1 of 2

04/04/2018 10:25

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100530224 | 3110020 | | 313982197 | 06/06/2017 | $ 1516.00 |



04/04/2018 10:25

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100115136 | 3110020 | | 313982198 | 07/10/2017 | $ 1522.00 |



# CitiDirect Check Image Delivery



○ **Print**    **Close Window**
◉ **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| | 313982199 | $1,522.00 | 08/02/2017 | 1100204383 |





Citigroup.com

Terms of Use Privacy

citi

Copyright © 2003 -2018 Citigroup Inc.

04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1200127899 | 3110020 | ▮ | 314270570 | 09/05/2017 | $ 45.00 |



**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

314270570

FC# 00626 FA# 004          $0.00 ONL PIC          DATE 08/18/17
006-07 Ck. Ser.#    314270570

PAY    ****FORTY-FIVE DOLLARS****

                                          **$45.00**

TO THE ORDER OF    ****CALABASAS VILLAGE PROPERTY****

NAME OF REMITTER
ADDRESS    ROBIN C DINAGGIO
Citibank, N.A. One Penn's Way    163
New Castle, DE 19720

Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

Seq: 35
Batch: 774849
Date: 09/01/17

Seq:00035 09/01/17
BAT:774849 CC:3180082435
WT:01 LTPS:Jacksonville PT
BC:El Camino Center BC CA8-203

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK,
HOLD TO LIGHT TO VERIFY WATERMARK.

PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
CALABASAS VILLAGE PROPERTY

04/03/2018 13:33

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1200635749 | 3110020 | | 314270683 | 10/03/2017 | $ 1525.00 |



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **OFFICIAL CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**
Citibank, N.A.

314270683

FC# 00626 FA# 004        $0.00 ONL PIC        DATE 09/29/17
005-04 Ck. Ser.#    314270683

PAY    ****ONE THOUSAND FIVE HUNDRED TWENTY-FIVE DOLLARS****

TO THE ORDER OF    ****CALABASAS VILLAGE MOBILE PARK****        **$1,525.00**

NAME OF REMITTER
ADDRESS    DIMAGIC ENTERTAINMENT, INC.
Citibank, N.A. One Penn's Way    0163 OCT 1ST - NOV 1ST
New Castle, DE 19720

Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

Seq: 198
Batch: 484049
Date: 10/02/17

Seq:00198 10/02/17
BAT:484049 CC:3180002435
WT:01 LTPS:Jacksonville PT
BC.El Camino Center BC CA8-203

PAY TO THE ORDER OF
BANK OF AMERICA
CALABASAS/CREST LTD.
FOR DEPOSIT ONLY

WARNING - DO NOT CASH CHECK
WITHOUT HOLDING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

04/03/2018 13:33

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1300288085 | 3110020 | ███ | 314270684 | 11/02/2017 | $ 1525.00 |



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK | **OFFICIAL CHECK** | HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**
Citibank, N.A.

314270684

FC# 00626 FA# 004          $0.00 ONL PIC          DATE  09/29/17
005-05  Ck. Ser.#  314270684

PAY          ****ONE THOUSAND FIVE HUNDRED TWENTY-FIVE DOLLARS****

TO THE ORDER OF          ****CALABASAS VILLAGE MOBILE PARK****          **$1,525.00**

NAME OF REMITTER ADDRESS          DIMAGIC ENTERTAINMENT, INC.          Drawer: Citibank, N.A.
Citibank, N.A. One Penn's Way
New Castle, DE 19720          #163 NOV 1ST - DEC 1ST

BY
AUTHORIZED SIGNATURE

Seq:  191
Batch:  380967
Date: 11/01/17

Seq:00191 11/01/17
BAT:380967 CC:3190002435
WT:01 LTPS:Jacksonville PT
BC:El Camino Center BC CA8-265

04/03/2018 15:33

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1300640428 | 3110020 | ▮ | 314352278 | 12/04/2017 | $ 1516.00 |



