**FILED**
NOV - 2 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re MSJ Findings Response

Debtor(s). Rosin Dimaggio

Case No. 1:17-BK-12434-VK
Chapter 7
ADV-NO. 1:17-ap-01099-VK
Date: Response to MSJ
Time:
Location:

Your Honor,

1. I have read what you sent me Attached But to my credit and having a 9th grade education But I know I cant answer legal terms But I also know when manipulation from the attorneys is at play.

Here are a few facts for the record

1. #4 a. My accountant did all my taxes.

#4 c. I havent talked to a Mark Romans in 13 yrs

#4 e. I owe money from my Divorce. Nothing to do with this case.

#4 F. I call serious B.S. on attorneys They never Talked one time to Bruce Stanley or PEI. They Suppenaed him But Never showed up obviously he was hiding and they blamed it all on me and never could get a testimony

From Bruce Sterling.
So that is B.S.

Your Honor I cant fight manipulative lawyers as they have decades of experience on me. All I know is I AM NOT Guilty of fraud or Embezzelment and they the Attorneys could Not continue mr Sterlings testimony as it does not exist.
And they have No testimony either from my Accountant so they are trying to pin everything on me!

Thank you once again for your patience Your Honor I Appreciate all the time you took to help with not being Bias.

Sincerely,

Robin D'Angelo

5732 Kanan Rd #112
Agoura Hills CA
91301

310 866 1093