1  ROBERT S. SPAN (SBN 68605)
      rspan@steinbrecherspan.com
2  DOUGLAS R. PAINTER (SBN 131043)
      dpainter@steinbrecherspan.com
3  STEINBRECHER & SPAN LLP
   445 S. Figueroa St., Suite 2350
4  Los Angeles, CA  90071
   Telephone:   (213) 891-1400
5  Facsimile:    (213) 891-1470

6  MATTHEW A. LESNICK (SBN 177594)
      matt@lesnickprince.com
7  ANDREW R. CAHILL (SBN 233798)
      acahill@lesnickprince.com
8  LESNICK PRINCE & PAPPAS LLP
   185 Pier Avenue, Suite 103
9  Santa Monica, CA  90405
   Telephone:   (310) 396-0964
10 Facsimile:    (310) 396-0963

11 Attorneys for Plaintiffs Krasimir Dachev, Peace for
   You Peace for Me and Svilosa AD
12

**FILED & ENTERED**

**MAR 05 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>ROBIN DIMAGGIO,<br><br>                    Debtor. | Case No.: 1:17-bk-12434-VK<br><br>Chapter 7<br><br>Adv. No.: 1:17-ap-01099-VK<br><br>**JUDGMENT AGAINST DEFENDANT ROBIN DIMAGGIO** |
| KRASIMIR DACHEV, PEACE FOR YOU PEACE FOR ME, and SVILOSA AD,<br><br>                    Plaintiffs,<br>    vs.<br><br>ROBIN DIMAGGIO,<br><br>                    Defendant. | |

Plaintiffs Krasimir Dachev, Peace For You Peace For Me, and Svilosa AD ("Plaintiffs"), filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion") *[doc. 40]* against Debtor and Defendant Robin DiMaggio ("Defendant"). After consideration of the Motion, including all evidence and arguments submitted in support of the Motion and in opposition to the Motion, and the arguments at the hearing on the Motion, and good cause appearing,

IT IS HEREBY ORDERED, ~~ADJUDGED AND DECREED~~:

For the reasons set forth in the Court's Order and Findings of Fact and Conclusions of Law re Plaintiff's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (Dkt. No. 70), the Court awards judgment in favor of Plaintiffs Krasimir Dachev, Peace For You Peace For Me, and Svilosa AD in the amount of $1,161,604.65 (consisting of actual damages in the amount of $994,144, consequential damages in the amount of $160,303.08 and prejudgment interest in the amount of $7,157.57) which is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(4) of the Bankruptcy Code.

###

Date: March 5, 2019

Victoria S. Kaufman
United States Bankruptcy Judge