Check Image Results

Page 1 of 2

# CitiDirect Check Image Delivery



⊚ **Print    Close Window**
⊚ **Check Image Inquiry Results**

| Account # | Check #<br>314404085 | Amount<br>$1,592.00 | Paid Date<br>01/03/2018 | Sequence #<br>1100106271 |
|---|---|---|---|---|



Check Image Results

Page 1 of 2

# CitiDirect Check Image Delivery



Ⓟ **Print**    **Close Window**
Ⓒ **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▇▇▇ | 314404183 | $1,592.00 | 02/02/2018 | 1100111772 |





https://citidirectbeportalnam.citidirect.com/proxy/PRXYSER5/root/AFNEAR85Web/servlet/DisplayPrintCheckImage?NLS=EN...    4/5/2018

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100524900 | 3110020 | ▬ | 314404439 | 03/02/2018 | $ 1592.00 |



**OFFICIAL CHECK**

**citibank**
Citibank, N.A.                                                                    314404439

FC# 00622 FA# 007          $0.00 ONL PIC          DATE 02/21/18
008-11 Ck. Ser.#    314404439

PAY      ****ONE THOUSAND FIVE HUNDRED NINETY-TWO DOLLARS****

TO                                                                **$1,592.00**
THE      ****CALABASAS VILLAGE ESTATES****
ORDER
OF

NAME OF REMITTER      ROBIN C DIMAGGIO
ADDRESS              4163 MARTY RICH          Drawer: Citibank, N.A.
Citibank, N.A. One Penn's Way                        BY
New Castle, DE 19720                          AUTHORIZED SIGNATURE

Seq: 57
Batch: 792393
Date: 03/01/18

Seq:00057 03/01/18
BAT:792393 CC:3180082435
WT:01 LTPS:Jacksonville PT
BC:El Camino Center BC CA8-203

PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
CALABASAS GREEN RLTY

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

# EXHIBIT RRR

90-7172/3222

**1205**

**DIMAGIC ENTERTAINMENT, INC.**
5737 KANAN RD #117
AGOURA HILLS, CA 91301

MAY 10 2017
date

Pay to the order of Gas Comp                    $ 100

One Hundred                                      dollars

**citibank**
CITIBANK, N.A.

for Gas Comp for Mom

70088 4 DVW 052317 0350 N

ENDORSE HERE

EXHIBIT
84
DIMAGE10
5-1-18

**DIMAGIC ENTERTAINMENT, INC.**
5737 KANAN RD #117
AGOURA HILLS, CA 91301

90-7172/3222

1213

MAy 31 2017
date

Pay to the order of  Edison

$ 100

One hundred ———— Dollars

citibank
CITIBANK, N.A.

for 163



# PAID ITEMS PRINT

04/03/2018 13:33

| R/T#: | | Account#: 38762924 | | | | |

## Checks:

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1200227263 | 3110020 | ▉ | 314253061 | 07/12/2017 | $ 136.96 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK  ⑥ **OFFICIAL CHECK**  HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK.

**citibank**  Citibank, N.A.                                                            **314253061**

FC# 00751 FA# 004        $0.00 ONL PIC          DATE 07/06/17
030-12  Ck. Ser.#     314253061
****ONE HUNDRED THIRTY-SIX AND 96/100 DOLLARS****

**PAY**

****$136.96****

**TO THE ORDER OF**   ****SPECTRUM****

NAME OF REMITTER    DIMAGIC ENTERTAINMENT, INC.          Drawer: Citibank, N.A.
ADDRESS
Citibank, N.A. One Penn's Way          BY   _Julie Bryson_
New Castle, DE 19720                    AUTHORIZED SIGNATURE

⑈000011696⑈

WARNING—DO NOT CASH CHECK
WITHOUT NOTHING WATERMARK(S).
HOLD TO LIGHT TO VERIFY WATERMARK.

04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100305464 | 3110020 | ▮ | 314182195 | 08/14/2017 | $ 161.69 |



**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

314182195

FC# 00626 FA# 006          $0.00 UNL PIC          DATE 08/07/17
040-05 Ck. Ser.#     3141B2195

PAY     ****ONE HUNDRED SIXTY-ONE AND 69/100 DOLLARS****

TO
THE          ****SPECTRUM****                    **$161.69**
ORDER
OF

NAME OF REMITTER          ROBIN C DIMAGGIO
ADDRESS

Drawer: Citibank, N.A.

Citibank, N.A. One Penn's Way
New Castle, DE 19720                    BY
                                       AUTHORIZED SIGNATURE

⑈"000001616" ⑈

04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1200690494 | 3110020 | ███ | 314115090 | 08/29/2017 | $ 500.00 |



OFFICIAL CHECK

**citibank**
Citibank, N.A.

314115090

FCN 00622 FAH 002        $0.00 ONL PIC        DATE 08/21/17
076-04  Ck. Ser.N   314115090

PAY    ****FIVE HUNDRED DOLLARS****            **$500.00**

TO THE ORDER OF    ****SOUTHERN CALIFORNIA EDISON****

NAME OF REMITTER    ROBIN C DIMAGGIO
ADDRESS
Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.
BY
AUTHORIZED SIGNATURE

04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100520045 | 3110020 | ▉ | 314270708 | 10/11/2017 | $ 148.17 |



OFFICIAL CHECK

**citibank**
Citibank, N.A.

314270708

FC# 00626 FA# 006        $0.00 ONL PIC        DATE  10/04/17
007-06  Ck. Ser.#    314270708

PAY      ****ONE HUNDRED FORTY-EIGHT AND 17/100 DOLLARS****

TO
THE          ****CHARTER COMMUNICATIONS****        **$148.17**
ORDER
OF

NAME OF REMITTER        ROBIN C DIMAGGIO
ADDRESS
Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

Check Image Results

# CitiDirect Check Image Delivery



⊙ **Print**    **Close Window**
⊙ **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▮▮▮▮ | 314278112 | $124.17 | 10/31/2017 | 1100887792 |





Check Image Results

# CitiDirect Check Image Delivery



- Print    Close Window
- Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| | 314266057 | $156.73 | 11/06/2017 | 1100739423 |





https://citidirectbeportalnam.citidirect.com/proxy/PRXYSER5/root/AFNEAR85Web/servlet/DisplayPrintCheckImage?NLS=EN...    4/5/2018

04/03/2018 15:33

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100672185 | 3110020 | ▉ | 314352277 | 11/16/2017 | $ 50.00 |



| HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK | **OFFICIAL CHECK** | HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK |
|---|---|---|

**citibank**
Citibank, N.A.

314352277

FC# 00626 FA# 004          $0.00 ONL PIC
020-07  Ck. Ser.#   314352277                    DATE 11/08/17

PAY          ****FIFTY DOLLARS****

TO          ****SoCalGas****                         **$50.00**
THE
ORDER
OF

NAME OF REMITTER          DIMAGIC ENTERTAINMENT, INC.          Drawer: Citibank, N.A.
ADDRESS
Citibank, N.A. One Penn's Way          BY
New Castle, DE 19720          AUTHORIZED SIGNATURE

70458 A DVW 111517 0498 N

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

Check Image Results

# CitiDirect Check Image Delivery



   ◉ **Print**   **Close Window**
   ◉ **Check Image Inquiry Results**

| | Account # | Check #<br>314404124 | Amount<br>$400.00 | Paid Date<br>11/29/2017 | Sequence #<br>1100870262 |
|---|---|---|---|---|---|





https://citidirectbeportalnam.citidirect.com/proxy/PRXYSER5/root/AFNEAR85Web/servlet/DisplayPrintCheckImage?NLS=EN...    4/5/2018

Check Image Results

# CitiDirect Check Image Delivery



⊙ **Print**    **Close Window**
⊙ **Check Image Inquiry Results**

| Account # | Check #<br>314376629 | Amount<br>$156.73 | Paid Date<br>12/13/2017 | Sequence #<br>1200501511 |
|---|---|---|---|---|





https://citidirectbeportalnam.citidirect.com/proxy/PRXYSER5/root/AFNEAR85Web/servlet/DisplayPrintCheckImage?NLS=EN...    4/5/2018



# PAID ITEMS PRINT

04/03/2018 15:39

**R/T#:**                 **Account#:** 38762924

## Checks:

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1200298784 | 3110020 | ▪ | 314404097 | 01/31/2018 | $ 30.00 |

**OFFICIAL CHECK**

**citibank**               314404097

Citibank, N.A.

FC# 00622 FA# 003     $0.00 ONL PIC     DATE 01/18/18

047-04 Ck. Ser.#   314404097

****THIRTY DOLLARS****

PAY                           **$30.00**

TO
THE   ****SOUTHERN CALIFORNIA GAS COMPANY****
ORDER
OF

NAME OF REMITTER     ROBIN C DIMAGGIO     Drawer: Citibank, N.A.
ADDRESS

Citibank, N.A. One Penn's Way
New Castle, DE 19720        BY
                 AUTHORIZED SIGNATURE

70669 4 RBa 013018 0118 N

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1200298749 | 3110020 | ▪▪▪▪ | 314421520 | 01/31/2018 | $ 85.35 |

**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

314421520

FC# 00782 FA# 015        $0.00 ONL PIC      DATE  01/26/18
020-05  Ck. Ser.#    314421520

PAY    ****EIGHTY-FIVE AND 35/100 DOLLARS****

                                           **$85.35**

TO
THE      ****EDISON****
ORDER
OF

NAME OF REMITTER    ROBIN C DIMAGGIO
ADDRESS

Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100642810 | 3110020 | ████ | 314404432 | 03/02/2018 | $ 20.00 |

**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

314404432

FC# 00622 FA# 007        $0.00 ONL PIC
008-04  Ck. Ser.#    314404432                          DATE  02/21/18

PAY    ****TWENTY DOLLARS****

TO                                                              **$20.00**
THE        ****SOCAL GAS****
ORDER
OF

NAME OF REMITTER      ROBIN C DIMAGGIO
ADDRESS              ACCOUNT # 19861201491          Drawer: Citibank, N.A.
Citibank, N.A. One Penn's Way
New Castle, DE 19720                                   BY
                                                    AUTHORIZED SIGNATURE

70621 4 dvw 030118 0116 N

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100411526 | 3110020 | ■■■■ | 314404435 | 02/26/2018 | $ 103.21 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK        **OFFICIAL CHECK**        HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**
Citibank, N.A.                                                                              314404435

FC# 00622 FA# 007          $0.00 ONL PIC       DATE 02/21/18
008-07  Ck. Ser.#   314404435

PAY    ****ONE HUNDRED THREE AND 21/100 DOLLARS****

                                                           **$103.21**
TO
THE    ****CHARTER COMMUNICATIONS****
ORDER
OF

NAME OF REMITTER      ROBIN C DIMAGGIO            Drawer: Citibank, N.A.
ADDRESS              ACCOUNT NUMBER: 8245100460078195
Citibank, N.A. One Penn's Way,                          BY
New Castle, DE 19720                               AUTHORIZED SIGNATURE

r'000001032 1r'

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100722826 | 3110020 | ▮ | 314404386 | 03/02/2018 | $ 100.00 |



# EXHIBIT SSS

04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100506265 | 3110020 | ▇▇▇▇ | 314278111 | 10/30/2017 | $ 708.03 |



**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

314278111

FC# 00622 FA# 007          $0.00 DNL PIC          DATE 10/25/17
005-07 Ck. Ser.#    314278111

PAY    ****SEVEN HUNDRED EIGHT AND 03/100 DOLLARS****

TO THE ORDER OF    ****LOS ANGELES COUNTY TAX COLLECTOR****          **$708.03**

NAME OF REMITTER
ADDRESS     ROBIN C DIMAGGIO
Citibank, N.A. One Penn's Way    ASSESSOR'S ID NO.:8950 003 163
New Castle, DE 19720

Drawer: Citibank, N.A.
BY
AUTHORIZED SIGNATURE

FOR DEPOSIT ONLY-LA COUNTY TTC

WARNING — DO NOT CASH CHECK
WITHOUT NOTHING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.


EXHIBIT
86
DIMAGGIO
5-1-18

# EXHIBIT TTT

**citi**

## PAID ITEMS PRINT

04/04/2018 10:25

| R/T#: | | Account#: 38762924 | | | |
|---|---|---|---|---|---|

**Checks:**

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100536144 | 3110020 | ▉ | 313982212 | 03/21/2017 | $ 173.00 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK          HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

7DIN842                                             313982212

FC# 00731 FA# 002       $0.00  ONL PIC
03B-04  Ck. Ser #     313982212          DATE   03/09/17

PAY      ****ONE HUNDRED SEVENTY~THREE DOLLARS****

TO
THE      ****DMV RENEWAL****                         **$173.00**
ORDER
OF

NAME OF REMITTER       DIMAGIC ENTERTAINMENT, INC.        7DIN842  Citibank, N.A.
ADDRESS
Citibank, N.A. One Penn's Way                          BY
New Castle, DE 19720                                   AUTHORIZED SIGNATURE

⑈"00000⑈7300⑈"

0032
141 170316 04 3797 1 12 - 0271 129 170311 7DIN842
12 - 0271 129 170311 7DIN842 141 170316 04 3797 1

ID12 03/16/17    000271 0033 D008

EXHIBIT
88
DIMAGGIO
5-1-18

PENGAD 800-531-6989

04/04/2018 10:25

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100688434 | 3110020 | ▆ | 313982189 | 04/28/2017 | $ 10000.00 |



OFFICIAL CHECK

**citibank**
Citibank, N.A.

313982189

FC# 00731 FA# 007        $0.00 ONL PIC
034-04  Ck. Ser.#   313982189

DATE  04/25/17

PAY        ****TEN THOUSAND DOLLARS****

TO THE ORDER OF        ****THOUSAND OAKS TOYOTA****

**:$10,000.00**

NAME OF REMITTER
ADDRESS        DIMAGIO ENTERTAINMENT, INC.
Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

C9 1012a Ba0

20170427900081680000400003

04/04/2018 10:25

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1200600030 | 3110020 | ███ | 313982194 | 05/05/2017 | $ 5218.32 |



• HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK •   **OFFICIAL CHECK**   • HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK •

**citibank**
Citibank, N.A.

313982194

FC# 00731 FA# 007        $0.00 DNL PIC        DATE 05/01/17
085-03 Ck. Serl#   313982194

PAY    ****FIVE THOUSAND TWO HUNDRED EIGHTEEN AND 32/100 DOLLARS****

                                                      **$5,218.32**
TO THE ORDER OF    ****TOYOTA FINANCAL SERVICES ****

NAME OF REMITTER    DIMAGIC ENTERTAINMENT, INC.
ADDRESS                              Drawer: Citibank, N.A.
Citibank, N.A. One Penn's Way        BY
New Castle, DE 19720                 AUTHORIZED SIGNATURE

000041 092 050417 1246
0286363490  CHI  1000
001847333/195
050417 416977 092 184 05032017

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

**DIMAGIC ENTERTAINMENT, INC.**
5737 KANAN RD #117
AGOURA HILLS, CA 91301

90-7172/3222

1211

_date_

Pay to the Order of _DMV Renewal_        $ 313

_Three hundred thirteen_ _dollars_

**citibank**
CITIBANK, N.A.

60425S1

for _Christian Trush_

0064
141 170605 09 2403 1 14 - 0492 257 170602 60425S1
14 - 0492 257 170602 60425S1 141 170605 09 2403 1

ID14 06/05/17    000492 0065 0130



**DIMAGIC ENTERTAINMENT, INC.**
5737 KANAN RD #117
AGOURA HILLS, CA 91301

90-7172/3222

1217

Date 6/7/2017

Pay to the order of _DMV Riverside_   $ 372 —

_Three hundred seventy two_   dollars

**citibank**
CITIBANK, N.A.

For _Volvo_





**Thousand Oaks TOYOTA**

2401 E Thousand Oaks Blvd - Thousand Oaks, CA 91362
Phone Nos: (805) 497-2791 - (818) 889-8919

COMERICA BANK
3514 TOWNGATE ROAD
805-381-4900
THOUSAND OAKS, CA 91362

| DATE | CHECK |
|------|-------|
| 7/06/2017 | 1102598 |

AMOUNT

$ 10,000.00

Pay  Ten Thousand, Dollars and no/Cents

TO
THE
ORDER
OF

**CASEY WILLIAM BAIRSTOW**
**26500 AGOURA RD #746**
**CALABASAS, CA 91302**





140 170718 08 3765 1 01 - 0660 1035 170713 7TUP536
01 - 0660 1035 170713 7TUP536 140 170718 08 3765 1

ID01 07/18/17    000660 0211 0525



The face of this document has a colored background on white paper — The back of this document contains an artificial watermark — Hold at an angle to view it.

**TOYOTA MOTOR CREDIT CORPORATION**
3200 West Ray Road
Chandler, AZ 85226

TOYOTA MOTOR CREDIT CORPORATION· TMCC

BANK OF AMERICA CUSTOMERCONNECTION
BANK OF AMERICA, N.A.
ATLANTA, DEKALB COUNTY, GEORGIA  **No.** 24751598

July 28, 2017

64-1278/611

PAY Two Hundred Two and .09 ************************************   **DOLLARS** $ ********202.09

VOID AFTER 90 DAYS

TO
THE
ORDER
OF    CASEY BARISTOW

TOYOTA MOTOR CREDIT CORPORATION  TMCC

NO SIGNATURE REQUIRED







04/03/2018 13:33

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1200806895 | 3110020 | ▮▮▮ | 314270591 | 09/06/2017 | $ 10.83 |



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**AUTO CLUB ENTERPRISES**
ADMINISTRATIVE OFFICES: P.O. BOX 25001
SANTA ANA, CA 92799-25001

Bank of America
70-2328
719

| 09/22/2017 | No. 0016523431 |

PAY   Ten Dollars And Eighty-Three Cents*****

$ *******10.83

PAY        ROBIN C DIMAGGIO
TO THE     5737 KANAN RD # 117
ORDER OF   AGOURA HILLS CA  91301-1601

_Rajiv Verma_
AUTHORIZED SIGNATURE

CASH CHECK PROMPTLY   VOID AFTER 6 MONTHS

04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100169637 | 3110020 | ███ | 314270707 | 10/11/2017 | $ 200.00 |



04/03/2018 15:32

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|------|----------|--------|-----------|--------|
| 1100764402 | 3110020 | ███ | 314278110 | 11/16/2017 | $ 127.00 |

OFFICIAL CHECK

citibank
Citibank, N.A.

314278110

FC# 00622 FA# 007          $0.00 ONL PIC
005-06 Ck. Ser.#    314278110                    DATE 10/25/17

PAY    ****ONE HUNDRED TWENTY-SEVEN DOLLARS****

                                              **$127.00**

TO
THE          ****DMV RENEWAL****
ORDER
OF

NAME OF REMITTER     ROBIN C DIMAGGIO              17G2370  Citibank, N.A.
ADDRESS
Citizek, N.A. One Penn's Way          BY
New Castle, DE 19720                  AUTHORIZED SIGNATURE                AP

⸗000001 2700⸗

0004
140 171107 06 3527 1 17 - 1286 17 171028 17G2378
17 - 1286 17 171028 17G2378 140 171107 06 3527 1

ID17 11/07/17   001286 0004 0010

Check Image Results

# CitiDirect Check Image Delivery



⊙ **Print**    **Close Window**
⊙ **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▓▓▓▓ | 314404122 | $14.00 | 12/15/2017 | 1100309258 |

**citibank**
Citibank, N.A.

OFFICIAL CHECK

314404122

FC# 00622 FAB 007        $0.00 ONL PIC
008-03  CK. Ser.#   314404122          DATE  11/24/17

PAY     ****FOURTEEN DOLLARS****

TO THE ORDER OF     ****DEPARTMENT OF MOTOR VEHICLES****        **$14.00**

NAME OF REMITTER     ROBIN C 01806510        1762272
ADDRESS
Citibank, N.A. One Penn's Way
New Castle, DE 19720

BY _____
AUTHORIZED SIGNATURE

⌐"000000 1400"⌐

Check Image Results

# CitiDirect Check Image Delivery



⊛ **Print**    **Close Window**
⊛ **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| | 314404123 | $217.43 | 11/29/2017 | 1100638045 |





Check Image Results

# CitiDirect Check Image Delivery



⊘ **Print**    **Close Window**
⊕ **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▇ | 314266147 | $127.00 | 01/11/2018 | 1200272380 |





https://citidirectbeportalnam.citidirect.com/proxy/PRXYSER5/root/AFNEAR85Web/servlet/DisplayPrintCheckImage?NLS=EN...    4/5/2018

Check Image Results

# CitiDirect Check Image Delivery



⊘ **Print    Close Window**
⊗ **Check Image Inquiry Results**

| | Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|---|
| | | 314266148 | $217.43 | 01/08/2018 | 1200405672 |





04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100845624 | 3110020 | ▮▮▮▮ | 314404436 | 03/08/2018 | $ 270.00 |



**OFFICIAL CHECK**

citibank

314404436

Citibank, N.A.

FC# 00622 FA# 007        $0.00 ONL PIC
008-08 Ck. Ser.#    314404436

DATE  02/21/18

PAY        ****TWO HUNDRED SEVENTY DOLLARS****

**$270.00**

TO
THE
ORDER
OF        ****DMV RENEWAL****

NAME OF REMITTER        ROBIN C DIMAGGIO
ADDRESS

7XVA767                Citibank, N.A.

Citibank, N.A. One Penn's Way
New Castle, DE 19720

BY
AUTHORIZED SIGNATURE

⑈"000002 7000⑈"

0024
140 180305 12 1281 1 17 - 1607 131 180223 7XVA767
17 - 1607 131 180223 7XVA767 140 180305 12 1281 1

ID17 03/05/18   001607 D024 0081

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1100883271 | 3110020 | ▮▮▮▮ | 314404438 | 02/27/2018 | $ 165.00 |



04/03/2018 16:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|-----------|--------|----------|------------|------------|---------|
| 1200854356 | 3110020 | ▮ | 314404433 | 03/06/2018 | $ 316.00 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK      HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

314404433

FC# 00622 FA# 007          $0.00 ONL PIC.          DATE 02/21/18
008-05  CK. Ser.#      314404433

PAY      ****THREE HUNDRED SIXTEEN DOLLARS****

**$316.00**

TO
THE      ****DMV RENEWAL****
ORDER
OF

NAME OF REMITTER      ROBIN C DIMAGGIO
ADDRESS
Citibank, N.A. One Penn's Way
New Castle, DE 19720

7XMT457
Drawer: Citibank, N.A.

BY
AUTHORIZED SIGNATURE

⌐000003⌐600⌐

0154
140 180301 07 4875 1 02 - 1215 611 180224 7XMT457
02 - 1215 611 180224 7XMT457 140 180301 07 4875 1

ID02 03/01/18    001215 0155 0318

04/03/2018 15:39

| Sequence# | R/T# | Account# | Check# | Paid Date | Amount |
|---|---|---|---|---|---|
| 1200854355 | 3110020 | ███ | 314404434 | 03/06/2018 | $ 578.00 |

